


**TENNESSEE BUREAU OF INVESTIGATION**
901 R.S. Gass Boulevard
Nashville, Tennessee 37216-2639
(615) 744-4000
Facsimile (615) 744-4500
TDD (615) 744-4001

**BILL LEE**
**Governor**

**DAVID B. RAUSCH**
**Director**

Daniel A Horwitz, Esq.
daniel.a.horwitz@gmail.com

*Via Email Only*

March 16, 2021

Dear Mr. Horwitz,

This letter is in reference to your public records request related to Joshua Garton. Please be informed we are in receipt of payment; as such, please find enclosed the final installment of records responsive to your request. Redactions were made pursuant to Tenn. Code Ann. §10-7-504(a)(2)(A).

As mentioned in our previous communications, pursuant to the above-mentioned statute, "All investigative records of the Tennessee Bureau of Investigation…shall be treated as confidential and shall not be open to inspection by members of the public. The information contained in such records shall be disclosed to the public only in compliance with a subpoena or an order of a court of record." As such, investigative records are not considered public record and are not included herein. Additionally, records considered confidential pursuant to attorney-client privilege are also not included.

This is the final installment of records. Therefore, your public records request is considered fulfilled.

Sincerely,

Heather Thorne

Heather Thorne
Professional Standards Unit
Tennessee Bureau of Investigation

Case 3:21-cv-00338 Document 1-1 Filed 04/27/21 Page 1 of 136 PageID #: 27



State of Tennessee

# MEDIA RELEASE

## Tennessee Bureau of Investigation

*"that guilt shall not escape nor innocence suffer"*

<table>
<tr><td>

**FOR IMMEDIATE RELEASE**
JANUARY 22, 2021

</td><td>

**CONTACT:**  JOSH DEVINE
**PHONE:**  (615) 744-4295 (OFFICE)
**EMAIL:**  TBI.MEDIA@TN.GOV

</td></tr>
</table>

### LYLES MAN ARRESTED, CHARGED WITH DOCTORING & POSTING HARASSING PHOTOGRAPH

**DICKSON COUNTY** – Special Agents from the Tennessee Bureau of Investigation, working alongside investigators from the Dickson Police Department, have arrested and charged a Lyles man accused of manufacturing and disseminating a harassing photograph on social media.

At the request of 23rd District Attorney General Ray Crouch, TBI Agents began investigating the origin of a photograph that depicted individuals desecrating the grave of a deceased local law enforcement officer, Sgt. Daniel Baker of the Dickson County Sheriff's Office. Agents subsequently visited Baker's gravesite this morning and determined the photograph was digitally manufactured. Further investigative efforts led to the identification of Joshua Andrew Garton (DOB 1-31-92) as the individual who manufactured the image and distributed it on social media.

This afternoon, Agents arrested Garton and charged him with one count of Harassment and booked him into the Dickson County Jail where, because of this charge and other, unrelated legal issues, he was being held on a $76,000 bond.



###

**About TBI**
Since 1980, the Tennessee Bureau of Investigation has served as the state's independent, lead law enforcement agency. Every day, focused on the agency's core values of truth, bravery, and integrity, the TBI's approximately 600 employees provide a variety of advanced criminal and drug investigative, forensic, and criminal justice services to assist local, state, and federal law enforcement partners, to fulfill the agency's promise, *"That Guilt Shall Not Escape Nor Innocence Suffer."* Learn more about the TBI online at tn.gov/tbi, and connect with the agency on Facebook, Twitter, and Instagram at @TBInvestigation.

| | |
|---|---|
| **From:** | Leslie Earhart |
| **Sent:** | Saturday, January 23, 2021 5:31 PM |
| **To:** | David Rausch; Josh DeVine; Brad Nealon; Joshua J. Melton; Russ Winkler |
| **Cc:** | Susan Niland; Keli McAlister |
| **Subject:** | FYI - Dickson County case |

Good evening,

I'm passing this article along in case you havent seen it.
I just wanted to make you aware.

https://www.google.com/amp/s/lawandcrime.com/crazy/constitutionally-illiterate-tennessee-authorities-arrest-man-for-posting-an-anti-police-meme-on-social-media/amp/

Take care,
Leslie

 

We'd like to show you notifications for the latest news and updates.



Hosts   Podcasts   Subscribe

Cancel    Allow

 **Kenosha Police: Actually, No, We Did Not Tell Kyle Rittenhouse to Lie About Where He's Living**

 **'QAnon Shaman' Gets Shipped to a New Jail That's Willing to Serve Him an Organic Diet**

**Judge Denies Taxpayer-Funded Defense Attorney for QAnon Adherent Accused of Threatening to Kill Nancy Pelosi**

**FBI Cited InfoWars While Charging Proud Boys Leader in Capitol Siege. Here's What 'Ruflo Panman' Told Alex Jones.**

**Last-Minute Trump Appointee Sues Joe Biden Claiming the President Has No Authority to Fire Him**

# 'Constitutionally Illiterate' Tennessee Authorities Arrest Man For 'Posting an Anti-Police Meme' on Social Media

**JERRY LAMBE** | Jan 23rd, 2021, 5:07 pm | 91



*Joshua Andrew Garton*

Advertisement

 

We'd like to show you notifications for the latest
news and updates.



Live    Where to Watch    Tools    Premium    Subscribe

Spec               Cancel      Allow     and
Dicks

posting a fake photograph on social media depicting two men
urinating on the grave of a police officer who was tragically killed on
duty in 2018. The arrest, and subsequent bond demanded for his
release, outraged attorneys who were quick to point out that despite
being horrifically insensitive, the doctored photo in question is
undoubtedly protected under the First Amendment of the U.S.
Constitution.

"This morning, District Attorney General **Ray Crouch** requested the
TBI to investigate the origin of a troubling photograph, getting
considerable attention on social media, that seemed to depict
individuals desecrating the grave of a deceased local law
enforcement officer," the TBI tweeted Friday.

"Agents visited the gravesite and quickly determined the photograph
is not authentic. The TBI's work, however, continues and, to that end,
the Bureau would encourage anyone with information about who may
be responsible for manufacturing the image to call at 1-800-TBI-
FIND."

**Tennessee Bureau of Investigation** ✅ @TBI... · Jan 22, 2021
This morning, District Attorney General Ray Crouch requested
the TBI to investigate the origin of a troubling photograph,
getting considerable attention on social media, that seemed to
depict individuals desecrating the grave of a deceased local
law enforcement officer. (1/2)

**Tennessee Bureau of Investigation** ✅
@TBInvestigation

Agents visited the gravesite and quickly determined the
photograph is not authentic. The TBI's work, however,

 

We'd like to show you notifications for the latest news and updates.

Cancel

12:05 PM · Jan 22, 2021 from Franklin, TN

ⓘ

♡ 30    ○ 36   ↗ Copy link to Tweet

Advertisement

The bureau's investigation led them to arrest **Joshua Andrew Garton**, who they charged with Harassment and held on $76,000 bond.

**Tennessee Bureau of Investigation** ✓ @TBI... · Jan 22, 2021 🐦
Replying to @TBInvestigation

Agents visited the gravesite and quickly determined the photograph is not authentic. The TBI's work, however, continues and, to that end, the Bureau would encourage anyone with information about who may be responsible for manufacturing the image to call at 1-800-TBI-FIND. (2/2)

**Tennessee Bureau of Investigation** ✓
@TBInvestigation

UPDATE: Investigative efforts, by TBI and the Dickson Police Department today, have led to a Harassment charge for a man accused of doctoring and posting a

  

We'd like to show you notifications for the latest news and updates.

Cancel

7:01 PM · Jan 22, 2021                                    ⓘ

◯ 45    ◯ 277    ⤴ Copy link to Tweet

But as Tennessee attorney **Daniel A. Horwitz**, who specializes in First Amendment litigation noted, the specific conduct the TBI arrested Garton for is simply "not a crime."

"The First Amendment clearly and unmistakably protects this man's right to post an offensive photo about a police officer," Horwitz told Law&Crime. "The only people who broke the law here were the police officers and TBI agents who participated in this flagrantly unconstitutional arrest."

Advertisement

"This is the photo that our constitutionally illiterate law enforcement officers think is a crime to share," Horwitz tweeted, attaching a screenshot of the picture that resulted in Garton's arrest.

**Daniel A. Horwitz** @Scot_Blog · Jan 23, 2021    
Replying to @Scot_Blog
To the surprise of no one, @TBInvestigation was involved as
"

 

We'd like to show you notifications for the latest
news and updates.



Cancel          Allow

**Daniel A. Horwitz**
@Scot_Blog

This is the photo that our constitutionally illiterate law
enforcement officers think is a crime to share.

9:18 AM · Jan 23, 2021                    ⓘ

Additionally, under Tennessee law, harassing conduct requires
communications that result in a person being "frightened,
intimidated or emotionally distressed."

Asked how a deceased person could be the subject of criminal
harassment, Horwitz replied that the TBI and Dickinson Police
Department likely "set out to arrest [Garton] for one thing, quickly





Advertisement

**Bryan Stephenson**
@TNCrimDefense

Oh. The photo is from a band's album cover (10 years ago). Next up, they're gonna rally Tipper Gore to help them prosecute NWA, Ice T, & 2 Live Crew.

**Daniel A. Horwitz** @Scot_Blog
This is not a crime, @dicksonpolice. Get yourselves a lawyer.
newschannel5.com/news/man-charg...

12:03 PM · Jan 23, 2021




We'd like to show you notifications for the latest
news and updates.



Live        Where to Watch        T                                    Hosts      Podcasts      Subscribe

office                                    Cancel        Allow
posti

precedent set in *Miller v. California*, *New York v. Ferber*, and *Ashcroft
v. Free Speech Coalition*. The TBI said all questions regarding the
charges should be directed to the District Attorney's office. Crouch's
office has not responded to the inquiry at the time of publication.

[image via TBI]

*Have a tip we should know? tips@lawandcrime.com*

**Filed Under:** First Amendment   harassment   Joshua Andrew Garton   Ray Crouch   TBI   Tennessee   Unlawful Arrest

**Follow Law&Crime:**    

### SPONSORED CONTENT                                                    by mgid



**A Teaspoon On An Empty Stomach
Burns 4 Lbs Of Fat A Week Safely!**
KETO



**How To Lose 31 Lbs In A Month
(Drink This Once Every Day)**
KETO



**It's Stronger Than Adderall And
Taking Tennessee By Storm**
Brain Booster



**Brilliant Trick Melts Belly Fat
Overnight (Do This Tonight)**
Fast Fit



**One Cup Of This Before Bed Burns
Belly Fat Like Crazy!**
Fast Fit Keto



**1 Simple Trick To Reverse Thinning
Hair (Ingenious)**
Folliboost

We'd like to show you notifications for the latest news and updates.

Cancel Allow

LIVE LISTEN LIVE

Live Where to Watch Hosts Podcasts Subscribe

This Nashville Mom's Stunning Transformation Took Just 30 Days

Ultraketoxburn

1 Cup Of This (Before Bed) Burns Belly Fat Like Crazy!

Keto

Alexandria Sheriff's O

How It Started, How It's Going: 'QAnon Shaman' Stares into the Camera in F...

Here's What New Dental Implants Should Cost You In Nashville

Dental Implants

Kenosha Police: Actually, No, We Did Not Tell Kyle Rittenhouse to Lie Abou...

Legal Steroid Turning Men Into Beasts Even With No Exercise

DominXT

DOJ Watchdog Ripped Jeff Sessions for Stonewalling and 'Deficient Understa...



We'd like to show you notifications for the latest news and updates.

LISTEN LIVE

Live     Where to Watch              Hosts     Podcasts     Subscribe

Cancel     Allow

**How To Lose 40.5 Lbs In A Month (Drink This Once Every-Day)**
KETO

**Sexy Asian Women In Nashville**
Asian Melodies

**These 2 Vegetables Will Kill Your Belly Fat Overnight!**
Fast Fit

**No Prescription Needed In Tennessee & It's Stronger Than Adderall**
Vigor

**Doctors Stunned: This Melts Belly Fat Like Crazy! Do This Tonight**
KETO

Previous Post                          Next Post

## Jerry Lambe - Journalist

Jerry Lambe is a journalist at Law&Crime. He is a graduate of Georgetown University and New York Law School and previously worked in financial securities compliance and Civil Rights employment law.



More Stories by Jerry Lambe

**91 Comments     Law&Crime     🔒 Disqus' Privacy Policy**          🔴 Login ▾

✕





We'd like to show you notifications for the latest
news and updates.

Cancel　　Allow

**Marion Rowe** • 10 days ago
Get $192 p/hour from (
payout of $24413 and t
Speedtail right after this payout...　　It is really great job I have ever had and you
won't for-give yourself if you do not check it

>>>> www.bhst.us/googletrends2020

💜💜💜💜💜💜💜💜💜💜💜💜💜💜💜💜💜💜💜💜💜💜💜💜💜💜💜💜💜💜💜
💜💜💜💜💜💜💜💜💜💜💜

∧　∨ 1 • Reply • Share ›

**Myth Buster** • 11 days ago
This is the scary thing. Too many people out there claiming to love their country and are willing to
fight to maintain their Constitutional Rights; yet, have never read the Founding Document, don't
even care to, so almost complete ignorance of what's in it and are so willing to abuse others'
rights.
1 ∧　∨ • Reply • Share ›

**Mary Ziegler** • 11 days ago
Get $192 p/hour from Google!...　　Yes this is Authentic since I just got my first
payout of $24413 and this was just of a one week... I have also purchased my McLaren
Speedtail right after this payout...　　It is really great job I have ever had and you
won't for-give yourself if you do not check it

>>>> https://meumessage.com/vkmEyYB

💜💜💜💜💜💜💜💜💜💜💜💜💜💜💜💜💜💜💜💜💜💜💜💜💜💜💜💜💜💜💜
💜💜💜💜💜💜💜💜💜💜

∧　∨ 1 • Reply • Share ›

**BIRDFISH1950** › 11 days ago
yes this does not shock me!!!!!
i have been a victim of false arrest!!!!!
yes when i was a youngster i did get into some tussles with the police but not since 1971
because i found jesus!!!!!!!
but not even 20 years ago the police came right to my house!
yes right to my house!
they said my grandbaby was making a racket with the music!
no this was not true because i was sleeping
and no i do not like young folks music but when i was young the old timers did not like my music
either
about 10 cops came right into my apartment without even having a warrent and that racket did
wake me up
when i demanded my rights and demanded all the badge numbers they arrested me!!!!!!!!!
now they did not beat me with those sand filled gloves like when i was a kid
but they took me to the lockup
i chanted and prayed all night
the captain let me go in the morning!!!!!!!!!
and no i did not even get one penny for the false arrest!!!!!!!
this sort of thing happens every day!!!!!!!!!!!





We'd like to show you notifications for the latest
news and updates.



yes just s                                      Cancel        Allow
and i did t

^   ˅  • Reply   Share ·

**DragonTattooz** · 12 days ago

Lucky guy. Make sure you invest some of your settlement money.

2 ^   ˅  · Reply · Share ›

**Ray Bluth** · 12 days ago

I never knew the TBI was a thing. They react to their mistakes just like most LEO's, cover up or
scramble to find something they can charge this hapless fool with. We need LEO's but there
needs to be a better way to vet them.

2 ^   ˅  · Reply · Share ›

> **matts1** → Ray Bluth · 12 days ago · edited
>
> Yeah every state has their own form of the FBI (TBI, CBI, NCSBI).Half the time its part of
> the State Police but the other half of the time, its separate under the state AG.
>
> 2 ^   ˅  · Reply · Share ›

**taedium_vitae** · 12 days ago · edited

Lol! Sweet payday coming to hillbilly shooper.

3 ^   ˅  · Reply · Share ›

**MindBender/Godspeed** · 12 days ago

Prosecutorial misconduct. Too bad they have immunity.

2 ^   ˅  · Reply · Share ›

> **Suplrist** → MindBender/Godspeed · 12 days ago
>
> The state doesn't have immunity, this guy is gonna get paid!!
>
> 5 ^   ˅  · Reply · Share ›
>
> > **MindBender/Godspeed** → Suplrist · 12 days ago
> >
> > I hope you're right.
> >
> > 1 ^   ˅  · Reply · Share ›

**Mythblaster** · 12 days ago

Is it purely coincidental that **TBI** also means **Traumatic Brain Injury**?

2 ^   ˅  · Reply · Share ›

**BomperScruggs** · 12 days ago

There are some first amendment lawyers salivating right now.

1 ^   ˅  · Reply · Share ›

**ZombiePoster99** · 12 days ago

Where are the right wingers screaming about government overreach?

12 ^   ˅  · Reply · Share ›

> **Doc2222** → ZombiePoster99 · 12 days ago
>
> Yeah, I was wondering that myself......I thought it was only leftie, commie, socialists, blah,
> blah, blah, that tried to take away poor, innocent fascists free speech

( **x** )





We'd like to show you notifications for the latest
news and updates.

Cancel

defendants will have to
time off from normal acti
unpaid time off from wor

19 ∧ ∨ • Reply • Share ›

**Martha Smith** → NightriderXP1 • 12 days ago

"You can beat the rap, but you can't beat the ride."

3 ∧ ∨ • Reply • Share ›

**spg210** → NightriderXP1 • 12 days ago • edited

Right. Then the defendant will definitely file a lawsuit for 1st Amendment violation, false
arrest, harassment, etc., which he will certainly win. The cops will quickly settle out of
court to avoid the public humiliation from a judge.

Easy money.

6 ∧ ∨ • Reply • Share ›

**NightriderXP1** → spg210 • 12 days ago

You may not be able to understand this, but a lot of innocent Americans get
arrested and jailed every single day, yet few ever win Civil lawsuits. They're lucky if
they can avoid conviction. And once you're arrested, it goes on your permanent
record even if you win acquittal or the case is dropped. Some States allow you to
remove criminal records from your permanent record, but that can be costly too...

11 ∧ ∨ • Reply • Share ›

**Nightflyer** → NightriderXP1 • 12 days ago

Some states have limits on how much they pay to persons who are wrongly
imprisoned, once they cut you loose, too.

AND if you're wrongly imprisoned and cut loose, you do not qualify for
rehab benefits and assistance given to parolees, which includes mental
health counseling and job training or job-finding.

3 ∧ ∨ • Reply • Share ›

**NightriderXP1** → Nightflyer • 12 days ago • edited

I was a victim of a false arrest a few years ago. I was assaulted by a couple
of teenagers while I was walking my dogs at a local park. I called 911. So
did they. And they convinced the officer that responded to their call that I
had assaulted them. There was plenty of evidence in their public record
that they had a history of doing what they did to me, but for whatever
reason, their responding officer believed them even though my record is
clean. The officer that responded to my 911 call claimed that he believed
me so I'm not really sure why I ended up being arrested. It cost $4500 to
hire lawyers for my defense. Eventually, my lawyer got the case dropped,
but the lawyer said that the police wouldn't go back and arrest the kids for
what they did to me. I will never understand why not. I found out how easy
it is to be wrongly accused of a crime from that experience. We almost
need to be wearing body cams whenever in public to protect ourselves
from crap like that. The guy from the couple had recently gotten out of jail.
The cops should have been able to see that on their computers before they
picked sides...

I had to pay extra to get the charge removed from my public record. That

 

We'd like to show you notifications for the latest
news and updates.



Lity      Write to Watch

N(                              Cancel        Allow            Jobs.   Podcasts   Subscribe
I n
wit

my attackers knew how to play the game. The guy's mother is also a
sleezeball. She has a long criminal record yet for whatever reason, she
remains free. According to the mother, both kids did the same thing to her.
Her protective orders against both of the kids was publicly viewable online,
which is why the cops should have been able to read them too...

3 ∧   ∨  • Reply  • Share ›

**Collectivist** → NightriderXP1 • 11 days ago
Geezus!

2 ∧   ∨  • Reply  • Share ›

**Julie G** → NightriderXP1 • 11 days ago

I could tell you some stories, but it would just get me steamed all over
again. I'll just say, the boys in my family are magnets for LEO harrassment,
maybe because they won't suffer fools no matter what unmarked uniforms
they wear.

3 ∧   ∨  • Reply  • Share ›

**NightriderXP1** → Julie G • 11 days ago • edited

Perhaps they need to start wearing body cams in public at all times too.
LEOs know that they can get away with murder and they know how much a
false arrest can cost their victims. They often make up their own laws out of
whole cloth, then enforce them. The only way for them to get away with it is
when no one pushes back. Qualified immunity needs to stop and the many
bad apples in LE need to be sued and removed. It's hard to argue that
there are a lot of good apples in LE when few will stand up to the bad
apples...

6 ∧   ∨  • Reply  • Share ›

**Martha Smith** → spg210 • 12 days ago
| which he will certainly win.

Nope. The cops have qualified immunity, as do the prosecutors.

2 ∧   ∨  • Reply  • Share ›

**Micheal Pelt** → Martha Smith • 12 days ago

The qualified immunity is criminal law, not civil law. Qualified immunity does
not protect them from being sued into the dirt.

3 ∧   ∨  • Reply  • Share ›

**dreamjoehill2** → Micheal Pelt • 11 days ago

Your interpretation of qualified immunity is wrong. Qualified immunity
applies to civil law as well.

"Qualified immunity is a judicially created doctrine that shields government
officials from being held personally liable for constitutional violations—like
the right to be free from excessive police force—for money damages under
federal law so long as the officials did not violate 'clearly established' law

 

We'd like to show you notifications for the latest
news and updates.



Cancel

**BetterThanFabuloso** · 12 days ago
Looks like an insurrectionist

Lock him up
2 ∧　∨ 6 · Reply · Share ›

**booyahconservative** · 12 days ago
These cops acted worse than the protestors who got upset over cartoon Muhammad
5 ∧　∨ · Reply · Share ›

**Smiles** · 12 days ago
Law enforcement is corrupt from the top down.

IF 99% of law enforcement are "great people" ... they sure do seem to stand around and protect
a two tier justice system along with their blue wall.
8 ∧　∨ · Reply · Share ›

　　**FrNelomar** → Smiles · 12 days ago
　　This is the basis of the BLM and antifa protests.
　　10 ∧　∨ · Reply · Share ›

　　　　**Smiles** → FrNelomar · 12 days ago
　　　　You mean the same people that police did hardly anything to the past year and a
　　　　half they have been looting, rioting and burning things down ?
　　　　2 ∧　∨ 12 · Reply · Share ›

　　　　　　**2words1finger** → Smiles · 11 days ago
　　　　　　Well, we know who you voted for now. Thanks for outing yourself.
　　　　　　∧　∨ · Reply · Share ›

　　　　　　**FrNelomar** → Smiles · 12 days ago
　　　　　　(shrugs) Those people were arrested, and prosecuted. They represent a
　　　　　　tiny fraction of the protesters. 100% of the insurrectionists who entered the
　　　　　　capitol committed felonies.

　　　　　　Perspective, please.
　　　　　　10 ∧　∨ 3 · Reply · Share ›

　　　　　　**Smiles** → FrNelomar · 12 days ago
　　　　　　No, those people really weren't arrested as you claim and they certainly
　　　　　　were not prosecuted. Many of those that attacked a Federal Court House
　　　　　　for nearly a week escaped ever being charged. Who was arrested for
　　　　　　setting fire to the historical church in DC ?

　　　　　　It has been widely seen on video officers opening gates and allowing
　　　　　　protesters into the US Capitol. It will be interesting to see those videos
　　　　　　surface at trial.
　　　　　　2 ∧　∨ 8 · Reply · Share ›



We'd like to show you notifications for the latest news and updates.

Cancel     Allow

Dá
I th
the

1 ∧ ⋮ ∨ · Reply · Share ›

**Satanic_Hamster** → Smiles · 12 days ago
You don't actually get any of your news outside of Brietbart, do you?

4 ∧ ⋮ ∨ · Reply · Share ›

**BetterThanFabuloso** · 12 days ago
You have to give credit to Kamala

Even in this #MeToo era, she proved that you can still f*kk your way to the top

2 ∧ ⋮ ∨ 13 · Reply · Share ›

**Bruce Rogle** → BetterThanFabuloso · 12 days ago
Willie Brown appointed her California Attorney General? Who knew.

1 ∧ ⋮ ∨ · Reply · Share ›

**ADDISON GAINOUS** → BetterThanFabuloso · 12 days ago
My guess is you are jealous because YOU would not be able to sleep your way through to top garbage collector at the dump.

2 ∧ ⋮ ∨ 1 · Reply · Share ›

**Lincoln Rhyme** · 12 days ago

**Top of Today**





We'd like to show you notifications for the latest news and updates.

Cancel    Allow

**DOJ Watchdog Ripped Jeff Sessions for Stonewalling and 'Deficient Understanding' of the Law During Congressional Hearing on Child Separation Policy**



**Now That Joe Biden Is President, Judge Emmet Sullivan Has Decided to Open Up a Judicial Vacancy**



**Trump Defense Lawyer Responds to Democratic Request for Former President to Testify Under Oath During Impeachment Tribunal**



**Trump-Supporting Florist Who Admittedly Stormed Pelosi's Office Asked Court for Permission to Go to Mexico. Now She's Been Indicted.**





We'd like to show you notifications for the latest news and updates.

Cancel    Allow

Live    Where to Watch



**WHISKEY RAIDERS**

**Your one stop shop for whiskey reviews and coverage.**

SEE THE RAIDINGS ›

## You May Like




**Toenail Fungus? Try This Tonight**
Fungus Eliminator


**Doctors Stunned: This Spice Fixes Toenail Fungus**
Fungus Eliminator


**Is This $49 Monocular Better Than $3000 Telescopes?**
MyTacticalPromos.com

 

We'd like to show you notifications for the latest news and updates.



Cancel

## You may also like:

**How It Started, How It's Going: 'QAnon Shaman' Stares into the Camera in First Public Photo Behind Bars**

AARON KELLER   Feb 4th, 2021, 7:17 pm

**Kenosha Police: Actually, No, We Did Not Tell Kyle Rittenhouse to Lie About Where He's Living**

COLIN KALMBACHER   Feb 4th, 2021, 7:08 pm

**DOJ Watchdog Ripped Jeff Sessions for Stonewalling and 'Deficient Understanding' of the Law During Congressional Hearing on Child Separation Policy**

JERRY LAMBE   Feb 4th, 2021, 6:24 pm

**'QAnon Shaman' Gets Shipped to a New Jail That's Willing to Serve Him an Organic Diet**

AARON KELLER   Feb 4th, 2021, 6:11 pm

**Now That Joe Biden Is President, Judge Emmet Sullivan Has Decided to Open Up a Judicial Vacancy**

MATT NAHAM   Feb 4th, 2021, 4:43 pm

**Trump Defense Lawyer Responds to Democratic Request for Former President to Testify Under Oath During Impeachment Tribunal**

COLIN KALMBACHER   Feb 4th, 2021, 4:40 pm



We'd like to show you notifications for the latest news and updates.

Cancel      Allow

Live     Where to Watch    T

Hosts     Podcasts     Subscribe

© 2021
LawNewz

About
Us

Adve

ntact  |  RSS  |  Dan Abrams,
Founder

| | |
|---|---|
| **From:** | David Rausch |
| **Sent:** | Sunday, January 24, 2021 6:05 PM |
| **To:** | Joshua J. Melton |
| **Cc:** | Russ Winkler; Brad Nealon |
| **Subject:** | Re: [EXTERNAL] Fwd: Threats to law enforcement |

Thank you

Sent from my iPhone

> On Jan 24, 2021, at 5:16 PM, Joshua J. Melton <Joshua.J.Melton@tn.gov> wrote:
>
> Thank you Russ. I will continue to pass this along.
>
> Thanks, Josh
>
> Sent from my iPhone
>
>> On Jan 24, 2021, at 5:36 PM, Russ Winkler <Russ.Winkler@tn.gov> wrote:
>>
>> FYI
>>
>> Begin forwarded message:
>>
>>> **From:** Joe Craig <Joe.Craig@tn.gov>
>>> **Date:** January 24, 2021 at 4:30:32 PM CST
>>> **To:** Russ Winkler <Russ.Winkler@tn.gov>
>>> **Subject: Fwd: [EXTERNAL] Fwd: Threats to law enforcement**
>>>
>>> You may want to forward up the chain.
>>>
>>> Sent from my iPhone
>>>
>>> Begin forwarded message:
>>>
>>>> **From:** Andy Davis <ADAVIS@dicksoncounty.net>
>>>> **Date:** January 24, 2021 at 4:28:22 PM CST
>>>> **To:** Ray Crouch <wrcrouch@tndagc.org>, Joe Craig <Joe.Craig@tn.gov>
>>>> **Subject: [EXTERNAL] Fwd: Threats to law enforcement**
>>>>
>>>>
>>>> Sent from my iPhone

1

Begin forwarded message:

**From:** Christopher Lashlee
<clashlee@dicksoncounty.net>
**Date:** January 24, 2021 at 4:26:13 PM
CST
**To:** All Sheriffs Office
<AllSheriffsOffice@dicksoncounty.net>
**Subject: Threats to law enforcement**

Today we received several phone patches through dispatch and through the jail where individuals are making threats against Law Enforcement officers. These threats are stemming from the arrest of Joshua Garton and the posts he had put on social media. There is a group that calls themselves "The Watch Dog" and another individual by the name of William R. Lord that are making threats towards us. They stated that it doesn't matter if we are in uniform or not that we better watch our backs and that they would rather take care of us from a distance. Be Vigilant and watch your six.

Cpl. Lashlee

Confidentiality Notice:
The information contained in this email message and any attachment(s) is the property of Dickson County
and may be protected by federal laws governing disclosure of private information. It is intended solely
for the use of the entity to whom this email is addressed. If you are not the intended recipient,
you are hereby notified that reading, copying or distribution of this transmission is STRICTLY PROHIBITED.
The sender has not waived any applicable privilege by sending the accompanying transmission.
If you have received this transmission in error,
please notify the sender by returning and deleting

**Confidentiality Notice:**
The information contained in this email message and any attachment(s) is the property of Dickson County and may be protected by federal laws governing disclosure of private information. It is intended solely for the use of the entity to whom this email is

2

addressed. If you are not the intended recipient,
you are hereby notified that reading, copying or
distribution of this transmission is STRICTLY
PROHIBITED.
The sender has not waived any applicable privilege by
sending the accompanying transmission.
If you have received this transmission in error,
please notify the sender by returning and deleting the
message and attachment(s) from your system.

All Email Scanned by Barracuda Spam / Virus Filter

**Melany Martin**

| | |
|---|---|
| **From:** | Joshua J. Melton |
| **Sent:** | Friday, January 22, 2021 12:19 PM |
| **To:** | Brad Nealon; David Rausch |
| **Subject:** | FW: Revised Statement? |

The below is what is going out to the media.

-----Original Message-----
From: Josh DeVine <Josh.DeVine@tn.gov>
Sent: Friday, January 22, 2021 11:52 AM
To: Joshua J. Melton <Joshua.J.Melton@tn.gov>; Russ Winkler <Russ.Winkler@tn.gov>
Subject: Revised Statement?

This morning, District Attorney General Ray Crouch requested the TBI to investigate the origin of a troubling photograph, getting considerable attention on social media today, that seemed to depict individuals desecrating the grave of a deceased local law enforcement officer.

Agents visited the gravesite this morning and quickly determined the photograph is not authentic. The TBI's investigation, however, continues and, to that end, the Bureau would encourage anyone with information about who may be responsible for manufacturing the image to contact the TBI at 1-800-TBI-FIND.

Sent from my iPhone. Please excuse any typos and brevity. Thanks!

**Melany Martin**

| | |
|---|---|
| **From:** | David Rausch |
| **Sent:** | Friday, January 22, 2021 12:49 PM |
| **To:** | Joshua J. Melton |
| **Cc:** | Brad Nealon |
| **Subject:** | Re: Revised Statement? |

Thank you

Sent from my iPhone

> On Jan 22, 2021, at 1:19 PM, Joshua J. Melton <Joshua.J.Melton@tn.gov> wrote:
>
> The below is what is going out to the media.
>
> -----Original Message-----
> From: Josh DeVine <Josh.DeVine@tn.gov>
> Sent: Friday, January 22, 2021 11:52 AM
> To: Joshua J. Melton <Joshua.J.Melton@tn.gov>; Russ Winkler <Russ.Winkler@tn.gov>
> Subject: Revised Statement?
>
> This morning, District Attorney General Ray Crouch requested the TBI to investigate the origin of a troubling photograph, getting considerable attention on social media today, that seemed to depict individuals desecrating the grave of a deceased local law enforcement officer.
>
> Agents visited the gravesite this morning and quickly determined the photograph is not authentic. The TBI's investigation, however, continues and, to that end, the Bureau would encourage anyone with information about who may be responsible for manufacturing the image to contact the TBI at 1-800-TBI-FIND.
>
> Sent from my iPhone. Please excuse any typos and brevity. Thanks!

1

**Melany Martin**

| | |
|---|---|
| **From:** | Brad Nealon |
| **Sent:** | Friday, January 22, 2021 1:02 PM |
| **To:** | Joshua J. Melton |
| **Cc:** | David Rausch |
| **Subject:** | Re: Revised Statement? |

Thank you

Sent from my iPhone

> On Jan 22, 2021, at 1:19 PM, Joshua J. Melton <Joshua.J.Melton@tn.gov> wrote:
>
> The below is what is going out to the media.
>
> -----Original Message-----
> From: Josh DeVine <Josh.DeVine@tn.gov>
> Sent: Friday, January 22, 2021 11:52 AM
> To: Joshua J. Melton <Joshua.J.Melton@tn.gov>; Russ Winkler <Russ.Winkler@tn.gov>
> Subject: Revised Statement?
>
> This morning, District Attorney General Ray Crouch requested the TBI to investigate the origin of a troubling photograph, getting considerable attention on social media today, that seemed to depict individuals desecrating the grave of a deceased local law enforcement officer.
>
> Agents visited the gravesite this morning and quickly determined the photograph is not authentic. The TBI's investigation, however, continues and, to that end, the Bureau would encourage anyone with information about who may be responsible for manufacturing the image to contact the TBI at 1-800-TBI-FIND.
>
> Sent from my iPhone. Please excuse any typos and brevity. Thanks!

| | |
|---|---|
| **From:** | Josh DeVine |
| **Sent:** | Friday, February 5, 2021 6:56 AM |
| **To:** | Joe Craig; Russ Winkler; Joshua J. Melton; Brad Nealon; David Rausch |
| **Subject:** | Fwd: [EXTERNAL] Public Records Request Re: Joshua Garton |

Good morning, all.
Jeanne's team has this, but I wanted to be sure you were immediately aware, as well.
Thanks,
Josh

Sent from my iPhone. Please excuse any typos and brevity. Thanks!

Begin forwarded message:

> **From:** Josh DeVine <Josh.DeVine@tn.gov>
> **Date:** February 5, 2021 at 5:27:02 AM CST
> **To:** TBI Public Records <TBI.PublicRecords@tn.gov>
> **Cc:** Jeanne Broadwell <Jeanne.Broadwell@tn.gov>
> **Subject: Fwd: [EXTERNAL] Public Records Request Re: Joshua Garton**

> FYI

> Sent from my iPhone. Please excuse any typos and brevity. Thanks!

> Begin forwarded message:

> > **From:** Daniel Horwitz <daniel.a.horwitz@gmail.com>
> > **Date:** February 4, 2021 at 11:40:13 PM CST
> > **To:** TBI Media <TBI.Media@tn.gov>
> > **Subject: [EXTERNAL] Public Records Request Re: Joshua Garton**

> > *** This is an EXTERNAL email. Please exercise caution. DO NOT open attachments or click links from unknown senders or unexpected email - STS-Security. ***

> > Mr. DeVine:

> > This is a public records request for any and all documents in your possession or any other employee of the TBI's possession concerning or relating in any way to Joshua Garton. The time period of this request is January 20, 2021 until the present. This request includes all text messages, emails, and private or direct messages. If you claim an exemption regarding any responsive record, please identity the basis for the claimed exemption in detail.

> > A litigation hold notice to you and others will follow upon production.

> > All the best,

-**Daniel Horwitz**

--
Daniel A. Horwitz, Esq.
daniel.a.horwitz@gmail.com
www.danielhorwitz.com

## Melany Martin

| | |
|---|---|
| **From:** | Joshua J. Melton |
| **Sent:** | Thursday, February 4, 2021 9:13 PM |
| **To:** | Jeanne Broadwell |
| **Cc:** | Brad Nealon; David Rausch; Russ Winkler |
| **Subject:** | Fwd: [EXTERNAL] Fwd: Litigation Hold Notice Re: Forthcoming J. Garton Lawsuit |
| **Attachments:** | Litigation Hold Notice Re J. Garton Lawsuit (2-4-21).pdf |

Jeanne,

Please see the attached legal communication.

Thanks, Josh

Sent from my iPhone

Begin forwarded message:

> **From:** Joe Craig <Joe.Craig@tn.gov>
> **Date:** February 4, 2021 at 8:18:17 PM CST
> **To:** "Joshua J. Melton" <Joshua.J.Melton@tn.gov>, Russ Winkler <Russ.Winkler@tn.gov>
> **Subject: Fwd: [EXTERNAL] Fwd: Litigation Hold Notice Re: Forthcoming J. Garton Lawsuit**
>
>
> Sent from my iPhone
>
> Begin forwarded message:
>
>> **From:** Joseph Craig <jcraig@cumberland.edu>
>> **Date:** February 4, 2021 at 8:14:32 PM CST
>> **To:** Joe Craig <Joe.Craig@tn.gov>
>> **Subject: [EXTERNAL] Fwd: Litigation Hold Notice Re: Forthcoming J. Garton Lawsuit**
>>
>> *** This is an EXTERNAL email. Please exercise caution. DO NOT open attachments or click links from unknown senders or unexpected email - STS-Security. ***
>>
>>
>> ---------- Forwarded message ----------
>> **From: Daniel Horwitz** <daniel.a.horwitz@gmail.com>
>> Date: Thu, Feb 4, 2021 at 2:19 PM
>> Subject: Litigation Hold Notice Re: Forthcoming J. Garton Lawsuit
>> To: <TipsToTBI@tn.gov>, <jcraig@cumberland.edu>, <cop@dicksonpd.org>, <wrcrouch@tndagc.org>
>>
>>
>> Dear Forthcoming Defendant:

Please find a litigation hold notice attached.

All the best,

-Daniel Horwitz

--
Daniel A. Horwitz, Esq.
daniel.a.horwitz@gmail.com
www.danielhorwitz.com

| | |
|---|---|
| **From:** | David Rausch |
| **Sent:** | Friday, February 5, 2021 7:31 AM |
| **To:** | Melany Martin |
| **Subject:** | Fwd: [EXTERNAL] Fwd: Litigation Hold Notice Re: Forthcoming J. Garton Lawsuit |
| **Attachments:** | Litigation Hold Notice Re J. Garton Lawsuit (2-4-21).pdf |

Mel, please check my email and print any records on this subject. Thank you.

Sent from my iPhone

Begin forwarded message:

> **From:** "Joshua J. Melton" <Joshua.J.Melton@tn.gov>
> **Date:** February 4, 2021 at 10:13:11 PM EST
> **To:** Jeanne Broadwell <Jeanne.Broadwell@tn.gov>
> **Cc:** Brad Nealon <Brad.Nealon@tn.gov>, David Rausch <David.Rausch@tn.gov>, Russ Winkler <Russ.Winkler@tn.gov>
> **Subject: Fwd: [EXTERNAL] Fwd: Litigation Hold Notice Re: Forthcoming J. Garton Lawsuit**
>
> Jeanne,
>
> Please see the attached legal communication.
>
> Thanks, Josh
>
> Sent from my iPhone
>
> Begin forwarded message:
>
>> **From:** Joe Craig <Joe.Craig@tn.gov>
>> **Date:** February 4, 2021 at 8:18:17 PM CST
>> **To:** "Joshua J. Melton" <Joshua.J.Melton@tn.gov>, Russ Winkler <Russ.Winkler@tn.gov>
>> **Subject: Fwd: [EXTERNAL] Fwd: Litigation Hold Notice Re: Forthcoming J. Garton Lawsuit**
>>
>>
>> Sent from my iPhone
>>
>> Begin forwarded message:
>>
>>> **From:** Joseph Craig <jcraig@cumberland.edu>
>>> **Date:** February 4, 2021 at 8:14:32 PM CST
>>> **To:** Joe Craig <Joe.Craig@tn.gov>
>>> **Subject: [EXTERNAL] Fwd: Litigation Hold Notice Re: Forthcoming J. Garton Lawsuit**

1

*** This is an EXTERNAL email. Please exercise caution. DO NOT open attachments or click links from unknown senders or unexpected email - STS-Security. ***

---------- Forwarded message ---------
From: **Daniel Horwitz** <daniel.a.horwitz@gmail.com>
Date: Thu, Feb 4, 2021 at 2:19 PM
Subject: Litigation Hold Notice Re: Forthcoming J. Garton Lawsuit
To: <TipsToTBI@tn.gov>, <jcraig@cumberland.edu>,
<cop@dicksonpd.org>, <wrcrouch@tndagc.org>

Dear Forthcoming Defendant:

Please find a litigation hold notice attached.

All the best,

-Daniel Horwitz

--

Daniel A. Horwitz, Esq.
daniel.a.horwitz@gmail.com
www.danielhorwitz.com

2

| | |
|---|---|
| **From:** | Joshua J. Melton |
| **To:** | Heather Thorne |
| **Subject:** | FW: TBI News Release - Dickson County - Joshua Garton |
| **Date:** | Tuesday, February 16, 2021 7:26:44 PM |
| **Attachments:** | image001.png |
| | 1-22-21 Dickson Harassment (Joshua Garton).pdf |
| | Joshua Garton.PNG |

**From:** Joshua J. Melton
**Sent:** Tuesday, February 16, 2021 7:23 PM
**To:** Heather Thorne <Heather.Thorne@tn.gov>
**Subject:** FW: TBI News Release - Dickson County - Joshua Garton

Another one with attachments

**From:** Josh DeVine <Josh.DeVine@tn.gov>
**Sent:** Friday, January 22, 2021 7:06 PM
**To:** Joe Craig <Joe.Craig@tn.gov>; Russ Winkler <Russ.Winkler@tn.gov>
**Cc:** Ray Crouch (wrcrouch@tndagc.org) <wrcrouch@tndagc.org>
**Subject:** TBI News Release - Dickson County - Joshua Garton

### LYLES MAN ARRESTED, CHARGED WITH DOCTORING & POSTING HARASSING PHOTOGRAPH

**DICKSON COUNTY** – Special Agents from the Tennessee Bureau of Investigation, working alongside investigators from the Dickson Police Department, have arrested and charged a Lyles man accused of manufacturing and disseminating a harassing photograph on social media.

At the request of 23rd District Attorney General Ray Crouch, TBI Agents began investigating the origin of a photograph that depicted individuals desecrating the grave of a deceased local law enforcement officer, Sgt. Daniel Baker of the Dickson County Sheriff's Office. Agents subsequently visited Baker's gravesite this morning and determined the photograph was digitally manufactured. Further investigative efforts led to the identification of Joshua Andrew Garton (DOB 1-31-92) as the individual who manufactured the image and distributed it on social media.

This afternoon, Agents arrested Garton and charged him with one count of Harassment and booked him into the Dickson County Jail where, because of this charge and other, unrelated legal issues, he was being held on a $76,000 bond.

###



**Josh DeVine** | Communications Director
Tennessee Bureau of Investigation
901 R.S. Gass Boulevard
Nashville, TN 37216
**OFFICE:** (615) 744-4295

"To unsubscribe from the TBIMEDIA list, send an email to LISTSERV@LISTSERV.TN.GOV and type
"Unsubscribe TBIMEDIA" in the message body. To subscribe to the TBIMEDIA list, send an email to
LISTSERV@LISTSERV.TN.GOV and type "Subscribe TBIMEDIA" in the message body."

From: Joshua J. Melton
To: Heather Thorne
Subject: FW: Release - Please Review
Date: Tuesday, February 16, 2021 7:30:15 PM
Attachments: image001.png

**From:** Josh DeVine <Josh.DeVine@tn.gov>
**Sent:** Friday, January 22, 2021 5:40 PM
**To:** Russ Winkler <Russ.Winkler@tn.gov>; Joshua J. Melton <Joshua.J.Melton@tn.gov>
**Subject:** Release - Please Review

Given the sensitivity of this one, could you please review this draft of the release.
Thanks,
Josh DeVine

### LYLES MAN ARRESTED, CHARGED WITH DOCTORING & POSTING HARASSING PHOTOGRAPH

**DICKSON COUNTY** – Special Agents from the Tennessee Bureau of Investigation have arrested and charged a Lyles man accused of manufacturing and disseminating a harassing photograph on social media.

At the request of 23rd District Attorney General Ray Crouch, TBI Agents began investigating the origin of a photograph that depicted individuals desecrating the grave of a deceased local law enforcement officer, Sgt. Daniel Baker of the Dickson County Sheriff's Office. Agents subsequently visited Baker's gravesite this morning and determined the photograph was not authentic. Further investigative efforts led to the identification of Joshua Andrew Garton (DOB 1-31-92) as the individual who manufactured the image and distributed it on social media.

This afternoon, Agents arrested Garton and charged him with one count of Harassment and booked him into the Dickson County Jail where, because of this charge and other, unrelated legal issues, he was being held on a $76,000 bond.



**Josh DeVine** | Communications Director
Tennessee Bureau of Investigation
901 R.S. Gass Boulevard
Nashville, TN 37216
**OFFICE:** (615) 744-4295

| From: | Joshua J. Melton |
| --- | --- |
| To: | Heather Thorne |
| Subject: | FW: Revised Statement? |
| Date: | Tuesday, February 16, 2021 7:32:43 PM |

-----Original Message-----
From: Russ Winkler <Russ.Winkler@tn.gov>
Sent: Friday, January 22, 2021 12:00 PM
To: Josh DeVine <Josh.DeVine@tn.gov>
Cc: Joshua J. Melton <Joshua.J.Melton@tn.gov>
Subject: Re: Revised Statement?

Looks good to me.

> On Jan 22, 2021, at 11:52 AM, Josh DeVine <Josh.DeVine@tn.gov> wrote:
>
> This morning, District Attorney General Ray Crouch requested the TBI to investigate the origin of a troubling photograph, getting considerable attention on social media today, that seemed to depict individuals desecrating the grave of a deceased local law enforcement officer.
>
> Agents visited the gravesite this morning and quickly determined the photograph is not authentic. The TBI's investigation, however, continues and, to that end, the Bureau would encourage anyone with information about who may be responsible for manufacturing the image to contact the TBI at 1-800-TBI-FIND.
>
> Sent from my iPhone. Please excuse any typos and brevity. Thanks!

-----Original Message-----
From: Joshua J. Melton
Sent: Friday, January 22, 2021 12:19 PM
To: Brad Nealon <Brad.Nealon@tn.gov>; David Rausch <David.Rausch@tn.gov>
Subject: FW: Revised Statement?

The below is what is going out to the media.

-----Original Message-----
From: Josh DeVine <Josh.DeVine@tn.gov>
Sent: Friday, January 22, 2021 11:52 AM
To: Joshua J. Melton <Joshua.J.Melton@tn.gov>; Russ Winkler <Russ.Winkler@tn.gov>
Subject: Revised Statement?

This morning, District Attorney General Ray Crouch requested the TBI to investigate the origin of a troubling photograph, getting considerable attention on social media today, that seemed to depict individuals desecrating the grave of a deceased local law enforcement officer.

Agents visited the gravesite this morning and quickly determined the photograph is not authentic. The TBI's investigation, however, continues and, to that end, the Bureau would encourage anyone with information about who may be responsible for manufacturing the image to contact the TBI at 1-800-TBI-FIND.

Sent from my iPhone. Please excuse any typos and brevity. Thanks!

| | |
|---|---|
| **From:** | Joshua J. Melton |
| **To:** | Heather Thorne |
| **Subject:** | FW: [EXTERNAL] Fwd: Litigation Hold Notice Re: Forthcoming J. Garton Lawsuit |
| **Date:** | Tuesday, February 16, 2021 7:27:52 PM |
| **Attachments:** | Litigation Hold Notice Re J. Garton Lawsuit (2-4-21).pdf |

**From:** Joshua J. Melton
**Sent:** Thursday, February 4, 2021 9:13 PM
**To:** Jeanne Broadwell <Jeanne.Broadwell@tn.gov>
**Cc:** Brad Nealon <Brad.Nealon@tn.gov>; David Rausch <David.Rausch@tn.gov>; Russ Winkler <Russ.Winkler@tn.gov>
**Subject:** Fwd: [EXTERNAL] Fwd: Litigation Hold Notice Re: Forthcoming J. Garton Lawsuit

Jeanne,

Please see the attached legal communication.

Thanks, Josh

Sent from my iPhone

Begin forwarded message:

> **From:** Joe Craig <Joe.Craig@tn.gov>
> **Date:** February 4, 2021 at 8:18:17 PM CST
> **To:** "Joshua J. Melton" <Joshua.J.Melton@tn.gov>, Russ Winkler <Russ.Winkler@tn.gov>
> **Subject: Fwd: [EXTERNAL] Fwd: Litigation Hold Notice Re: Forthcoming J. Garton Lawsuit**
>
>
> Sent from my iPhone
>
> Begin forwarded message:
>
>> **From:** Joseph Craig <jcraig@cumberland.edu>
>> **Date:** February 4, 2021 at 8:14:32 PM CST
>> **To:** Joe Craig <Joe.Craig@tn.gov>
>> **Subject: [EXTERNAL] Fwd: Litigation Hold Notice Re: Forthcoming J. Garton Lawsuit**
>>
>>
>> *** This is an EXTERNAL email. Please exercise caution. DO NOT open attachments or click links from unknown senders or unexpected email - STS-Security. ***

---------- Forwarded message ---------
From: **Daniel Horwitz** <daniel.a.horwitz@gmail.com>
Date: Thu, Feb 4, 2021 at 2:19 PM
Subject: Litigation Hold Notice Re: Forthcoming J. Garton Lawsuit
To: <TipsToTBI@tn.gov>, <jcraig@cumberland.edu>,
<cop@dicksonpd.org>, <wrcrouch@tndagc.org>


Dear Forthcoming Defendant:

Please find a litigation hold notice attached.

All the best,

-Daniel Horwitz

--

Daniel A. Horwitz, Esq.
daniel.a.horwitz@gmail.com
www.danielhorwitz.com

| | |
|---|---|
| **From:** | Joshua J. Melton |
| **To:** | Heather Thorne |
| **Subject:** | FW: [EXTERNAL] Public Records Request Re: Joshua Garton |
| **Date:** | Tuesday, February 16, 2021 7:27:41 PM |

**From:** Josh DeVine <Josh.DeVine@tn.gov>
**Sent:** Friday, February 5, 2021 6:56 AM
**To:** Joe Craig <Joe.Craig@tn.gov>; Russ Winkler <Russ.Winkler@tn.gov>; Joshua J. Melton
<Joshua.J.Melton@tn.gov>; Brad Nealon <Brad.Nealon@tn.gov>; David Rausch
<David.Rausch@tn.gov>
**Subject:** Fwd: [EXTERNAL] Public Records Request Re: Joshua Garton

Good morning, all.
Jeanne's team has this, but I wanted to be sure you were immediately aware, as well.
Thanks,
Josh

Sent from my iPhone. Please excuse any typos and brevity. Thanks!

Begin forwarded message:

> **From:** Josh DeVine <Josh.DeVine@tn.gov>
> **Date:** February 5, 2021 at 5:27:02 AM CST
> **To:** TBI Public Records <TBI.PublicRecords@tn.gov>
> **Cc:** Jeanne Broadwell <Jeanne.Broadwell@tn.gov>
> **Subject: Fwd: [EXTERNAL] Public Records Request Re: Joshua Garton**

> FYI

> Sent from my iPhone. Please excuse any typos and brevity. Thanks!

> Begin forwarded message:

>> **From:** Daniel Horwitz <daniel.a.horwitz@gmail.com>
>> **Date:** February 4, 2021 at 11:40:13 PM CST
>> **To:** TBI Media <TBI.Media@tn.gov>
>> **Subject: [EXTERNAL] Public Records Request Re: Joshua Garton**

>> **\*\*\* This is an EXTERNAL email. Please exercise caution. DO NOT open
>> attachments or click links from unknown senders or unexpected email -
>> STS-Security. \*\*\***

>> Mr. DeVine:

>> This is a public records request for any and all documents in your

possession or any other employee of the TBI's possession concerning or relating in any way to Joshua Garton. The time period of this request is January 20, 2021 until the present. This request includes all text messages, emails, and private or direct messages. If you claim an exemption regarding any responsive record, please identity the basis for the claimed exemption in detail.

A litigation hold notice to you and others will follow upon production.

All the best,

-Daniel Horwitz

--
Daniel A. Horwitz, Esq.
daniel.a.horwitz@gmail.com
www.danielhorwitz.com

| | |
|---|---|
| **From:** | Joshua J. Melton |
| **To:** | Heather Thorne |
| **Subject:** | FW: [EXTERNAL] Fwd: Litigation Hold Notice Re: Forthcoming J. Garton Lawsuit |
| **Date:** | Tuesday, February 16, 2021 7:28:03 PM |
| **Attachments:** | Litigation Hold Notice Re J. Garton Lawsuit (2-4-21).pdf |

**From:** Joe Craig <Joe.Craig@tn.gov>
**Sent:** Thursday, February 4, 2021 8:18 PM
**To:** Joshua J. Melton <Joshua.J.Melton@tn.gov>; Russ Winkler <Russ.Winkler@tn.gov>
**Subject:** Fwd: [EXTERNAL] Fwd: Litigation Hold Notice Re: Forthcoming J. Garton Lawsuit

Sent from my iPhone

Begin forwarded message:

> **From:** Joseph Craig <jcraig@cumberland.edu>
> **Date:** February 4, 2021 at 8:14:32 PM CST
> **To:** Joe Craig <Joe.Craig@tn.gov>
> **Subject: [EXTERNAL] Fwd: Litigation Hold Notice Re: Forthcoming J. Garton Lawsuit**

**\*\*\* This is an EXTERNAL email. Please exercise caution. DO NOT open attachments or click links from unknown senders or unexpected email - STS-Security. \*\*\***

---------- Forwarded message ---------
From: **Daniel Horwitz** <daniel.a.horwitz@gmail.com>
Date: Thu, Feb 4, 2021 at 2:19 PM
Subject: Litigation Hold Notice Re: Forthcoming J. Garton Lawsuit
To: <TipsToTBI@tn.gov>, <jcraig@cumberland.edu>, <cop@dicksonpd.org>,
<wrcrouch@tndagc.org>

Dear Forthcoming Defendant:

Please find a litigation hold notice attached.

All the best,

-Daniel Horwitz

--
Daniel A. Horwitz, Esq.
daniel.a.horwitz@gmail.com

www.danielhorwitz.com

| From: | Joshua J. Melton |
|---|---|
| To: | Heather Thorne |
| Subject: | FW: [EXTERNAL] Fwd: Litigation Hold Notice Re: Forthcoming J. Garton Lawsuit |
| Date: | Tuesday, February 16, 2021 7:28:47 PM |
| Attachments: | Litigation Hold Notice Re J. Garton Lawsuit (2-4-21).pdf |

**From:** Joe Craig <Joe.Craig@tn.gov>
**Sent:** Thursday, February 4, 2021 8:18 PM
**To:** Joshua J. Melton <Joshua.J.Melton@tn.gov>; Russ Winkler <Russ.Winkler@tn.gov>
**Subject:** Fwd: [EXTERNAL] Fwd: Litigation Hold Notice Re: Forthcoming J. Garton Lawsuit

Sent from my iPhone

Begin forwarded message:

> **From:** Joseph Craig <jcraig@cumberland.edu>
> **Date:** February 4, 2021 at 8:14:32 PM CST
> **To:** Joe Craig <Joe.Craig@tn.gov>
> **Subject: [EXTERNAL] Fwd: Litigation Hold Notice Re: Forthcoming J. Garton Lawsuit**

**\*\*\* This is an EXTERNAL email. Please exercise caution. DO NOT open attachments
or click links from unknown senders or unexpected email - STS-Security. \*\*\***

---------- Forwarded message ---------
From: **Daniel Horwitz** <daniel.a.horwitz@gmail.com>
Date: Thu, Feb 4, 2021 at 2:19 PM
Subject: Litigation Hold Notice Re: Forthcoming J. Garton Lawsuit
To: <TipsToTBI@tn.gov>, <jcraig@cumberland.edu>, <cop@dicksonpd.org>,
<wrcrouch@tndagc.org>

Dear Forthcoming Defendant:

Please find a litigation hold notice attached.

All the best,

-Daniel Horwitz

--
Daniel A. Horwitz, Esq.
daniel.a.horwitz@gmail.com

www.danielhorwitz.com

| From: | Joshua J. Melton |
|---|---|
| To: | Heather Thorne |
| Subject: | FW: LE Sensitive |
| Date: | Tuesday, February 16, 2021 7:28:58 PM |
| Attachments: | ReportSearchExport_Garton Complaint Calls.xlsx |

**From:** Russ Winkler <Russ.Winkler@tn.gov>
**Sent:** Monday, January 25, 2021 12:32 PM
**To:** Joe Craig <Joe.Craig@tn.gov>; Joshua J. Melton <Joshua.J.Melton@tn.gov>
**Subject:** FW: LE Sensitive

**From:** Michael Frizzell <Michael.Frizzell@tn.gov>
**Sent:** Monday, January 25, 2021 8:31 AM
**To:** Russ Winkler <Russ.Winkler@tn.gov>
**Subject:** LE Sensitive

The attachment contains two worksheet tabs: 1) Duty Officer Calls; 2) System call logs.

We have received a total of 21 calls from 8 unique numbers, which began on Saturday, January 23rd.

Michael D. Frizzell
Tennessee Bureau of Investigation
Special Agent-in-Charge
Protective Services Unit
901 R.S. Gass Blvd
Nashville, TN 37216

615.744.4000 – Main
615.744.4088 – Office
615.521.0811 - Cell

| | | | | | | |
|---|---|---|---|---|---|---|
| UNIFORM OFFICERS - NASHVILLE | NG - NASHVILLE | | | BARANA HUDSON | | DUTY OFFICER CALL |
| UNIFORM OFFICERS - NASHVILLE | NG - NASHVILLE | | | TAYLOR STONE | | DUTY OFFICER CALL |
| UNIFORM OFFICERS - NASHVILLE | NG - NASHVILLE | | | TAYLOR STONE | | DUTY OFFICER CALL |
| UNIFORM OFFICERS - NASHVILLE | NG - NASHVILLE | | | TAYLOR STONE | | DUTY OFFICER CALL |
| UNIFORM OFFICERS - NASHVILLE | NG - NASHVILLE | | | TAYLOR STONE | | DUTY OFFICER CALL |
| UNIFORM OFFICERS - NASHVILLE | NG - NASHVILLE | | | TAYLOR STONE | | DUTY OFFICER CALL |
| UNIFORM OFFICERS - NASHVILLE | NG - NASHVILLE | | | JOEL MOSS | | DUTY OFFICER CALL |
| UNIFORM OFFICERS - NASHVILLE | NG - NASHVILLE | | | TAYLOR STONE | | ADMINISTRATIVE |

| Start date | Duration | Extension Used | Dialed/CLI number | Call destination | Call direction | Call type | Trunk | Cost |
|---|---|---|---|---|---|---|---|---|
| 1/23/2021 09:54:30 AM | 00:08:30 | 3311 | 816-401-3585 | KANSASCITY, MO | INCOMING | Incoming | 601001 | $0.00 |
| 1/24/2021 08:25:42 AM | 00:01:18 | 3311 | 503-805-8078 | PORTLAND, OR | INCOMING | Incoming | 601001 | $0.00 |
| 1/24/2021 08:27:00 AM | 00:01:00 | 3311 | 503-805-8078 | PORTLAND, OR | INCOMING | Incoming | 601001 | $0.00 |
| 1/24/2021 08:28:36 AM | 00:01:24 | 3311 | 503-805-8078 | PORTLAND, OR | INCOMING | Incoming | 601001 | $0.00 |
| 1/24/2021 08:31:00 AM | 00:01:00 | 3311 | 503-805-8078 | PORTLAND, OR | INCOMING | Incoming | 601001 | $0.00 |
| 1/24/2021 09:39:30 AM | 00:05:30 | 3311 | 732-662-0310 | METUCHEN, NJ | INCOMING | Incoming | 601001 | $0.00 |
| 1/24/2021 01:15:48 PM | 00:03:12 | 5510 | 586-610-3308 | MT CLEMENS, MI | INCOMING | Incoming | 601001 | $0.00 |
| 1/24/2021 01:17:00 PM | 00:00:00 | 3311 | 586-610-3308 | MT CLEMENS, MI | INCOMING | Incoming | 609021 | $0.00 |
| 1/24/2021 01:25:18 PM | 00:01:42 | 3311 | 214-874-5605 | DALLAS, TX | INCOMING | Incoming | 601001 | $0.00 |
| 1/24/2021 01:37:06 PM | 00:01:54 | 3311 | 214-874-5605 | DALLAS, TX | INCOMING | Incoming | 601001 | $0.00 |
| 1/24/2021 03:48:30 PM | 00:01:30 | 3311 | 209-263-7235 | LODI, CA | INCOMING | Incoming | 601001 | $0.00 |
| 1/24/2021 07:53:36 PM | 00:00:24 | 3312 | 850-748-8656 | PENSACOLA, FL | INCOMING | Incoming | 601001 | $0.00 |
| 1/24/2021 07:58:42 PM | 00:00:18 | 3312 | 850-748-8656 | PENSACOLA, FL | INCOMING | Incoming | 601002 | $0.00 |
| 1/24/2021 07:58:54 PM | 00:00:06 | 3311 | 850-748-8656 | PENSACOLA, FL | INCOMING | Incoming | 601001 | $0.00 |
| 1/24/2021 07:59:00 PM | 00:00:00 | 3311 | 850-748-8656 | PENSACOLA, FL | INCOMING | Incoming | 601001 | $0.00 |
| 1/24/2021 07:59:00 PM | 00:00:00 | 3311 | 850-748-8656 | PENSACOLA, FL | INCOMING | Incoming | 601001 | $0.00 |
| 1/24/2021 07:59:54 PM | 00:00:06 | 3312 | 850-748-8656 | PENSACOLA, FL | INCOMING | Incoming | 601001 | $0.00 |
| 1/24/2021 08:00:00 PM | 00:00:00 | 3311 | 850-748-8656 | PENSACOLA, FL | INCOMING | Incoming | 601002 | $0.00 |
| 1/24/2021 08:00:00 PM | 00:00:00 | 3312 | 850-748-8656 | PENSACOLA, FL | INCOMING | Incoming | 601001 | $0.00 |
| 1/24/2021 08:00:00 PM | 00:00:00 | 3311 | 850-748-8656 | PENSACOLA, FL | INCOMING | Incoming | 601001 | $0.00 |
| 1/25/2021 12:06:18 AM | 00:01:42 | 3312 | 267-393-4275 | YARDLEY, PA | INCOMING | Incoming | 601001 | $0.00 |

**From:** Brad Nealon <Brad.Nealon@tn.gov>
**Sent:** Sunday, January 24, 2021 7:41 PM
**To:** Joshua J. Melton <Joshua.J.Melton@tn.gov>
**Cc:** Russ Winkler <Russ.Winkler@tn.gov>; David Rausch <David.Rausch@tn.gov>
**Subject:** Re: [EXTERNAL] Fwd: Threats to law enforcement

Thank the

Sent from my iPhone

On Jan 24, 2021, at 6:16 PM, Joshua J. Melton <Joshua.J.Melton@tn.gov> wrote:

Thank you Russ. I will continue to pass this along.

Thanks, Josh

Sent from my iPhone

On Jan 24, 2021, at 5:36 PM, Russ Winkler <Russ.Winkler@tn.gov> wrote:

FYI

Begin forwarded message:

**From:** Joe Craig <Joe.Craig@tn.gov>
**Date:** January 24, 2021 at 4:30:32 PM CST
**To:** Russ Winkler <Russ.Winkler@tn.gov>
**Subject: Fwd: [EXTERNAL] Fwd: Threats to law enforcement**

You may want to forward up the chain.

Sent from my iPhone

Begin forwarded message:

**From:** Andy Davis
<ADAVIS@dicksoncounty.net>
**Date:** January 24, 2021 at 4:28:22 PM CST
**To:** Ray Crouch <wrcrouch@tndagc.org>, Joe
Craig <Joe.Craig@tn.gov>
**Subject: [EXTERNAL] Fwd: Threats to law
enforcement**

Sent from my iPhone

Begin forwarded message:

> **From:** Christopher Lashlee
> <clashlee@dicksoncounty.net>
> **Date:** January 24, 2021 at 4:26:13
> PM CST
> **To:** All Sheriffs Office
> <AllSheriffsOffice@dicksoncounty.net>
> **Subject: Threats to law
> enforcement**

> Today we received several
> phone patches through dispatch
> and through the jail where
> individuals are making threats
> against Law Enforcement officers.
> These threats are stemming from
> the arrest of Joshua Garton and
> the posts he had put on social
> media. There is a group that calls
> themselves "The Watch Dog" and
> another individual by the name of
> William R. Lord that are making
> threats towards us. They stated
> that it doesn't matter if we are in
> uniform or not that we better
> watch our backs and that they
> would rather take care of us from
> a distance. Be Vigilant and watch
> your six.

Cpl. Lashlee

Confidentiality Notice:
The information contained in this email message and any
attachment(s) is the property of Dickson County
and may be protected by federal laws governing disclosure of
private information. It is intended solely
for the use of the entity to whom this email is addressed. If you
are not the intended recipient,
you are hereby notified that reading, copying or distribution of
this transmission is STRICTLY PROHIBITED.
The sender has not waived any applicable privilege by sending
the accompanying transmission.
If you have received this transmission in error,
please notify the sender by returning and deleting

Confidentiality Notice:

The information contained in this email
message and any attachment(s) is the property
of Dickson County
and may be protected by federal laws
governing disclosure of private information. It
is intended solely
for the use of the entity to whom this email is
addressed. If you are not the intended
recipient,
you are hereby notified that reading, copying
or distribution of this transmission is STRICTLY
PROHIBITED.
The sender has not waived any applicable
privilege by sending the accompanying
transmission.
If you have received this transmission in error,
please notify the sender by returning and
deleting the message and attachment(s) from
your system.

All Email Scanned by Barracuda Spam / Virus
Filter

**From:** David Rausch <David.Rausch@tn.gov>
**Sent:** Sunday, January 24, 2021 6:05 PM
**To:** Joshua J. Melton <Joshua.J.Melton@tn.gov>
**Cc:** Russ Winkler <Russ.Winkler@tn.gov>; Brad Nealon <Brad.Nealon@tn.gov>
**Subject:** Re: [EXTERNAL] Fwd: Threats to law enforcement

Thank you

Sent from my iPhone


On Jan 24, 2021, at 5:16 PM, Joshua J. Melton <Joshua.J.Melton@tn.gov> wrote:

 Thank you Russ. I will continue to pass this along.

Thanks, Josh

Sent from my iPhone


On Jan 24, 2021, at 5:36 PM, Russ Winkler <Russ.Winkler@tn.gov> wrote:


FYI


Begin forwarded message:

> **From:** Joe Craig <Joe.Craig@tn.gov>
> **Date:** January 24, 2021 at 4:30:32 PM CST
> **To:** Russ Winkler <Russ.Winkler@tn.gov>
> **Subject: Fwd: [EXTERNAL] Fwd: Threats to law enforcement**

 You may want to forward up the chain.

Sent from my iPhone

Begin forwarded message:

**From:** Andy Davis
<ADAVIS@dicksoncounty.net>
**Date:** January 24, 2021 at 4:28:22 PM CST
**To:** Ray Crouch <wrcrouch@tndagc.org>, Joe
Craig <Joe.Craig@tn.gov>
**Subject: [EXTERNAL] Fwd: Threats to law
enforcement**


Sent from my iPhone

Begin forwarded message:

> **From:** Christopher Lashlee
> <clashlee@dicksoncounty.net>
> **Date:** January 24, 2021 at 4:26:13
> PM CST
> **To:** All Sheriffs Office
> <AllSheriffsOffice@dicksoncounty.net>
> **Subject: Threats to law
> enforcement**


> Today we received several
> phone patches through dispatch
> and through the jail where
> individuals are making threats
> against Law Enforcement officers.
> These threats are stemming from
> the arrest of Joshua Garton and
> the posts he had put on social
> media. There is a group that calls
> themselves "The Watch Dog" and
> another individual by the name of
> William R. Lord that are making
> threats towards us. They stated
> that it doesn't matter if we are in
> uniform or not that we better
> watch our backs and that they
> would rather take care of us from
> a distance. Be Vigilant and watch
> your six.

Cpl. Lashlee

Confidentiality Notice:
The information contained in this email message and any
attachment(s) is the property of Dickson County
and may be protected by federal laws governing disclosure of
private information. It is intended solely
for the use of the entity to whom this email is addressed. If you
are not the intended recipient,
you are hereby notified that reading, copying or distribution of
this transmission is STRICTLY PROHIBITED.
The sender has not waived any applicable privilege by sending
the accompanying transmission.
If you have received this transmission in error,
please notify the sender by returning and deleting

Confidentiality Notice:

The information contained in this email
message and any attachment(s) is the property
of Dickson County
and may be protected by federal laws
governing disclosure of private information. It
is intended solely
for the use of the entity to whom this email is
addressed. If you are not the intended
recipient,
you are hereby notified that reading, copying
or distribution of this transmission is STRICTLY
PROHIBITED.
The sender has not waived any applicable
privilege by sending the accompanying
transmission.
If you have received this transmission in error,
please notify the sender by returning and
deleting the message and attachment(s) from
your system.

All Email Scanned by Barracuda Spam / Virus
Filter

**From:** Joshua J. Melton
**Sent:** Sunday, January 24, 2021 5:17 PM
**To:** Russ Winkler <Russ.Winkler@tn.gov>
**Cc:** Brad Nealon <Brad.Nealon@tn.gov>; David Rausch <David.Rausch@tn.gov>
**Subject:** Re: [EXTERNAL] Fwd: Threats to law enforcement

Thank you Russ. I will continue to pass this along.

Thanks, Josh

Sent from my iPhone

On Jan 24, 2021, at 5:36 PM, Russ Winkler <Russ.Winkler@tn.gov> wrote:

FYI

Begin forwarded message:

> **From:** Joe Craig <Joe.Craig@tn.gov>
> **Date:** January 24, 2021 at 4:30:32 PM CST
> **To:** Russ Winkler <Russ.Winkler@tn.gov>
> **Subject: Fwd: [EXTERNAL] Fwd: Threats to law enforcement**

You may want to forward up the chain.

Sent from my iPhone

Begin forwarded message:

> **From:** Andy Davis <ADAVIS@dicksoncounty.net>
> **Date:** January 24, 2021 at 4:28:22 PM CST
> **To:** Ray Crouch <wrcrouch@tndagc.org>, Joe Craig <Joe.Craig@tn.gov>
> **Subject: [EXTERNAL] Fwd: Threats to law enforcement**

Sent from my iPhone

Begin forwarded message:

**From:** Christopher Lashlee
<clashlee@dicksoncounty.net>
**Date:** January 24, 2021 at 4:26:13 PM CST
**To:** All Sheriffs Office
<AllSheriffsOffice@dicksoncounty.net>
**Subject: Threats to law enforcement**

Today we received several phone patches
through dispatch and through the jail where
individuals are making threats against Law
Enforcement officers. These threats are
stemming from the arrest of Joshua Garton and
the posts he had put on social media. There is a
group that calls themselves "The Watch Dog"
and another individual by the name of William
R. Lord that are making threats towards us.
They stated that it doesn't matter if we are in
uniform or not that we better watch our backs
and that they would rather take care of us from
a distance. Be Vigilant and watch your six.

Cpl. Lashlee

Confidentiality Notice:
The information contained in this email message and any attachment(s) is the
property of Dickson County
and may be protected by federal laws governing disclosure of private information. It
is intended solely
for the use of the entity to whom this email is addressed. If you are not the
intended recipient,
you are hereby notified that reading, copying or distribution of this transmission is
STRICTLY PROHIBITED.
The sender has not waived any applicable privilege by sending the accompanying
transmission.
If you have received this transmission in error,
please notify the sender by returning and deleting

Confidentiality Notice:
The information contained in this email message and any
attachment(s) is the property of Dickson County
and may be protected by federal laws governing disclosure

of private information. It is intended solely
for the use of the entity to whom this email is addressed. If
you are not the intended recipient,
you are hereby notified that reading, copying or distribution
of this transmission is STRICTLY PROHIBITED.
The sender has not waived any applicable privilege by
sending the accompanying transmission.
If you have received this transmission in error,
please notify the sender by returning and deleting the
message and attachment(s) from your system.

All Email Scanned by Barracuda Spam / Virus Filter

**From:** Russ Winkler <Russ.Winkler@tn.gov>
**Sent:** Sunday, January 24, 2021 4:36 PM
**To:** Joshua J. Melton <Joshua.J.Melton@tn.gov>
**Subject:** Fwd: [EXTERNAL] Fwd: Threats to law enforcement

FYI

Begin forwarded message:

> **From:** Joe Craig <Joe.Craig@tn.gov>
> **Date:** January 24, 2021 at 4:30:32 PM CST
> **To:** Russ Winkler <Russ.Winkler@tn.gov>
> **Subject: Fwd:  [EXTERNAL] Fwd: Threats to law enforcement**

You may want to forward up the chain.

Sent from my iPhone

Begin forwarded message:

> **From:** Andy Davis <ADAVIS@dicksoncounty.net>
> **Date:** January 24, 2021 at 4:28:22 PM CST
> **To:** Ray Crouch <wrcrouch@tndagc.org>, Joe Craig <Joe.Craig@tn.gov>
> **Subject: [EXTERNAL] Fwd: Threats to law enforcement**

Sent from my iPhone

Begin forwarded message:

> **From:** Christopher Lashlee <clashlee@dicksoncounty.net>
> **Date:** January 24, 2021 at 4:26:13 PM CST
> **To:** All Sheriffs Office <AllSheriffsOffice@dicksoncounty.net>
> **Subject: Threats to law enforcement**

Today we received several phone patches through dispatch and through the jail where individuals are making threats against Law Enforcement officers. These threats are stemming from the arrest of Joshua Garton and the posts he had put on social media. There is a group that calls themselves "The Watch Dog" and another individual by the name of William R. Lord that are making threats towards us. They stated that it doesn't matter if we are in uniform or not that we better watch our backs and that they would rather take care of us from a distance. Be Vigilant and watch your six.

Cpl. Lashlee

Confidentiality Notice:
The information contained in this email message and any attachment(s) is the property of Dickson County
and may be protected by federal laws governing disclosure of private information. It is intended solely for the use of the entity to whom this email is addressed. If you are not the intended recipient, you are hereby notified that reading, copying or distribution of this transmission is STRICTLY PROHIBITED.
The sender has not waived any applicable privilege by sending the accompanying transmission. If you have received this transmission in error,
please notify the sender by returning and deleting

Confidentiality Notice:
The information contained in this email message and any attachment(s) is the property of Dickson County
and may be protected by federal laws governing disclosure of private information. It is intended solely
for the use of the entity to whom this email is addressed. If you are not the intended recipient,
you are hereby notified that reading, copying or distribution of this transmission is STRICTLY PROHIBITED.
The sender has not waived any applicable privilege by sending the accompanying transmission.
If you have received this transmission in error,
please notify the sender by returning and deleting the message and attachment(s) from your system.

All Email Scanned by Barracuda Spam / Virus Filter

From:        Joshua J. Melton
To:           Heather Thorne
Subject:     FW: TBI News Release - Dickson County - Joshua Garton
Date:         Tuesday, February 16, 2021 7:30:12 PM
Attachments:  image001.png
                1-22-21 Dickson Harassment (Joshua Garton).pdf
                Joshua Garton.PNG

**From:** Josh DeVine <Josh.DeVine@tn.gov>
**Sent:** Friday, January 22, 2021 7:06 PM
**To:** Joe Craig <Joe.Craig@tn.gov>; Russ Winkler <Russ.Winkler@tn.gov>
**Cc:** Ray Crouch (wrcrouch@tndagc.org) <wrcrouch@tndagc.org>
**Subject:** TBI News Release - Dickson County - Joshua Garton

### LYLES MAN ARRESTED, CHARGED WITH DOCTORING & POSTING HARASSING PHOTOGRAPH

**DICKSON COUNTY** – Special Agents from the Tennessee Bureau of Investigation, working alongside investigators from the Dickson Police Department, have arrested and charged a Lyles man accused of manufacturing and disseminating a harassing photograph on social media.

At the request of 23rd District Attorney General Ray Crouch, TBI Agents began investigating the origin of a photograph that depicted individuals desecrating the grave of a deceased local law enforcement officer, Sgt. Daniel Baker of the Dickson County Sheriff's Office. Agents subsequently visited Baker's gravesite this morning and determined the photograph was digitally manufactured. Further investigative efforts led to the identification of Joshua Andrew Garton (DOB 1-31-92) as the individual who manufactured the image and distributed it on social media.

This afternoon, Agents arrested Garton and charged him with one count of Harassment and booked him into the Dickson County Jail where, because of this charge and other, unrelated legal issues, he was being held on a $76,000 bond.

###



**Josh DeVine** | Communications Director
Tennessee Bureau of Investigation
901 R.S. Gass Boulevard
Nashville, TN 37216
**OFFICE:** (615) 744-4295

"To unsubscribe from the TBIMEDIA list, send an email to LISTSERV@LISTSERV.TN.GOV and type "Unsubscribe TBIMEDIA" in the message body. To subscribe to the TBIMEDIA list, send an email to LISTSERV@LISTSERV.TN.GOV and type "Subscribe TBIMEDIA" in the message body."





State of Tennessee

# MEDIA RELEASE

## Tennessee Bureau of Investigation

*"that guilt shall not escape nor innocence suffer"*

**FOR IMMEDIATE RELEASE**
JANUARY 22, 2021

**CONTACT:** JOSH DEVINE
**PHONE:** (615) 744-4295 (OFFICE)
**EMAIL:** TBI.MEDIA@TN.GOV

### LYLES MAN ARRESTED, CHARGED WITH DOCTORING & POSTING HARASSING PHOTOGRAPH

**DICKSON COUNTY** – Special Agents from the Tennessee Bureau of Investigation, working alongside investigators from the Dickson Police Department, have arrested and charged a Lyles man accused of manufacturing and disseminating a harassing photograph on social media.

At the request of 23rd District Attorney General Ray Crouch, TBI Agents began investigating the origin of a photograph that depicted individuals desecrating the grave of a deceased local law enforcement officer, Sgt. Daniel Baker of the Dickson County Sheriff's Office. Agents subsequently visited Baker's gravesite this morning and determined the photograph was digitally manufactured. Further investigative efforts led to the identification of Joshua Andrew Garton (DOB 1-31-92) as the individual who manufactured the image and distributed it on social media.

This afternoon, Agents arrested Garton and charged him with one count of Harassment and booked him into the Dickson County Jail where, because of this charge and other, unrelated legal issues, he was being held on a $76,000 bond.



###

#### About TBI

Since 1980, the Tennessee Bureau of Investigation has served as the state's independent, lead law enforcement agency. Every day, focused on the agency's core values of truth, bravery, and integrity, the TBI's approximately 600 employees provide a variety of advanced criminal and drug investigative, forensic, and criminal justice services to assist local, state, and federal law enforcement partners, to fulfill the agency's promise, *"That Guilt Shall Not Escape Nor Innocence Suffer."* Learn more about the TBI online at tn.gov/tbi, and connect with the agency on Facebook, Twitter, and Instagram at @TBInvestigation.



Brad >

Wed, Feb 3, 3:37 PM

There was a preliminary hearing at which time he dismissed

Fri, Feb 5, 10:52 AM

Busy?

Fri, Feb 5, 1:06 PM

Busy now?

Free now

iMessage







New iMessage   Cancel

To: Joe Craig

after the hearing and talk about what all we have and what's coming in if you have time

👌

Mon, Jan 25, 9:36 AM

What time is the hearing today Joe? Sorry to interrupt if it is now

Not sure, will let you know

Can I call you?

Yes

iMessage



**RD**

Rausch ›

Wednesday 4:41 PM

Josh advised that the harassment charge against the person in Dickson County was dismissed today following a preliminary hearing. Apparently the Judge cited there was no victim in the case

Wednesday 5:43 PM

That is not good.

Wednesday 6:48 PM

Yep

iMessage

## Heather Thorne

**From:** Brad Nealon
**Sent:** Friday, February 19, 2021 2:38 PM
**To:** Heather Thorne
**Subject:** Fwd: Revised Statement?

Sent from my iPhone

Begin forwarded message:

> **From:** Brad Nealon <Brad.Nealon@tn.gov>
> **Date:** January 22, 2021 at 2:01:40 PM EST
> **To:** "Joshua J. Melton" <Joshua.J.Melton@tn.gov>
> **Cc:** David Rausch <David.Rausch@tn.gov>
> **Subject: Re: Revised Statement?**
>
> Thank you
>
> Sent from my iPhone
>
> > On Jan 22, 2021, at 1:19 PM, Joshua J. Melton <Joshua.J.Melton@tn.gov> wrote:
> >
> > The below is what is going out to the media.
> >
> > -----Original Message-----
> > From: Josh DeVine <Josh.DeVine@tn.gov>
> > Sent: Friday, January 22, 2021 11:52 AM
> > To: Joshua J. Melton <Joshua.J.Melton@tn.gov>; Russ Winkler <Russ.Winkler@tn.gov>
> > Subject: Revised Statement?
> >
> > This morning, District Attorney General Ray Crouch requested the TBI to investigate the origin of a troubling photograph, getting considerable attention on social media today, that seemed to depict individuals desecrating the grave of a deceased local law enforcement officer.
> >
> > Agents visited the gravesite this morning and quickly determined the photograph is not authentic. The TBI's investigation, however, continues and, to that end, the Bureau would encourage anyone with information about who may be responsible for manufacturing the image to contact the TBI at 1-800-TBI-FIND.
> >
> > Sent from my iPhone. Please excuse any typos and brevity. Thanks!

1

**Heather Thorne**

| | |
|---|---|
| **From:** | Larissa Picard |
| **Sent:** | Sunday, January 24, 2021 8:21 PM |
| **To:** | Russ Winkler; Nathan Neese |
| **Subject:** | Harassment Calls Regarding Joshua Garton |

Good evening,

I just wanted to pass along that friends of Joshua Garton have been harassing TIES and UOs all day long with nonsense calls. Day shift advised that they have called all day long cussing out whoever answered the phone. We have received numerous of the same calls so far tonight. The calls are starting to come consecutively to where they are tying up both main line phones. I know UOs have informed Mike Frizzell. I'm not sure if y'all can even do anything in this situation, but I wanted to make y'all aware. Here are the numbers that have called since Kristen and I have been on shift:

5635141904
8507488656 (9 calls)
3148521996
3057839015

*Larissa Picard*
*Crime Information Communication Specialist*
*CJIS Support Center / TIES*
*Tennessee Bureau of Investigation*



*901 R.S. Gass Blvd.*
*Nashville, TN 37216*
*Office: 615.744.4600*
*Larissa.Picard@tn.gov*

**Heather Thorne**

| | |
|---|---|
| **From:** | Leslie Earhart |
| **Sent:** | Saturday, January 23, 2021 5:31 PM |
| **To:** | David Rausch; Josh DeVine; Brad Nealon; Joshua J. Melton; Russ Winkler |
| **Cc:** | Susan Niland; Keli McAlister |
| **Subject:** | FYI - Dickson County case |

Good evening,

I'm passing this article along in case you havent seen it.
I just wanted to make you aware.

https://www.google.com/amp/s/lawandcrime.com/crazy/constitutionally-illiterate-tennessee-authorities-arrest-man-for-posting-an-anti-police-meme-on-social-media/amp/

Take care,
Leslie

**Heather Thorne**

| | |
|---|---|
| **From:** | Michael Frizzell |
| **Sent:** | Monday, January 25, 2021 8:31 AM |
| **To:** | Russ Winkler |
| **Subject:** | LE Sensitive |
| **Attachments:** | ReportSearchExport_Garton Complaint Calls.xlsx |

The attachment contains two worksheet tabs: 1) Duty Officer Calls; 2) System call logs.

We have received a total of 21 calls from 8 unique numbers, which began on Saturday, January 23rd.

Michael D. Frizzell
Tennessee Bureau of Investigation
Special Agent-in-Charge
Protective Services Unit
901 R.S. Gass Blvd
Nashville, TN 37216

615.744.4000 – Main
615.744.4088 – Office
615.521.0811 - Cell

**Heather Thorne**

| | |
|---|---|
| **From:** | Russ Winkler |
| **Sent:** | Friday, January 22, 2021 5:38 PM |
| **To:** | Joe Craig |
| **Subject:** | Re: [EXTERNAL] Joshua Garton Intake Sheet |

Got it, thank you.


> On Jan 22, 2021, at 5:36 PM, Joe Craig <Joe.Craig@tn.gov> wrote:
>
> Thanks!
>
> Sent from my iPhone


>> On Jan 22, 2021, at 5:31 PM, Joe Craig <Joe.Craig@tn.gov> wrote:
>>
>>
>> Sent from my iPhone
>>
>> Begin forwarded message:
>>
>> **From:** Andrew Pentecost <apentecost@dicksoncounty.net>
>> **Date:** January 22, 2021 at 5:30:35 PM CST
>> **To:** Joe Craig <Joe.Craig@tn.gov>
>> **Subject: [EXTERNAL] Joshua Garton Intake Sheet**
>>
>>
>> Here you go sir. Let me know if you need anything else.
>>
>> Corporal Andrew Pentecost
>> Badge:#▮
>> 2nd Shift Corrections
>> Dickson County Sheriff's Department
>> 146 County Jail Drive
>> Charlotte, TN 37036
>> Work: (615) 789-4109
>> Cell:▮

Confidentiality Notice:
The information contained in this email message and any attachment(s) is the property of Dickson County
and may be protected by federal laws governing disclosure of private information. It is intended solely
for the use of the entity to whom this email is addressed. If you are not the intended recipient, you are hereby notified that reading, copying or distribution of this transmission is STRICTLY PROHIBITED.
The sender has not waived any applicable privilege by sending the accompanying transmission. If you have received this transmission in error,
please notify the sender by returning and deleting

Case 3:21-cv-00338   Document 1-1   Filed 04/27/21   Page 75 of 136 PageID #: 101

Confidentiality Notice:
The information contained in this email message and any attachment(s) is the property of Dickson County
and may be protected by federal laws governing disclosure of private information. It is intended solely
for the use of the entity to whom this email is addressed. If you are not the intended recipient,
you are hereby notified that reading, copying or distribution of this transmission is STRICTLY PROHIBITED.
The sender has not waived any applicable privilege by sending the accompanying transmission.
If you have received this transmission in error,
please notify the sender by returning and deleting the message and attachment(s) from your system.

All Email Scanned by Barracuda Spam / Virus Filter

<Joshua Garton Intake Sheet.pdf>

**Heather Thorne**

| | |
|---|---|
| **From:** | Russ Winkler |
| **Sent:** | Saturday, January 23, 2021 6:45 PM |
| **To:** | Joe Craig |
| **Subject:** | Fwd: FYI - Dickson County case |

Begin forwarded message:

> **From:** "Joshua J. Melton" <Joshua.J.Melton@tn.gov>
> **Date:** January 23, 2021 at 6:41:53 PM CST
> **To:** Russ Winkler <Russ.Winkler@tn.gov>
> **Subject: Fwd: FYI - Dickson County case**
>
>
> Sent from my iPhone
>
> Begin forwarded message:
>
>> **From:** Leslie Earhart <Leslie.Earhart@tn.gov>
>> **Date:** January 23, 2021 at 6:30:49 PM EST
>> **To:** David Rausch <David.Rausch@tn.gov>, Josh DeVine <Josh.DeVine@tn.gov>, Brad
>> Nealon <Brad.Nealon@tn.gov>, "Joshua J. Melton" <Joshua.J.Melton@tn.gov>, Russ
>> Winkler <Russ.Winkler@tn.gov>
>> **Cc:** Susan Niland <Susan.Niland@tn.gov>, Keli McAlister <Keli.McAlister@tn.gov>
>> **Subject: FYI - Dickson County case**
>>
>>
>> Good evening,
>>
>> I'm passing this article along in case you havent seen it.
>> I just wanted to make you aware.
>>
>> https://www.google.com/amp/s/lawandcrime.com/crazy/constitutionally-illiterate-
>> tennessee-authorities-arrest-man-for-posting-an-anti-police-meme-on-social-
>> media/amp/
>>
>> Take care,
>> Leslie

| | |
|---|---|
| **From:** | Russ Winkler |
| **Sent:** | Friday, January 22, 2021 5:32 PM |
| **To:** | Josh DeVine |
| **Subject:** | Fwd: [EXTERNAL] Joshua Garton Intake Sheet |
| **Attachments:** | Joshua Garton Intake Sheet.pdf; ATT00001.htm |

Begin forwarded message:

**From:** Joe Craig <Joe.Craig@tn.gov>
**Date:** January 22, 2021 at 5:31:40 PM CST
**To:** Russ Winkler <Russ.Winkler@tn.gov>
**Cc:** Nathan Neese <Nathan.Neese@tn.gov>
**Subject: Fwd: [EXTERNAL] Joshua Garton Intake Sheet**


Sent from my iPhone

Begin forwarded message:

**From:** Andrew Pentecost <apentecost@dicksoncounty.net>
**Date:** January 22, 2021 at 5:30:35 PM CST
**To:** Joe Craig <Joe.Craig@tn.gov>
**Subject: [EXTERNAL] Joshua Garton Intake Sheet**


Here you go sir. Let me know if you need anything else.

Corporal Andrew Pentecost
Badge#▮▮▮▮
2nd Shift Corrections
Dickson County Sheriff's Department
146 County Jail Drive
Charlotte, TN 37036
Work: (615) 789-4109
Cell: ▮▮▮▮▮▮▮

Confidentiality Notice:
The information contained in this email message and any attachment(s) is the property of Dickson County
and may be protected by federal laws governing disclosure of private information. It is intended solely
for the use of the entity to whom this email is addressed. If you are not the intended recipient,
you are hereby notified that reading, copying or distribution of this transmission is STRICTLY PROHIBITED.
The sender has not waived any applicable privilege by sending the accompanying transmission.
If you have received this transmission in error,
please notify the sender by returning and deleting


Confidentiality Notice:
The information contained in this email message and any attachment(s) is the property

of Dickson County
and may be protected by federal laws governing disclosure of private information. It is intended solely
for the use of the entity to whom this email is addressed. If you are not the intended recipient,
you are hereby notified that reading, copying or distribution of this transmission is STRICTLY PROHIBITED.
The sender has not waived any applicable privilege by sending the accompanying transmission.
If you have received this transmission in error,
please notify the sender by returning and deleting the message and attachment(s) from your system.

All Email Scanned by Barracuda Spam / Virus Filter


## Inmate Details

| Full Name | | Intake Date | Release Date | Booking #:2021010166 |
|---|---|---|---|---|
| GARTON, JOSHUA ANDREW | | 01/22/2021 15:35 | | Jacket #: 127590 |

| Address: | 9986 ROCKY POINT RD | | | Pod/Cell/Bed: | MD-2-MD-2- |
|---|---|---|---|---|---|
| City/State: | -BON AQUA, TN 37025 | | | Date Of Birth: | 01/31/1992 |
| Home: | | Cell: | | Age At Intake: | 28 |

| | | | | |
|---|---|---|---|---|
| Race: | WHITE | Sex: | MALE | |
| Height: | 511 | Weight | 151 | |
| Eye Color: | HAZEL | Hair Color: | BROWN | |
| Complexion: | LIGHT | Build: | AVERAGE BUILD | |
| Facial Hair: | GOATEE AND MOUSTACHE | Glasses: | NONE | |
| Hair Style: | | Hair Length: | SHORT | |
| Marital: | SINGLE | # Of Children: | 0 | |
| Religion: | NO PREFERENCE | Resident: | RESIDENT | |
| Gang Name: | `NONE | | | |
| Indian Tribe: | | | | Days In Jail: 1 |
| Ethnicity: | NOT HISPANIC OR LATINO | | | Property Location: PB |

## Intake / Release Info

| Intake By: | | Intake Date: | 01/22/2021 15:35 | Reason: | ARREST WARRANT |
|---|---|---|---|---|---|
| Searched By: | | | | | |
| Finger Print By: | | Finger Print #: | | | |
| Dressed Out By: | | | | | |
| Release By: | | Release Date: | | Reason: | |
| Released OR By: | | | | Weight Out: | 0 |
| Bonded Out By: | | | | | |

## Inmate ID

| SSN: | | SID#: | | DL#: | |
|---|---|---|---|---|---|
| DOC/Prison: | | FBI#: | | ICE: | |
| Military: | NO | Branch: | | Rank: | |
| Local ID: | | Student: | | Other ID: | |

## Classification

| Inmate Classification: | PRETRIAL MISD | | | Suicide Watch: | No | Violent At Intake: | No |
|---|---|---|---|---|---|---|---|
| PREA Classification: | | | | Escape Risk: | No | Weekender: | No |
| Registered Offender: | No | Tusty: | No | Mental Illness: | No | Felon | No |
| Housing Classification: | | State Parolee: | No | Federal Prisoner: | No | Indigent: | No |
| Protective Custody: | No | Local Parolee: | No | | | Restrict Commissary: | No |
| Work Crew: | | | | | | | |

## Place Of Birth

| NCIC POB: | UNITED STATES OF AMERICA | Citizen: | Yes |
|---|---|---|---|

Case 3:21-cv-00338 Document 1-1 Filed 04/27/21 Page 80 of 136 PageID #: 106


## Inmate Details

| Full Name | Intake Date | Release Date | Booking #:2021010166 |
|---|---|---|---|
| GARTON, JOSHUA ANDREW | 01/22/2021 15:35 | | Jacket #: 127590 |

| Country Of Citizenship | UNITED STATES | | Foreign Born: | No |
|---|---|---|---|---|
| Place of Birth: | NASHVILLE TN | | Homeless: | No |
| Intrepreter Required: | | | | |

## Initial Arrest Information

| | | | |
|---|---|---|---|
| Arrest Date: | 01/22/2021 15:47 | Case#: | |
| Arrest Location: | DICKSON POLICE DEPARTMENT | Mittimus#: | |
| Vehicle Info: | N/A | | |
| Arrest Agency: | TENNESSEE BUREAU OF INVESTIGATION | | |
| Arrest Officer: | ASAC TBI CRAIG | Badge: | |

## Bond Information

| Charge Count: 1 | Computed Bond: | 76000.00 | Override Bond: |
|---|---|---|---|

## Charge Information

| Charge Code | Statute | Ordinance | Court | Court Date | Dept | Add On |
|---|---|---|---|---|---|---|
| 39-17-308 | 39-17-308 | | G | 04/20/2021 13:00 | | |
| Description: | HARASSMENT (NON-VERBAL THREAT) | | | | | |
| Detail: | HARASSMENT | | | | | |
| Arrest Dept: | TBI | | | Badge: | | |
| Arrest Officer: | | | | Bond: | 76000.00 | |
| Bond: | CC | | | Bond Text: | CASH/COMMERCIAL | |
| Warrant #: | NO NUMBER GIVEN | | | Docket #: | | |

## Employer

| | | | |
|---|---|---|---|
| Employer: | UNEMPLOYED | | |
| Address: | | Length: | |
| City/State: | | Phone: | |
| Occupation: | UNEMPLOYED | | |

## Emergency Contact

| Name | Relationship |
|---|---|
| , NO CONTACTS | |

| Race: | SSN: | Home Phone: |
|---|---|---|
| Sex: | DL#: / | Work Phone: |
| Occupation: | | Cell Phone: |



Dickson County Sheriff's Office
**Booking Intake Details**

## Inmate Details

| Full Name | Intake Date | Release Date | Booking #:2021010166 |
|---|---|---|---|
| GARTON, JOSHUA ANDREW | 01/22/2021 15:35 | | Jacket #: 127590 |

## Intake Phone Call

Phone #:          Notes:

## Education History

| Level Of Education | Juvenile | Highest Grade | Enrolled Prior To Arrest | Can Read/Write | Special Ed |
|---|---|---|---|---|---|
| 12 TH GRADE | NO | 12TH | | | |
| Request Educational Services: | | | | | |
| Last School Attended: | KENWOOD HIGH | | | | |

Inmate Signature / Date                    Officer Signature / Date

Case 3:21-cv-00338   Document 1-1   Filed 04/27/21   Page 82 of 136 PageID #: 108

## Heather Thorne

**From:** Russ Winkler
**Sent:** Friday, January 22, 2021 5:35 PM
**To:** Josh DeVine
**Subject:** Fwd: [EXTERNAL] Joshua Garton Intake Photo

Begin forwarded message:

> **From:** Joe Craig <Joe.Craig@tn.gov>
> **Date:** January 22, 2021 at 5:34:23 PM CST
> **To:** Russ Winkler <Russ.Winkler@tn.gov>
> **Subject: Fwd: [EXTERNAL] Joshua Garton Intake Photo**

Sent from my iPhone

Begin forwarded message:

> **From:** Andrew Pentecost <apentecost@dicksoncounty.net>
> **Date:** January 22, 2021 at 5:33:05 PM CST
> **To:** Joe Craig <Joe.Craig@tn.gov>
> **Subject: [EXTERNAL] Joshua Garton Intake Photo**

Corporal Andrew Pentecost
Badge#████
2nd Shift Corrections
Dickson County Sheriff's Department
146 County Jail Drive
Charlotte, TN 37036
Work: (615) 789-4109
Cell: ████████████

Confidentiality Notice:
The information contained in this email message and any attachment(s) is the property of Dickson County
and may be protected by federal laws governing disclosure of private information. It is intended solely
for the use of the entity to whom this email is addressed. If you are not the intended recipient,
you are hereby notified that reading, copying or distribution of this transmission is STRICTLY PROHIBITED.
The sender has not waived any applicable privilege by sending the accompanying transmission.
If you have received this transmission in error,
please notify the sender by returning and deleting

Confidentiality Notice:
The information contained in this email message and any attachment(s) is the property
of Dickson County
and may be protected by federal laws governing disclosure of private information. It is
intended solely

for the use of the entity to whom this email is addressed. If you are not the intended recipient,

you are hereby notified that reading, copying or distribution of this transmission is STRICTLY PROHIBITED.

The sender has not waived any applicable privilege by sending the accompanying transmission.

If you have received this transmission in error,

please notify the sender by returning and deleting the message and attachment(s) from your system.

All Email Scanned by Barracuda Spam / Virus Filter

-



Case 3:21-cv-00338   Document 1-1   Filed 04/27/21   Page 85 of 136 PageID #: 111

## Heather Thorne

| | |
|---|---|
| **From:** | Russ Winkler |
| **Sent:** | Sunday, January 24, 2021 4:36 PM |
| **To:** | Joshua J. Melton |
| **Subject:** | Fwd: [EXTERNAL] Fwd: Threats to law enforcement |

FYI

Begin forwarded message:

> **From:** Joe Craig <Joe.Craig@tn.gov>
> **Date:** January 24, 2021 at 4:30:32 PM CST
> **To:** Russ Winkler <Russ.Winkler@tn.gov>
> **Subject: Fwd: [EXTERNAL] Fwd: Threats to law enforcement**
>
> You may want to forward up the chain.
>
> Sent from my iPhone
>
> Begin forwarded message:
>
> > **From:** Andy Davis <ADAVIS@dicksoncounty.net>
> > **Date:** January 24, 2021 at 4:28:22 PM CST
> > **To:** Ray Crouch <wrcrouch@tndagc.org>, Joe Craig <Joe.Craig@tn.gov>
> > **Subject: [EXTERNAL] Fwd: Threats to law enforcement**
> >
> >
> > Sent from my iPhone
> >
> > Begin forwarded message:
> >
> > > **From:** Christopher Lashlee <clashlee@dicksoncounty.net>
> > > **Date:** January 24, 2021 at 4:26:13 PM CST
> > > **To:** All Sheriffs Office <AllSheriffsOffice@dicksoncounty.net>
> > > **Subject: Threats to law enforcement**
> > >
> > >
> > >
> > > Today we received several phone patches through dispatch and
> > > through the jail where individuals are making threats against Law
> > > Enforcement officers. These threats are stemming from the arrest of
> > > Joshua Garton and the posts he had put on social media. There is a
> > > group that calls themselves "The Watch Dog" and another individual by
> > > the name of William R. Lord that are making threats towards us. They
> > > stated that it doesn't matter if we are in uniform or not that we better

watch our backs and that they would rather take care of us from a
distance. Be Vigilant and watch your six.

Cpl. Lashlee

Confidentiality Notice:
The information contained in this email message and any attachment(s) is the property of Dickson County
and may be protected by federal laws governing disclosure of private information. It is intended solely
for the use of the entity to whom this email is addressed. If you are not the intended recipient,
you are hereby notified that reading, copying or distribution of this transmission is STRICTLY PROHIBITED.
The sender has not waived any applicable privilege by sending the accompanying transmission.
If you have received this transmission in error,
please notify the sender by returning and deleting

Confidentiality Notice:

The information contained in this email message and any attachment(s) is the property
of Dickson County

and may be protected by federal laws governing disclosure of private information. It is
intended solely

for the use of the entity to whom this email is addressed. If you are not the intended
recipient,

you are hereby notified that reading, copying or distribution of this transmission is
STRICTLY PROHIBITED.

The sender has not waived any applicable privilege by sending the accompanying
transmission.

If you have received this transmission in error,

please notify the sender by returning and deleting the message and attachment(s) from
your system.

All Email Scanned by Barracuda Spam / Virus Filter

| | |
|---|---|
| **From:** | Russ Winkler |
| **Sent:** | Saturday, January 23, 2021 6:45 PM |
| **To:** | Leslie Earhart |
| **Subject:** | Re: FYI - Dickson County case |

10-4

> On Jan 23, 2021, at 5:30 PM, Leslie Earhart <Leslie.Earhart@tn.gov> wrote:
>
> Good evening,
>
> I'm passing this article along in case you havent seen it.
> I just wanted to make you aware.
>
> https://www.google.com/amp/s/lawandcrime.com/crazy/constitutionally-illiterate-tennessee-authorities-arrest-man-for-posting-an-anti-police-meme-on-social-media/amp/
>
> Take care,
> Leslie

| | |
|---|---|
| **From:** | Joe Craig |
| **Sent:** | Friday, January 22, 2021 5:37 PM |
| **To:** | Russ Winkler |
| **Subject:** | Re: [EXTERNAL] Joshua Garton Intake Sheet |

Thanks!

Sent from my iPhone

> On Jan 22, 2021, at 5:31 PM, Joe Craig <Joe.Craig@tn.gov> wrote:
>
>
> Sent from my iPhone
>
> Begin forwarded message:
>
>> **From:** Andrew Pentecost <apentecost@dicksoncounty.net>
>> **Date:** January 22, 2021 at 5:30:35 PM CST
>> **To:** Joe Craig <Joe.Craig@tn.gov>
>> **Subject: [EXTERNAL] Joshua Garton Intake Sheet**
>>
>>
>> Here you go sir. Let me know if you need anything else.
>>
>> Corporal Andrew Pentecost
>> Badge#█████
>> 2nd Shift Corrections
>> Dickson County Sheriff's Department
>> 146 County Jail Drive
>> Charlotte,TN 37036
>> Work: (615) 789-4109
>> Cell:█████████████

Confidentiality Notice:
The information contained in this email message and any attachment(s) is the property of Dickson County
and may be protected by federal laws governing disclosure of private information. It is intended solely
for the use of the entity to whom this email is addressed. If you are not the intended recipient,
you are hereby notified that reading, copying or distribution of this transmission is STRICTLY PROHIBITED.
The sender has not waived any applicable privilege by sending the accompanying transmission.
If you have received this transmission in error,
please notify the sender by returning and deleting

Confidentiality Notice:
The information contained in this email message and any attachment(s) is the property
of Dickson County
and may be protected by federal laws governing disclosure of private information. It is
intended solely
for the use of the entity to whom this email is addressed. If you are not the intended

recipient,

you are hereby notified that reading, copying or distribution of this transmission is STRICTLY PROHIBITED.

The sender has not waived any applicable privilege by sending the accompanying transmission.

If you have received this transmission in error,

please notify the sender by returning and deleting the message and attachment(s) from your system.

All Email Scanned by Barracuda Spam / Virus Filter

<Joshua Garton Intake Sheet.pdf>

| From: | Josh DeVine |
|---|---|
| Sent: | Friday, January 22, 2021 7:06 PM |
| To: | Joe Craig; Russ Winkler |
| Cc: | Ray Crouch (wrcrouch@tndagc.org) |
| Subject: | TBI News Release - Dickson County - Joshua Garton |
| Attachments: | 1-22-21 Dickson Harassment (Joshua Garton).pdf; Joshua Garton.PNG |

### LYLES MAN ARRESTED, CHARGED WITH DOCTORING & POSTING HARASSING PHOTOGRAPH

**DICKSON COUNTY** – Special Agents from the Tennessee Bureau of Investigation, working alongside investigators from the Dickson Police Department, have arrested and charged a Lyles man accused of manufacturing and disseminating a harassing photograph on social media.

At the request of 23rd District Attorney General Ray Crouch, TBI Agents began investigating the origin of a photograph that depicted individuals desecrating the grave of a deceased local law enforcement officer, Sgt. Daniel Baker of the Dickson County Sheriff's Office. Agents subsequently visited Baker's gravesite this morning and determined the photograph was digitally manufactured. Further investigative efforts led to the identification of Joshua Andrew Garton (DOB 1-31-92) as the individual who manufactured the image and distributed it on social media.

This afternoon, Agents arrested Garton and charged him with one count of Harassment and booked him into the Dickson County Jail where, because of this charge and other, unrelated legal issues, he was being held on a $76,000 bond.

###



**Josh DeVine** | Communications Director
Tennessee Bureau of Investigation
901 R.S. Gass Boulevard
Nashville, TN 37216
**OFFICE:** (615) 744-4295

"To unsubscribe from the TBIMEDIA list, send an email to LISTSERV@LISTSERV.TN.GOV and type "Unsubscribe TBIMEDIA" in the message body. To subscribe to the TBIMEDIA list, send an email to LISTSERV@LISTSERV.TN.GOV and type "Subscribe TBIMEDIA" in the message body."

| | |
|---|---|
| **From:** | Joe Craig |
| **Sent:** | Friday, January 22, 2021 5:32 PM |
| **To:** | Russ Winkler |
| **Cc:** | Nathan Neese |
| **Subject:** | Fwd: [EXTERNAL] Joshua Garton Intake Sheet |
| **Attachments:** | Joshua Garton Intake Sheet.pdf |

Sent from my iPhone

Begin forwarded message:

> **From:** Andrew Pentecost <apentecost@dicksoncounty.net>
> **Date:** January 22, 2021 at 5:30:35 PM CST
> **To:** Joe Craig <Joe.Craig@tn.gov>
> **Subject: [EXTERNAL] Joshua Garton Intake Sheet**

Here you go sir. Let me know if you need anything else.

Corporal Andrew Pentecost
Badge:# ████
2nd Shift Corrections
Dickson County Sheriff's Department
146 County Jail Drive
Charlotte,TN 37036
Work: (615) 789-4109
Cell: ████████████

Confidentiality Notice:
The information contained in this email message and any attachment(s) is the property of Dickson County
and may be protected by federal laws governing disclosure of private information. It is intended solely
for the use of the entity to whom this email is addressed. If you are not the intended recipient,
you are hereby notified that reading, copying or distribution of this transmission is STRICTLY PROHIBITED.
The sender has not waived any applicable privilege by sending the accompanying transmission.
If you have received this transmission in error,
please notify the sender by returning and deleting

Confidentiality Notice:
The information contained in this email message and any attachment(s) is the property of Dickson
County
and may be protected by federal laws governing disclosure of private information. It is intended solely
for the use of the entity to whom this email is addressed. If you are not the intended recipient,
you are hereby notified that reading, copying or distribution of this transmission is STRICTLY
PROHIBITED.
The sender has not waived any applicable privilege by sending the accompanying transmission.
If you have received this transmission in error,
please notify the sender by returning and deleting the message and attachment(s) from your system.

All Email Scanned by Barracuda Spam / Virus Filter

**Heather Thorne**

| | |
|---|---|
| **From:** | Joe Craig |
| **Sent:** | Friday, January 22, 2021 5:34 PM |
| **To:** | Russ Winkler |
| **Subject:** | Fwd: [EXTERNAL] Joshua Garton Intake Photo |

Sent from my iPhone

Begin forwarded message:

> **From:** Andrew Pentecost <apentecost@dicksoncounty.net>
> **Date:** January 22, 2021 at 5:33:05 PM CST
> **To:** Joe Craig <Joe.Craig@tn.gov>
> **Subject:** [EXTERNAL] Joshua Garton Intake Photo

Corporal Andrew Pentecost
Badge# ███
2nd Shift Corrections
Dickson County Sheriff's Department
146 County Jail Drive
Charlotte,TN 37036
Work: (615) 789-4109
Cell: ██████████

Confidentiality Notice:
The information contained in this email message and any attachment(s) is the property of Dickson County
and may be protected by federal laws governing disclosure of private information. It is intended solely
for the use of the entity to whom this email is addressed. If you are not the intended recipient,
you are hereby notified that reading, copying or distribution of this transmission is STRICTLY PROHIBITED.
The sender has not waived any applicable privilege by sending the accompanying transmission.
If you have received this transmission in error,
please notify the sender by returning and deleting

Confidentiality Notice:
The information contained in this email message and any attachment(s) is the property of Dickson
County
and may be protected by federal laws governing disclosure of private information. It is intended solely
for the use of the entity to whom this email is addressed. If you are not the intended recipient,
you are hereby notified that reading, copying or distribution of this transmission is STRICTLY
PROHIBITED.
The sender has not waived any applicable privilege by sending the accompanying transmission.
If you have received this transmission in error,
please notify the sender by returning and deleting the message and attachment(s) from your system.

All Email Scanned by Barracuda Spam / Virus Filter

-

 
 
Fri, Jan 22, 5:04 PM



Josh Devine

 Thanks, Russ. Does Joe have a mug, by chance.

Josh Melton

 Thank you

Josh Devine

  

 
 


Josh Devine

 Thanks, Russ. Does Joe have a mug, by chance.

Josh Melton

 Thank you

Josh Devine

 Sent you both a draft of the release if you wouldn't mind to take a quick look. Tried to keep it sterile.

 I added a mention of Dickson Police, since we worked with them on it. 👍

  

**Heather Thorne**

| | |
|---|---|
| **From:** | Russ Winkler |
| **Sent:** | Friday, January 22, 2021 10:49 AM |
| **To:** | Susan Niland |
| **Subject:** | Re: [EXTERNAL] NC5 Question |

We just got the request.

> On Jan 22, 2021, at 10:48 AM, Susan Niland <Susan.Niland@tn.gov> wrote:
>
> Hey Russ,
>   We've had a couple media inquiries asking whether this is anything we've been requested to get involved in?  Not sure what that would be?
>   Thanks, Susan
>
> Sent from my iPhone
>
> Begin forwarded message:
>
>> **From:** WTVF Newsroom <newsroom@newschannel5.com>
>> **Date:** January 22, 2021 at 10:31:49 AM CST
>> **To:** TBI Media <TBI.Media@tn.gov>
>> **Subject: [EXTERNAL] NC5 Question**
>>
>> Hello,
>>
>> Has the TBI been requested to investigate an image posted on Facebook of two individuals urinating on Dickson Co. Sgt. Daniel Bakers grave?
>>
>> <image.png>
>>
>>
>>
>> Thank you,
>> Emerald
>>
>> *Assignment Desk*
>> WTVF-TV NewsChannel 5 Network
>> 474 James Robertson Pkwy
>> Nashville, TN 37201
>> 615.248.5281
>> Follow us on Twitter at **@NC5**
>>
>> Scripps Media, Inc., certifies that its advertising sales agreements do not discriminate on the basis of race or ethnicity. All advertising sales agreements contain nondiscrimination clauses.

1





2 People >

iMessage
Fri, Jan 22, 11:43 AM

Josh Devine

**Sent you a brief statement for review. Tried to keep it no nonsense, but if you think we need to be more strongly worded, let me know...**



**39-17-308 (4) (a)**

**(4)** Communicates with another person by any method described in subdivision (a)(1), without legitimate purpose:

**(A) (i)** With the malicious intent to frighten, intimidate or cause emotional distress; or

**(ii)** In a manner the defendant knows, or reasonably should know, would frighten, intimidate or cause emotional distress to a similarly situated person of reasonable sensibilities; and

Josh Devine

**Thanks. Sent a revised statement proposal to you**

                     


**39-17-308** (4) (a)

**(4)** Communicates with another person by any method described in subdivision (a)(1), without legitimate purpose:

**(A) (i)** With the malicious intent to frighten, intimidate or cause emotional distress; or

**(ii)** In a manner the defendant knows, or reasonably should know, would frighten, intimidate or cause emotional distress to a similarly situated person of reasonable sensibilities; and

Josh Devine



Thanks. Sent a revised statement proposal to you both. Let me know what you think when you have a chance.

Fri, Jan 22, 3:20 PM

They have identified the person who posted that they have interviewed him and he confessed. They are transporting him to booking

  iMessage 

 



Fri, Jan 22, 3:20 PM

> They have identified the person who posted that they have interviewed him and he confessed. They are transporting him to booking now and we're going to book him in for harassment. As soon as I get more details on his name and his descriptors I'll get that to you.

Josh Melton

**Ok thank you. Can I call you or are you tied up?**



📹 **FaceTime**
Call Ended

**You can call**

Fri, Jan 22, 5:04 PM



   





**2 People** ›

Fri, Jan 22, 5:04 PM



Josh Devine

### Thanks, Russ. Does Joe have a mug, by chance.

Josh Melton

### Thank you

Josh Devine





  

 

 

2 People >



Josh Devine

 **Thanks, Russ. Does Joe have a mug, by chance.**

Josh Melton

 **Thank you**

Josh Devine

 **Sent you both a draft of the release if you wouldn't mind to take a quick look. Tried to keep it sterile.**

 **I added a mention of Dickson Police, since we worked with them on it.** 👍

  









New iMessage

To: Donny Arnold

Reading all that, it looks like there is a bunch of people who support the arrest. More support it than not it looks like

Yes, you have to be aware of the nuts who may show up. Chief Lewis said FD got a call from same group that called us and SO and threatening to burn PD the FD



New iMessage

To: Donny Arnold

Wed, Feb 3, 3:44 PM

What was the judges decision

Dismissed it

Thursday 9:28 AM

iMessage



**New iMessage**

To: [redacted]

Thursday 9:28 AM

ATTORNEY.
You may recall the controversial case from last month:
A man was accused of manufacturing and disseminating a harassing photograph on social media.
The image showed the desecration of the grave of Dickson County Sheriff's Sgt. Daniel Baker who was killed in the line of duty.
TBI agents visited the gravesite and determined the photograph was digitally manufactured.
Still 23rd District Attorney General Ray Crouch had Joshua Garton arrested and charged with a crime.
Garton's lawyer today argued his arrest was a clear violation of his 1st Amendment right of free speech.
The General Sessions judge today heard arguments from both sides and agreed.
While the court conceded the image was hurtful disturbing and tasteless, the judge dismissed the case as protected under Garton's right to freedom of expression under the 1st Amendment.
Garton spent ten days in jail waiting for his day in court.
And his lawyer says the district attorney may now face a federal civil rights lawsuit for wrongful arrest.
MORE TO COME ON THIS STORY.

Did craig say it was a 1st



## New iMessage

To: Andy Vallee



Who is Burton Staggs?

iMessage







New iMessage     Cancel

To: Andy Vallee

Yes sir, however I will be there with you! We fight as a team.

Josh Melton called tonight
and said no matter what

iMessage



New iMessage

To: Andy Vallee

Josh Melton called tonight and said no matter what they throw at us they have our backs

Haha, love the boots! About Josh, That makes me feel really good, I wouldn't have that where I came from. Glad to be over here with y'all where I can make a difference!

👍





## New iMessage      Cancel

To: Brad Nealon, David  Rausch

Sat, Jan 23, 6:29 PM

> Just a heads-up. The Dickson County story is getting national attention and getting really ugly. I told Melton this, but we are referring questions about the legitimacy of the charge to the DAG. I'm trying to ignore a bulk of the ugly social media comments. 😿

David  Rausch

 We only investigate the incident. Charges come from the DA.

> That's what we are doing our best to reinforce. 👍

iMessage

## New iMessage     Cancel

To: Brad Nealon, David Rausch

David Rausch

We still need to educate everyone on what our role is. Although it is in our name.

Amen. Uphill climb. 

David Rausch

The trolls will do what trolls do. It appears they and the lawyers forget that there are surviving family members who have rights as well. My assessment is these are the same folks who called the insurrection at the Capitol free speech.

Brad Nealon

The world needs a little love

iMessage

Case 3:21-cv-00338 Document 1-1 Filed 04/27/21 Page 118 of 136 PageID #: 144

## New iMessage

Cancel

To: Brad Nealon, David  Rausch

DR  Although it is in our name.

Amen. Uphill climb. 👍

David  Rausch

The trolls will do what trolls do.
It appears they and the lawyers
forget that there are surviving
family members who have
rights as well. My assessment
is these are the same folks who
called the insurrection at the
DR  Capitol free speech.

Brad Nealon

BN  The world needs a little love

David  Rausch

DR  Some Bernie Meme love!!

iMessage

iMessage
Fri, Jan 22, 11:43 AM

Sent you a brief statement for review. Tried to keep it no nonsense, but if you think we need to be more strongly worded, let me know...

Russ Winkler

39-17-308 (4) (a)

**(4)** Communicates with another person by any method described in subdivision (a)(1), without legitimate purpose:

**(A) (i)** With the malicious intent to frighten, intimidate or cause emotional distress; or

**(ii)** In a manner the defendant knows, or reasonably should know, would frighten, intimidate or cause emotional distress to a similarly situated person of reasonable sensibilities; and

Thanks. Sent a revised

iMessage


Thanks. Sent a revised statement proposal to you both. Let me know what you think when you have a chance.

Fri, Jan 22, 3:20 PM

Russ Winkler

They have identified the person who posted that they have interviewed him and he confessed. They are transporting him to booking now and we're going to book him in for harassment. As soon as I get more details on his name and his descriptors I'll get that to you.

Josh Melton

Ok thank you. Can I call you or are you tied up?

Russ Winkler

iMessage

JM
RW

2 People >

RW

FaceTime
Call Ended

RW You can call

Fri, Jan 22, 5:04 PM

Russt Winkler



RW

iMessage



Thanks, Russ. Does Joe have a mug, by chance.

Josh Melton

Thank you

Sent you both a draft of the release if you wouldn't mind to take a quick look. Tried to keep it sterile.

I added a mention of Dickson Police, since we worked with them on it. 👍

iMessage

**Jan 24, 2021, 7:38 PM**

[https://www.facebook.com/mike.altri](https://www.facebook.com/mike.altri)



**Mike**



**Tennessee Bureau of Investigation**

Thanks for messaging us. We try to be as responsive as possible, but this account isn't monitored 24/7. We'll get back to you soon.



**Mike**

Fucking dumb asses lmfao taxpayers are gonna be real happy with you in a couple of months



\*\*

**January 25, 2021 at 7:47 AM**



next time instead of violating someone's first amendment rights and instead of having to pay them the minimum $80k he will get from your dumbass actions, maybe hire someone like me that would tell you with rational non pork thinking that it was a bad move. now the dudes gonna get a payout and the taxpayers will be held respond for it. clown fucking organization y'all run

**January 25, 2021 at 11:20 AM**

Thanks for sharing your comments.

**



**Winston**

**https://www.facebook.com/Ottothewatchdog**

A Tribute to Our Heros. https://www.youtube.com/watch?v=S_bUu009JyI

Man Arrested for Offensive Facebook Post - Otto Calls - Dickson Tennessee - The Roof is on Fire
Well... the System isn't gonna FUCK itself...Dickson Police Department - (615) 446-5403Tennessee cops' arrest of man over disrespectful photoshop draws wide ...
youtube.com

**Tennessee Bureau of Investigation**

Thanks for messaging us. We try to be as responsive as possible, but this account isn't monitored 24/7. We'll get back to you soon.
Thanks for sharing. Hope you have a good day. Most sincerely, TBI Public Information Office

\*\*



**Travis**

come arrest me you pieces of shit, I want a settlement too

**Tennessee Bureau of Investigation**

Thanks for sharing.
Sent by [Leslie Earhart](#)



**Travis**

Lol get a REAL job

**Tennessee Bureau of Investigation**

Thanks for sharing.
Sent by [Leslie Earhart](#)



**Travis**

**https://www.facebook.com/mythiesis**

The TBI is a terroristic organization that infringes on the rights on the citizens of Tennessee. Please investigate.

**Tennessee Bureau of Investigation**

Thanks for messaging us. We try to be as responsive as possible, but this account isn't monitored 24/7. We'll get back to you soon.



\*\*

**Jan 25, 2021, 12:09 PM**



**Donovan**



**Tennessee Bureau of Investigation**

Thanks for messaging us. We try to be as responsive as possible, but this account isn't monitored 24/7. We'll get back to you soon.



**Donovan**



Now come arrest me, fascist piggy. I could use the lawsuit money.

**Tennessee Bureau of Investigation**

Thanks for sharing. Hope you have a good day.
Sent by <u>Susan Rogers</u>

**

**Jan 25, 2021, 2:06 PM**



**Donovan**

https://www.facebook.com/donovan.whitford.9

Hope you learn to read so you know what's in that Constitution you took an oath to uphold.



**Tennessee Bureau of Investigation**

Thanks for sharing.
Sent by Leslie Earhart



**Donovan**







You gonna' come arrest me now, pig?
Or not?
Is that dead cop still dead by the way?



**Jan 25, 2021, 7:31 PM**

**Donovan**

fascist pigs
'



What's the matter, piggy? Why haven't you arrested me yet? Look how many counts you have of me breaking the law by posting the picture.









**Jan 25, 2021, 10:12 PM**

**Tennessee Bureau of Investigation**

Thanks for sharing.
Sent by <u>Leslie Earhart</u>

**Jan 25, 2021, 11:36 PM**



**Donovan**

Funny how you'll arrest one person and thank another for the same picture.

**Jan 26, 2021, 8:48 AM**



**Donovan**

Nazi

**Jan 26, 2021, 10:31 AM**



**Donovan**



Why won't you arrest me for the same fucking image?
I'm posting it everywhere



**

**Jan 26, 2021, 9:18 AM**



**Michael**

**https://www.facebook.com/michaeljohngraz**

Wow, you guys really started your own shit show by violating the meme guys rights. I hope you lose your immunity and have to open your own wallets. The taxpayers shouldn't have to be responsible for your blatant disregard for the constitution.

**Tennessee Bureau of Investigation**

Hi Michael, thanks for your message. We are not here right now and our account isn't monitored 24/7, but we'll get back to you soon!

**Jan 26, 2021, 10:55 AM**

**Tennessee Bureau of Investigation**

Thanks for sharing. Hope you have a good day.



\*\*

**Jan 26, 2021, 4:42 PM**



**Grayson**

https://www.facebook.com/grayson.mcdonald.37

Did you hapless assholes really arrest a man for a picture? I have the same picture I made of me pissing on the same CD cover with that dead officers head on it, PLEASE come arrest me for it, I'd like to be rich too. You guys are garbage butthurt snowflake oathbreakers. Get it together.

**Tennessee Bureau of Investigation**

Thanks for messaging us. We try to be as responsive as possible, but this account isn't monitored 24/7. We'll get back to you soon.



\*\*

**Jan 28, 2021, 10:27 AM**



**Michael**

https://www.facebook.com/michael.masucci.96

hello is it true that you're arresting people over memes now, I saw some memes I'd like someone arrested for

**Tennessee Bureau of Investigation**

Thanks for messaging us. We try to be as responsive as possible, but this account isn't monitored 24/7. We'll get back to you soon.

**Tennessee Bureau of Investigation**

Thanks for sharing. Hope you have a good day.



Sent by [Susan Rogers](#)
**

**Feb 4, 2021, 6:30 AM**

**Mike**

**https://www.facebook.com/mike.methena**

Another agency full of NAZI TYRANT THUGS. Your agents violated the Wortmans Constitutional rights and your NAZI THUG director thinks that it's okay.

**Tennessee Bureau of Investigation**

Thanks for messaging us. We try to be as responsive as possible, but this account isn't monitored 24/7. We'll get back to you soon.

**Feb 4, 2021, 9:28 AM**

**Tennessee Bureau of Investigation**

Thanks for sharing. Hope you have a good day. Most sincerely, TBI Public Information Office
**