

# TENNESSEE BUREAU OF INVESTIGATION

901 R.S. Gass Boulevard
Nashville, Tennessee 37216-2639
(615) 744-4000
Facsimile (615) 744-4500
TDD (615) 744-4001



**BILL LEE**
**Governor**

**DAVID B. RAUSCH**
**Director**

Daniel A Horwitz, Esq.
daniel.a.horwitz@gmail.com

*Via Email Only*

March 2, 2021

Dear Mr. Horwitz,

This letter is in reference to your public records request related to Joshua Garton. Please be informed we are in receipt of your payment; as such, please find enclosed a portion of the records responsive to your request. Redactions made to the records were under the authority of Tenn. Code Ann. §10-7-504. Additionally, the products developed by NewsPowerOnline and TVEyes were redacted as they may be proprietary in nature.

As previously mentioned, this is the first installment of responsive records and we continue to review the remaining potentially responsive documents. Should you have any questions, please just let me know.

Sincerely,

Heather Thorne
Professional Standards Unit
Tennessee Bureau of Investigation

 

| From: | Tamburin, Adam |
| To: | TBI Media |
| Subject: | [EXTERNAL] Follow up on Garton arrest |
| Date: | Saturday, January 23, 2021 2:32:11 PM |

Hello,

A few lawyers have taken issue with the decision to charge and arrest Joshua Garton with harassment.

They say posting such a photo, while very offensive, is protected as free speech by the First Amendment.

Was this argument considered when the decision to pursue charges was made? Can you describe the TBI's thinking on why this crosses over from offensive speech to a crime?

Is it the TBI's position that Garton was harassing Sgt. Baker or another person or entity?

Thanks,
Adam

Adam Tamburin
Reporter

 

Mobile: 615.477.0610
atamburin@tennessean.com

| | |
|---|---|
| **From:** | Alex Heider |
| **To:** | TBI Media |
| **Subject:** | [EXTERNAL] Joshua Andrew Garton follow-up |
| **Date:** | Friday, January 22, 2021 7:16:19 PM |
| **Attachments:** | Outlook-wkiojmov.png |

Hi all,

We got the press release regarding Joshua Andrew Garton.

Can someone explain how this rose to the charge of harassment? I get that it's an awful image, but harassment? What lead to this decision?

Alex



**Alex Heider**
**Content Producer**
615-353-2231    Office
alex.heider@WSMV.com
5700 Knob Rd. Nashville, TN 37209

This electronic message, including any attachments, may contain proprietary, confidential or privileged information for the sole use of the intended recipient(s). You are hereby notified that any unauthorized disclosure, copying, distribution, or use of this message is prohibited. If you have received this message in error, please immediately notify the sender by reply e-mail and delete it.



## TVEyes Trial
TVEyes makes television and radio from around the world searchable.

### Schedule a Demo



## Your Sales Representative
Chris Catropa
(203) 254-3600 x334
ccatropa@tveyes.com

Please find below links to recent broadcast news stories mentioning your Organization.

Click **Schedule a Demo** to learn more.

# Media Alert - Tennessee Bureau of Investigation





Play

### Tennessee Bureau of Investigation on WKRN-NAS (ABC) - Nashville, TN
**News 2 at 5pm**
1/22/2021 5:04:25 PM

the tennessee bureau of investigation is looking into what they call a "troubling photograph".





Play

## tbi on WSMV-NAS (NBC) - Nashville, TN
**News 4 at 10pm**
1/22/2021 10:02:43 PM

of a dickson county law enforcement officer. the tbi arrested joshua garton. they say he created a picture of people desecrating the grave of sgt daniel baker... and shared it on social media.





TVEyes clips are for Internal Review, Analysis and Research only. Any editing, reproduction, distribution, publication, broadcast, public showing, public display or placement on any website may violate copyright laws. The information contained in this e-mail is intended only for the individual or entity to whom it is addressed. Its contents (including any attachments) are confidential and may contain privileged information. If you are not an intended recipient you must not use, disclose, disseminate, copy or print its contents. If you receive this email in error, please delete and destroy the message and notify the sender by reply email.

Hi Josh,

This is CJ Ciaramella, a reporter for Reason Magazine. I'm writing a quick post about the arrest of Joshua Garton on harassment charges, and wondering if I could get any comment: https://tbinewsroom.com/2021/01/22/lyles-man-arrested-charged-with-doctoring-posting-harassing-photograph/

A bunch of civil rights attorneys say the post at issue is pretty clearly protected First Amendment activity. Does TBI have any comment on the merits of the charge? Please email or call 503-951-9863. Thanks,

CJ

| | |
|---|---|
| **From:** | Romero, Dennis (Contractor- NBCUniversal) |
| **To:** | Josh DeVine; Susan Niland; Leslie Earhart |
| **Subject:** | [EXTERNAL] NBC News inquiry |
| **Date:** | Saturday, January 23, 2021 4:50:25 PM |

Hi:

I'm working on a story about the arrest of Joshua Andrew Garton.

Some legal experts say this arrest is patently unconstitutional and illegal. I wanted to give TBI an opportunity to respond.

Thanks,
Dennis Romero
NBC News Digital
310-623-7097

Hi,

I'm writing about the arrest of Joshua Andrew Garton, who was charged with harassment for allegedly posting a doctored photograph depicting the desecration of the grave of a fallen police officer.

Was Garton charged under Tenn. Code 39-17-308? Could you possibly provide any relevant charging documents?

Also, would it be possible for someone to identify whom Garton is alleged to have harassed and explain how doctoring a photograph, even one as horrific as is alleged here, is not protected by the First Amendment as the doctored photo is neither obscene under *Miller v. California* nor child pornography under *New York v. Ferber?* *Any help would be greatly appreciated. Thank you.*

Jerry Lambe
Editor, Law&Crime
Contributor, Mediaite

| From: | Romero, Dennis (Contractor- NBCUniversal) |
|---|---|
| To: | TBI Media |
| Subject: | [EXTERNAL] RE: NBC News inquiry |
| Date: | Saturday, January 23, 2021 5:50:01 PM |

Got it. Thank you.

**From:** TBI Media <TBI.Media@tn.gov>
**Sent:** Saturday, January 23, 2021 3:48 PM
**To:** Romero, Dennis (Contractor- NBCUniversal) <Dennis.Romero@nbcuni.com>
**Subject:** [EXTERNAL] RE: NBC News inquiry

Hi, Dennis.

Thank you for reaching out.
When requested to investigate an incident by a District Attorney General, TBI agents serve as fact-finders.
The DA determines what, if any, charges are placed.
For that reason, we will need to refer you to the District Attorney General with questions regarding the charge in this case.

Also, please send any future media inquiries to this address, as all four TBI PIOs share access.

Best,
Leslie Earhart


**From:** Romero, Dennis (Contractor- NBCUniversal) <Dennis.Romero@nbcuni.com>
**Sent:** Saturday, January 23, 2021 5:50 PM
**To:** Josh DeVine <Josh.DeVine@tn.gov>; Susan Niland <Susan.Niland@tn.gov>; Leslie Earhart <Leslie.Earhart@tn.gov>
**Subject:** [EXTERNAL] NBC News inquiry

Hi:

I'm working on a story about the arrest of Joshua Andrew Garton.

Some legal experts say this arrest is patently unconstitutional and illegal. I wanted to give TBI an opportunity to respond.

Thanks,
Dennis Romero
NBC News Digital
310-623-7097

**From:** W. Ray Crouch
**To:** Josh DeVine
**Subject:** [EXTERNAL] Re: TBI News Release - Dickson County - Joshua Garton
**Date:** Friday, January 22, 2021 8:11:46 PM
**Attachments:** image001.png

Thank you

Sent from my iPhone

On Jan 22, 2021, at 7:06 PM, Josh DeVine <Josh.DeVine@tn.gov> wrote:

### LYLES MAN ARRESTED, CHARGED WITH DOCTORING & POSTING HARASSING PHOTOGRAPH

**DICKSON COUNTY** – Special Agents from the Tennessee Bureau of Investigation, working alongside investigators from the Dickson Police Department, have arrested and charged a Lyles man accused of manufacturing and disseminating a harassing photograph on social media.

At the request of 23rd District Attorney General Ray Crouch, TBI Agents began investigating the origin of a photograph that depicted individuals desecrating the grave of a deceased local law enforcement officer, Sgt. Daniel Baker of the Dickson County Sheriff's Office. Agents subsequently visited Baker's gravesite this morning and determined the photograph was digitally manufactured. Further investigative efforts led to the identification of Joshua Andrew Garton (DOB 1-31-92) as the individual who manufactured the image and distributed it on social media.

This afternoon, Agents arrested Garton and charged him with one count of Harassment and booked him into the Dickson County Jail where, because of this charge and other, unrelated legal issues, he was being held on a $76,000 bond.

                                        ###

<image001.png>

**Josh DeVine** | Communications Director
Tennessee Bureau of Investigation
901 R.S. Gass Boulevard
Nashville, TN 37216
**OFFICE:** (615) 744-4295

"To unsubscribe from the TBIMEDIA list, send an email to LISTSERV@LISTSERV.TN.GOV

and type "Unsubscribe TBIMEDIA" in the message body. To subscribe to the TBIMEDIA list, send an email to LISTSERV@LISTSERV.TN.GOV and type "Subscribe TBIMEDIA" in the message body."

&lt;1-22-21 Dickson Harassment (Joshua Garton).pdf&gt;
&lt;Joshua Garton.PNG&gt;

LEGAL CONFIDENTIAL: The information in this e-mail and in any attachment may contain information that is privileged either legally or otherwise. It is intended only for the attention and use of the named recipient. If you are not the intended recipient, you are not authorized to retain, disclose, copy or distribute the message and/or any of its attachments. If you received this e-mail in error, please notify me and delete this message.

**From:** WTVF Newsroom
**To:** TBI Media
**Subject:** [EXTERNAL] Sgt. Baker Social Media Picture Question
**Date:** Friday, January 22, 2021 5:12:38 PM

Good evening,

Checking to see if Joshua Garton was arrested and charged with harassment today surrounding the photo of Sgt. Baker's grave in Dickson County.

Thank you for any information you can provide.

Appreciate it

Dalton Hammonds

*Assignment Desk*

WTVF-TV NewsChannel 5 Network

474 James Robertson Pkwy

Nashville, TN 37201

615.248.5281

Follow us on Twitter at **@NC5**

Scripps Media, Inc., certifies that its advertising sales agreements do not discriminate on the basis of race or ethnicity. All advertising sales agreements contain nondiscrimination clauses.

| | |
|---|---|
| **From:** | Sydney Warick |
| **To:** | TBI Media; Billy Hodge; Alex Heider |
| **Subject:** | [EXTERNAL] WSMV Question |
| **Date:** | Thursday, February 04, 2021 10:09:06 AM |
| **Attachments:** | image001.png |
| | Outlook-lcr2p5og.png |
| | 1-22-21 Dickson Harassment (Joshua Garton).pdf |
| | Joshua Garton.PNG |

**\*\*\* This is an EXTERNAL email. Please exercise caution. DO NOT open attachments or click links from unknown senders or unexpected email - STS-Security. \*\*\***

Good morning,

We're seeing reports that the charges against Joshua Garton have since been dismissed. Can someone please confirm?

(Previous release attached for reference)

Thank you,



**Sydney Warick**
**Multimedia Producer**
615-353-2231   Office
sydney.warick@wsmv.com
5700 Knob Rd. Nashville, TN 37209

---

**From:** TBI Media <TBIMEDIA@LISTSERV.TN.GOV> on behalf of TBI Media <TBI.Media@TN.GOV>
**Sent:** Friday, January 22, 2021 6:59 PM
**To:** TBIMEDIA@LISTSERV.TN.GOV <TBIMEDIA@LISTSERV.TN.GOV>
**Subject:** [EXTERNAL] TBI News Release - Dickson County - Joshua Garton

### LYLES MAN ARRESTED, CHARGED WITH DOCTORING & POSTING HARASSING PHOTOGRAPH

**DICKSON COUNTY** – Special Agents from the Tennessee Bureau of Investigation, working alongside investigators from the Dickson Police Department, have arrested and charged a Lyles man accused of manufacturing and disseminating a harassing photograph on social media.

At the request of 23rd District Attorney General Ray Crouch, TBI Agents began investigating the origin of a photograph that depicted individuals desecrating the grave of a deceased local law enforcement officer, Sgt. Daniel Baker of the Dickson County Sheriff's Office. Agents

subsequently visited Baker's gravesite this morning and determined the photograph was digitally manufactured. Further investigative efforts led to the identification of Joshua Andrew Garton (DOB 1-31-92) as the individual who manufactured the image and distributed it on social media.

This afternoon, Agents arrested Garton and charged him with one count of Harassment and booked him into the Dickson County Jail where, because of this charge and other, unrelated legal issues, he was being held on a $76,000 bond.

<div align="center">###</div>



**Josh DeVine** | Communications Director
Tennessee Bureau of Investigation
901 R.S. Gass Boulevard
Nashville, TN 37216
**OFFICE:** (615) 744-4295

"To unsubscribe from the TBIMEDIA list, send an email to LISTSERV@LISTSERV.TN.GOV and type "Unsubscribe TBIMEDIA" in the message body. To subscribe to the TBIMEDIA list, send an email to LISTSERV@LISTSERV.TN.GOV and type "Subscribe TBIMEDIA" in the message body."
This electronic message, including any attachments, may contain proprietary, confidential or privileged information for the sole use of the intended recipient(s). You are hereby notified that any unauthorized disclosure, copying, distribution, or use of this message is prohibited. If you have received this message in error, please immediately notify the sender by reply e-mail and delete it.

Begin forwarded message

**From:** Joe Craig <Joe.Craig@tn.gov>
**Date:** January 22, 2021 at 5:34:23 PM CST
**To:** Russ Winkler <Russ.Winkler@tn.gov>
**Subject:** Fwd: [EXTERNAL] Joshua Garton Intake Photo

Sent from my iPhone

Begin forwarded message

**From:** Andrew Pentecost <apentecost@dicksoncounty.net>
**Date:** January 22, 2021 at 5:33:05 PM CST
**To:** Joe Craig <Joe.Craig@tn.gov>
**Subject:** [EXTERNAL] Joshua Garton Intake Photo

Corporal Andrew Pentecost
Badge ███
2nd Shift Corrections
Dickson County Sheriff's Department
146 County Jail Drive
Charlotte, TN 37036
Work: (615) 789-4109
Cell: ████████

Confidentiality Notice
The information contained in this email message and any attachment(s) is the property of Dickson County
and may be protected by federal laws governing disclosure of private information. It is intended solely
for the use of the entity to whom this email is addressed. If you are not the intended recipient,
you are hereby notified that reading, copying or distribution of this transmission is STRICTLY PROHIBITED.
The sender has not waived any applicable privilege by sending the accompanying transmission.
If you have received this transmission in error,
please notify the sender by returning and deleting the message and attachment(s) from your system.

All Email Scanned by Barracuda Spam / Virus Filter



| | |
|---|---|
| **From:** | Russ Winkler |
| **To:** | Josh DeVine |
| **Subject:** | Fwd: [EXTERNAL] Joshua Garton Intake Sheet |
| **Date:** | Friday, January 22, 2021 5:32:21 PM |
| **Attachments:** | Joshua Garton Intake Sheet.pdf |
| | ATT00001.htm |

Begin forwarded message:

> **From:** Joe Craig <Joe.Craig@tn.gov>
> **Date:** January 22, 2021 at 5:31:40 PM CST
> **To:** Russ Winkler <Russ.Winkler@tn.gov>
> **Cc:** Nathan Neese <Nathan.Neese@tn.gov>
> **Subject: Fwd:  [EXTERNAL] Joshua Garton Intake Sheet**

Sent from my iPhone

Begin forwarded message:

> **From:** Andrew Pentecost <apentecost@dicksoncounty.net>
> **Date:** January 22, 2021 at 5:30:35 PM CST
> **To:** Joe Craig <Joe.Craig@tn.gov>
> **Subject: [EXTERNAL] Joshua Garton Intake Sheet**

Here you go sir. Let me know if you need anything else.

Corporal Andrew Pentecost
Badge# █
2nd Shift Corrections
Dickson County Sheriff's Department
146 County Jail Drive
Charlotte,TN 37036
Work: (615) 789-4109
Cell: (█████

Confidentiality Notice:
The information contained in this email message and any attachment(s) is the property of Dickson County
and may be protected by federal laws governing disclosure of private information. It is intended solely
for the use of the entity to whom this email is addressed. If you are not the intended recipient,
you are hereby notified that reading, copying or distribution of this transmission is STRICTLY
PROHIBITED.
The sender has not waived any applicable privilege by sending the accompanying transmission.
If you have received this transmission in error,
please notify the sender by returning and deleting

Confidentiality Notice:
The information contained in this email message and any
attachment(s) is the property of Dickson County
and may be protected by federal laws governing disclosure of private
information. It is intended solely
for the use of the entity to whom this email is addressed. If you are
not the intended recipient,
you are hereby notified that reading, copying or distribution of this
transmission is STRICTLY PROHIBITED.
The sender has not waived any applicable privilege by sending the
accompanying transmission.
If you have received this transmission in error,
please notify the sender by returning and deleting the message and
attachment(s) from your system.

All Email Scanned by Barracuda Spam / Virus Filter

| From: | Josh DeVine |
|---|---|
| To: | TBI Public Records |
| Cc: | Jeanne Broadwell |
| Subject: | Fwd: [EXTERNAL] Public Records Request Re: Joshua Garton |
| Date: | Friday, February 05, 2021 5:27:02 AM |

FYI

Sent from my iPhone. Please excuse any typos and brevity. Thanks!

Begin forwarded message:

> **From:** Daniel Horwitz <daniel.a.horwitz@gmail.com>
> **Date:** February 4, 2021 at 11:40:13 PM CST
> **To:** TBI Media <TBI.Media@tn.gov>
> **Subject:** [EXTERNAL] Public Records Request Re: Joshua Garton

**\*\*\* This is an EXTERNAL email. Please exercise caution. DO NOT open attachments or click links from unknown senders or unexpected email - STS-Security. \*\*\***

Mr. DeVine:

This is a public records request for any and all documents in your possession or any other employee of the TBI's possession concerning or relating in any way to Joshua Garton. The time period of this request is January 20, 2021 until the present. This request includes all text messages, emails, and private or direct messages. If you claim an exemption regarding any responsive record, please identity the basis for the claimed exemption in detail.

A litigation hold notice to you and others will follow upon production.

All the best,

-Daniel Horwitz

--
Daniel A. Horwitz, Esq.
daniel.a.horwitz@gmail.com
www.danielhorwitz.com

Good morning, all.
Jeanne's team has this, but I wanted to be sure you were immediately aware, as well.
Thanks,
Josh

Sent from my iPhone. Please excuse any typos and brevity. Thanks!

Begin forwarded message:

> **From:** Josh DeVine <Josh.DeVine@tn.gov>
> **Date:** February 5, 2021 at 5:27:02 AM CST
> **To:** TBI Public Records <TBI.PublicRecords@tn.gov>
> **Cc:** Jeanne Broadwell <Jeanne.Broadwell@tn.gov>
> **Subject: Fwd: [EXTERNAL] Public Records Request Re: Joshua Garton**

  FYI

  Sent from my iPhone. Please excuse any typos and brevity. Thanks!

  Begin forwarded message:

> **From:** Daniel Horwitz <daniel.a.horwitz@gmail.com>
> **Date:** February 4, 2021 at 11:40:13 PM CST
> **To:** TBI Media <TBI.Media@tn.gov>
> **Subject: [EXTERNAL] Public Records Request Re: Joshua Garton**

  **\*\*\* This is an EXTERNAL email. Please exercise caution. DO NOT open attachments or click links from unknown senders or unexpected email - STS-Security. \*\*\***

  Mr. DeVine:

  This is a public records request for any and all documents in your possession or any other employee of the TBI's possession concerning or relating in any way to Joshua Garton. The time period of this request is January 20, 2021 until the present. This request includes all text messages, emails, and private or direct messages. If you claim an exemption regarding any responsive record, please identity the basis for the claimed exemption in detail.

A litigation hold notice to you and others will follow upon production.

All the best,

-Daniel Horwitz

--
Daniel A. Horwitz, Esq.
daniel.a.horwitz@gmail.com
www.danielhorwitz.com

**From:** TBI Media
**To:** Tamburin, Adam
**Subject:** RE: [EXTERNAL] Follow up on Garton arrest
**Date:** Saturday, January 23, 2021 6:24:00 PM

Adam,

As that does not pertain to our investigation, you will need to reach out to the Dickson County Sheriff's Office and/or the DA's office for additional details regarding the legal issues taken into consideration before his bond was set.

Best,
Leslie Earhart

**From:** Tamburin, Adam <atamburin@tennessean.com>
**Sent:** Saturday, January 23, 2021 4:18 PM
**To:** TBI Media <TBI.Media@tn.gov>
**Subject:** Re: [EXTERNAL] Follow up on Garton arrest

Gotcha. I'll reach out to him

What does this release mean by **"unrelated legal issues"? I'm not sure what that is...**

https://tbinewsroom.com/2021/01/22/lyles-man-arrested-charged-with-doctoring-posting-harassing-photograph/



### Lyles Man Arrested, Charged with Doctoring & Posting Harassing Photograph

DICKSON COUNTY – Special Agents from the Tennessee Bureau of Investigation, working alongside investigators from the Dickson Police Department, have arrested and charged a Lyles man accused of manufacturing

tbinewsroom.com

<u>Adam Tamburin</u>

Reporter

 

Mobile: 615.477.0610

<u>atamburin@tennessean.com</u>

---

**From:** TBI Media <<u>TBI.Media@tn.gov</u>>
**Sent:** Saturday, January 23, 2021 2:47 PM
**To:** Tamburin, Adam <<u>atamburin@tennessean.com</u>>
**Subject:** Re: [EXTERNAL] Follow up on Garton arrest

Hi, Adam.

Any questions regarding the charge should be directed to the District Attorney General.

Best,
Leslie Earhart

> On Jan 23, 2021, at 3:32 PM, Tamburin, Adam <<u>atamburin@tennessean.com</u>> wrote:
>
> Hello,
>
> A few lawyers have taken issue with the decision to charge and arrest Joshua Garton with harassment.
>
> They say posting such a photo, while very offensive, is protected as free speech by the First Amendment.
>
> Was this argument considered when the decision to pursue charges was made? Can you describe the TBI's thinking on why this crosses over from offensive speech to a crime?
>
> Is it the TBI's position that Garton was harassing Sgt. Baker or another person or entity?

Thanks,
Adam


Adam Tamburin

Reporter

<Outlook-kbisttz3.jpg>


Mobile: 615.477.0610

atamburin@tennessean.com

Gotcha. I'll reach out to him

What does this release mean by **"unrelated legal issues"? I'm not sure what that is**...

https://tbinewsroom.com/2021/01/22/lyles-man-arrested-charged-with-doctoring-posting-harassing-photograph/



## Lyles Man Arrested, Charged with Doctoring & Posting Harassing Photograph

DICKSON COUNTY – Special Agents from the Tennessee Bureau of Investigation, working alongside investigators from the Dickson Police Department, have arrested and charged a Lyles man accused of manufacturing and disseminating a harassing photograph on social

tbinewsroom.com

**Adam Tamburin**
Reporter

**Tennessean.**  

Mobile: 615.477.0610
atamburin@tennessean.com

---

**From:** TBI Media <TBI.Media@tn.gov>
**Sent:** Saturday, January 23, 2021 2:47 PM
**To:** Tamburin, Adam <atamburin@tennessean.com>
**Subject:** Re: [EXTERNAL] Follow up on Garton arrest

Hi, Adam.

Any questions regarding the charge should be directed to the District Attorney General.

Best,
Leslie Earhart

On Jan 23, 2021, at 3:32 PM, Tamburin, Adam <atamburin@tennessean.com>
wrote:

Hello,

A few lawyers have taken issue with the decision to charge and arrest Joshua
Garton with harassment.

They say posting such a photo, while very offensive, is protected as free speech
by the First Amendment.

Was this argument considered when the decision to pursue charges was made?
Can you describe the TBI's thinking on why this crosses over from offensive
speech to a crime?

Is it the TBI's position that Garton was harassing Sgt. Baker or another person or
entity?

Thanks,
Adam

Adam Tamburin
Reporter
<Outlook-kbisttz3.jpg>

Mobile: 615.477.0610
atamburin@tennessean.com

Hello, CJ.

Thanks for reaching out.

When requested to investigate an incident by a District Attorney General, TBI agents serve as fact-finders. The DA determines what, if any, charges are placed. For that reason, we will need to refer you to the District Attorney General with questions regarding the charge in this case.

Best,
Josh DeVine

**From:** CJ Ciaramella <cj@reason.com>
**Sent:** Monday, January 25, 2021 1:14 PM
**To:** Josh DeVine <Josh.DeVine@tn.gov>
**Subject:** [EXTERNAL] Media inquiry re: Joshua Garton arrest

Hi Josh,
This is CJ Ciaramella, a reporter for Reason Magazine. I'm writing a quick post about the arrest of Joshua Garton on harassment charges, and wondering if I could get any comment: https://tbinewsroom.com/2021/01/22/lyles-man-arrested-charged-with-doctoring-posting-harassing-photograph/

A bunch of civil rights attorneys say the post at issue is pretty clearly protected First Amendment activity. Does TBI have any comment on the merits of the charge? Please email or call 503-951-9863.
Thanks,

CJ

| | |
|---|---|
| **From:** | TBI Media |
| **To:** | Jerry Lambe |
| **Subject:** | Re: [EXTERNAL] Press Inquiry Regarding Arrest of Joshua Andrew Garton |
| **Date:** | Saturday, January 23, 2021 2:46:29 PM |

Hi, Jerry.

Questions regarding the charge should be directed to the District Attorney General.
Any charging documents that are publicly available will have to be requested through the court clerk's office.

Best,
Leslie Earhart

> On Jan 23, 2021, at 2:14 PM, Jerry Lambe <jerry@lawnewz.com> wrote:

> Hi,

> I'm writing about the arrest of Joshua Andrew Garton, who was charged with harassment for allegedly posting a doctored photograph depicting the desecration of the grave of a fallen police officer.
> Was Garton charged under Tenn. Code 39-17-308? Could you possibly provide any relevant charging documents?
> Also, would it be possible for someone to identify whom Garton is alleged to have harassed and explain how doctoring a photograph, even one as horrific as is alleged here, is not protected by the First Amendment as the doctored photo is neither obscene under *Miller v. California* nor child pornography under *New York v. Ferber?*
> *Any help would be greatly appreciated. Thank you.*

> Jerry Lambe
> Editor, Law&Crime
> Contributor, Mediaite

Again, thank you for your comments. I'll share them with our team.
Regards,
Josh DeVine

**From:** Charles McMillion <charles.mcmillion@gmail.com>
**Sent:** Monday, January 25, 2021 8:22 PM
**To:** Josh DeVine <Josh.DeVine@tn.gov>
**Subject:** Re: [EXTERNAL] Question

Stop dodging. Your "independent fact finders" take oaths to uphold and protect the US Constitution, which they have apparently never bothered to read.

Here's the pic. I'm reposting it to every forum I'm on. PLEASE - come and arrest me so I can join Joshua Garton as a plaintiff in the upcoming lawsuit for YOUR DISRESPECT of the US Constitution and protected expression.

On Mon, Jan 25, 2021 at 8:27 PM Josh DeVine <Josh.DeVine@tn.gov> wrote:

Hello, Charles.

Hi, Dennis.

Thank you for reaching out.

When requested to investigate an incident by a local District Attorney General, TBI agents serve as independent fact-finders.

The DA determines what, if any, charges are placed. For that reason, we will need to refer you to the District Attorney General with questions or concerns you have regarding the charge in this case.

Best,
Josh DeVine

Sent from my iPhone. Please excuse any typos and brevity. Thanks!

> On Jan 25, 2021, at 7:13 PM, Charles McMillion <charles.mcmillion@gmail.com> wrote:

> Someone please explain how the posting"disrespectful" image equals a crime.

> Is the TBI really that ignorant about the First Amendment?

> Charles McMillion
> Cogita Tute

--
Charles McMillion
*Cogita tute*

*"Good people will do good things, and evil people will do evil things. But for good people to do evil things - that takes religion" - Steven Weinberg*

Virus-free. www.avg.com

| From: | TBI Media |
| To: | Sydney Warick |
| Subject: | Re: [EXTERNAL] WSMV Question |
| Date: | Thursday, February 04, 2021 10:24:34 AM |
| Attachments: | image001.png |
| | Outlook-lcr2p5og.png |

Hi Sydney,

   That would be a question for the District Attorney General , since that's the agency that requested our involvement.

   Regards, Susan Niland
Sent from my iPhone

On Feb 4, 2021, at 10:09 AM, Sydney Warick <Sydney.Warick@wsmv.com> wrote:

**\*\*\* This is an EXTERNAL email. Please exercise caution. DO NOT open attachments or click links from unknown senders or unexpected email - STS-Security. \*\*\***

Good morning,

We're seeing reports that the charges against Joshua Garton have since been dismissed. Can someone please confirm?

(Previous release attached for reference)

Thank you,

<Outlook-lcr2p5og.png>

**From:** TBI Media <TBIMEDIA@LISTSERV.TN.GOV> on behalf of TBI Media <TBI.Media@TN.GOV>
**Sent:** Friday, January 22, 2021 6:59 PM
**To:** TBIMEDIA@LISTSERV.TN.GOV <TBIMEDIA@LISTSERV.TN.GOV>
**Subject:** [EXTERNAL] TBI News Release - Dickson County - Joshua Garton

### LYLES MAN ARRESTED, CHARGED WITH DOCTORING & POSTING HARASSING PHOTOGRAPH

**DICKSON COUNTY** – Special Agents from the Tennessee Bureau of Investigation, working alongside investigators from the Dickson Police Department, have arrested and charged a Lyles man accused of manufacturing and disseminating a harassing photograph on social media.

At the request of 23rd District Attorney General Ray Crouch, TBI Agents began investigating the origin of a photograph that depicted individuals desecrating the grave of a deceased local law enforcement officer, Sgt. Daniel Baker of the Dickson County Sheriff's Office. Agents subsequently visited Baker's gravesite this morning and determined the photograph was digitally manufactured. Further investigative efforts led to the identification of Joshua Andrew Garton (DOB 1-31-92) as the individual who manufactured the image and distributed it on social media.

This afternoon, Agents arrested Garton and charged him with one count of Harassment and booked him into the Dickson County Jail where, because of this charge and other, unrelated legal issues, he was being held on a $76,000 bond.

<center>###</center>

<image001.png>

**Josh DeVine** | Communications Director
Tennessee Bureau of Investigation
901 R.S. Gass Boulevard
Nashville, TN 37216
**OFFICE:** (615) 744-4295

"To unsubscribe from the TBIMEDIA list, send an email to LISTSERV@LISTSERV.TN.GOV and type "Unsubscribe TBIMEDIA" in the message body. To subscribe to the TBIMEDIA list, send an email to LISTSERV@LISTSERV.TN.GOV and type "Subscribe TBIMEDIA" in the message body."
This electronic message, including any attachments, may contain proprietary, confidential or privileged information for the sole use of the intended recipient(s). You are hereby notified that any unauthorized disclosure, copying, distribution, or use of this message is prohibited. If you have received this message in error, please immediately notify the sender by reply e-mail and delete it.
<1-22-21 Dickson Harassment (Joshua Garton).pdf>
<Joshua Garton.PNG>

**From:** TBI Media
**To:** Alex Heider
**Subject:** RE: Joshua Andrew Garton follow-up
**Date:** Friday, January 22, 2021 7:17:00 PM
**Attachments:** image001.png

Hi, Alex.

A question of that nature should be directed to the District Attorney General.

Regards,

Josh DeVine

**From:** Alex Heider <Alex.Heider@wsmv.com>
**Sent:** Friday, January 22, 2021 7:16 PM
**To:** TBI Media <TBI.Media@tn.gov>
**Subject:** [EXTERNAL] Joshua Andrew Garton follow-up

Hi all,

We got the press release regarding Joshua Andrew Garton.

Can someone explain how this rose to the charge of harassment? I get that it's an awful image, but harassment? What lead to this decision?

Alex



**Alex Heider**
**Content Producer**
615-353-2231    Office
alex.heider@WSMV.com
5700 Knob Rd. Nashville, TN 37209

This electronic message, including any attachments, may contain proprietary, confidential or privileged information for the sole use of the intended recipient(s). You are hereby notified that any unauthorized disclosure, copying, distribution, or use of this message is prohibited. If you have received this message in error, please immediately notify the sender by reply e-mail and delete it.

| From: | TBI Media |
| To: | Romero, Dennis (Contractor- NBCUniversal) |
| Subject: | RE: NBC News inquiry |
| Date: | Saturday, January 23, 2021 5:47:00 PM |

Hi, Dennis.

Thank you for reaching out.
When requested to investigate an incident by a District Attorney General, TBI agents serve as fact-finders.
The DA determines what, if any, charges are placed.
For that reason, we will need to refer you to the District Attorney General with questions regarding the charge in this case.

Also, please send any future media inquiries to this address, as all four TBI PIOs share access.

Best,
Leslie Earhart

**From:** Romero, Dennis (Contractor- NBCUniversal) <Dennis.Romero@nbcuni.com>
**Sent:** Saturday, January 23, 2021 5:50 PM
**To:** Josh DeVine <Josh.DeVine@tn.gov>; Susan Niland <Susan.Niland@tn.gov>; Leslie Earhart <Leslie.Earhart@tn.gov>
**Subject:** [EXTERNAL] NBC News inquiry

Hi:

I'm working on a story about the arrest of Joshua Andrew Garton.

Some legal experts say this arrest is patently unconstitutional and illegal. I wanted to give TBI an opportunity to respond.

Thanks,
Dennis Romero
NBC News Digital
310-623-7097

| | |
|---|---|
| **From:** | TBI Media |
| **To:** | WTVF Newsroom |
| **Subject:** | RE: Sgt. Baker Social Media Picture Question |
| **Date:** | Friday, January 22, 2021 5:46:00 PM |

I can confirm that, Dalton. I'm working on a release about this right now and will have that to you ASAP.

Thanks,

Josh DeVine

**From:** WTVF Newsroom <newsroom@newschannel5.com>
**Sent:** Friday, January 22, 2021 5:12 PM
**To:** TBI Media <TBI.Media@tn.gov>
**Subject:** [EXTERNAL] Sgt. Baker Social Media Picture Question

Good evening,

Checking to see if Joshua Garton was arrested and charged with harassment today surrounding the photo of Sgt. Baker's grave in Dickson County.

Thank you for any information you can provide.

Appreciate it

Dalton Hammonds

*Assignment Desk*

WTVF-TV NewsChannel 5 Network
474 James Robertson Pkwy
Nashville, TN 37201
615.248.5281
Follow us on Twitter at **@NC5**

Scripps Media, Inc., certifies that its advertising sales agreements do not discriminate on the basis of race or ethnicity. All advertising sales agreements contain nondiscrimination clauses.

| | |
|---|---|
| **From:** | Josh DeVine |
| **To:** | Joe Craig; Russ Winkler |
| **Cc:** | Ray Crouch (wrcrouch@tndagc.org) |
| **Bcc:** | Brian Senecal (Brian.Senecal@tn.gov); David Rausch; Ernie C. Ricketts; Illana Tate (Illana.Tate@tn.gov); Jeanne Broadwell (Jeanne.Broadwell@tn.gov); Jimmy.Musice@tn.gov; Joshua J. Melton; Lori Edmunds (Lori.Edmunds@tn.gov); Mark Hackney (Mark.Hackney@tn.gov); Melany Martin (Melany.Martin@tn.gov); Mike Cox; Mike Lyttle; Pam Beck; Richard Littlehale; Richard Moore (Richard.Moore@tn.gov); T.J. Jordan (T.J.Jordan@tn.gov) |
| **Subject:** | TBI News Release - Dickson County - Joshua Garton |
| **Date:** | Friday, January 22, 2021 7:06:00 PM |
| **Attachments:** | image001.png |
| | 1-22-21 Dickson Harassment (Joshua Garton).pdf |
| | Joshua Garton.PNG |

**LYLES MAN ARRESTED, CHARGED WITH DOCTORING & POSTING HARASSING PHOTOGRAPH**

**DICKSON COUNTY** — Special Agents from the Tennessee Bureau of Investigation, working alongside investigators from the Dickson Police Department, have arrested and charged a Lyles man accused of manufacturing and disseminating a harassing photograph on social media.

At the request of 23rd District Attorney General Ray Crouch, TBI Agents began investigating the origin of a photograph that depicted individuals desecrating the grave of a deceased local law enforcement officer, Sgt. Daniel Baker of the Dickson County Sheriff's Office. Agents subsequently visited Baker's gravesite this morning and determined the photograph was digitally manufactured. Further investigative efforts led to the identification of Joshua Andrew Garton (DOB 1-31-92) as the individual who manufactured the image and distributed it on social media.

This afternoon, Agents arrested Garton and charged him with one count of Harassment and booked him into the Dickson County Jail where, because of this charge and other, unrelated legal issues, he was being held on a $76,000 bond.

<div align="center">###</div>



**Josh DeVine** | Communications Director
Tennessee Bureau of Investigation
901 R.S. Gass Boulevard
Nashville, TN 37216
**OFFICE:** (615) 744-4295

"To unsubscribe from the TBIMEDIA list, send an email to LISTSERV@LISTSERV.TN.GOV and type "Unsubscribe TBIMEDIA" in the message body. To subscribe to the TBIMEDIA list, send an email to LISTSERV@LISTSERV.TN.GOV and type "Subscribe TBIMEDIA" in the message body."

| | |
|---|---|
| **From:** | Josh DeVine |
| **To:** | DH06TBI |
| **Subject:** | Weekly Update: Jackson Facility Taking Shape, Virtual "Murph", & More! |
| **Date:** | Monday, January 25, 2021 11:01:00 AM |
| **Attachments:** | 1-25-21 Media Report.doc |
| | 1-25-21 Media Report.pdf |
| | image003.png |



Hello! Your weekly Media Report is attached, where you can check out the press coverage of cases and other news involving TBI.

Here are more things happening across the Bureau!

## TAKING SHAPE!

Work on the TBI Crime Lab and Regional Headquarters in Jackson continues, and recently, a very important part... the name of the building... was added!



## K9S… UNITE!

A recent sunny day provided a great back-drop for training for all the **accelerant detection and electronic detection K9s and Agent handlers,** along with some of the Special Agent/ Forensic Scientists with the Microanalysis Unit in the Nashville Crime Lab. There are two new additions **in the mix… Millie, who works** with **SA Ryan Shanklin in West, and Honey,** who works with new SA Jeff Moseley in Middle.

You'll learn more about both of these new teams in upcoming stories that will be pushed out on TBI social media/website. In the meantime, here's a group shot. Back row, L TO R, Training intern Olivia, Training SA Russell Robinson, SA/FS Paige Yawn, SA/FS Elizabeth Stapleton, and SA/FS Lindsey Anderson. From row, L to F: West SA Ryan Shanklin with Millie, West SA Derek Miller with Zeus, Middle SA Jeff Moseley with Honey, East SA Mark Delaney with Faith, and Upper East SA Justin Ramsey with **Diesel.**

## VACC'D UP!

**Team members from across the state have stepped up to take advantage of the COVID-19 vaccines that are available!**



## NO AUTOGRAPHS, PLEASE!

West DID ASAC Brian Byrd appeared in an episode of Oxygen's Killer Siblings – The Bruces. Click here to see more about this story!

WATCH MORE!

## A VIRTUAL 'MURPH' CHALLENGE

Since COVID has knocked out getting together to participate in events like the Tough Mudder or Murph Challenge, MFCD Special Agent Colleen Dean has suggested a virtual Murph's Challenge could be a great way to stay fit and stay connected. The event is to honor Lt. Michael Murphy and our veterans who have given the ultimate sacrifice.

Beware: The full Murph is a killer! A mile run, then ten sets of 10 pull ups, 20 pushups, and 30 squats (total of 100 pullups, 200 pushups, 300 squats), followed by another mile run, with body armor or a weighted vest on.

But you can try a half Murph, quarter Murph, or whatever you're able to do. You can also modify some of the exercises to fit your goals and abilities. Colleen and her husband do this each year, and it can take under an hour. She suggests playground equipment at a school could provide some of the equipment you'd need, like for pull-up bars, etc.

If you do take part, send us some photos!

### LEARN MORE!



Hope you have a great week!

CONNECT WITH US
ON SOCIAL MEDIA!



**Josh DeVine** | Communications Director
Tennessee Bureau of Investigation
901 R.S. Gass Boulevard
Nashville, TN 37216
**OFFICE:** (615) 744-4295



**NewsPowerOnline**
**.com**
615-256-4714
**The Power Of Knowing**

**1.**

**New York Daily News** Newspaper Market: New York, NY (1)

Tennessee man charged with posting fake photo of
men urinating on officer's grave

Jan 24 2021-05:00PM ET

charged with harassment for manufacturing and disseminating the image on social media, according
to the TENNESSEE BUREAU OF INVESTIGATION.



**3.**

**NBC News** Online Only Market: USA

Man jailed for allegedly posting photo of two men
urinating on deputy's grave

Jan 24 2021-01:00AM ET

on suspicion of harassment and jailed in Dickson County, Tennessee, on $76,000 bond, the
TENNESSEE BUREAU OF INVESTIGATION said in a statement.





**7.**

**Man charged after posting fake photo of fallen deputy's gravesite on social media**

Jan 23 2021-03:55AM CT

(WTVF) - A man was charged after investigators say he created and shared a fake photo of people urinating on the grave of deceased law enforcement officer, Sgt. Daniel Baker. TENNESSEE BUREAU OF INVESTIGATION worked with Dickson Police Department detectives to arrest Joshua Andrew Garton. TBI Joshua Garton The image was posted to a profile under the name of Joseph Callaway. It showed two men standing at a gravesite urinating on the headstone with a caption reading, "Just showing my respect to Deputy Daniel Baker from the #dicksonpolicedepartment." It gained the attention of law enforcement. Recent Stories from newschannel5.com PLAY Top Videos Concerns over unemployment fraud forces delays in processing claim extensions Video Settings Auto Full Screen About Connatix V94027 Watch More Watch More Watch More Watch More Watch More Watch More 1 min.

View ▶



**8.**

**TBI charges suspect with faking "news" on social media**

Jan 23 2021-03:15AM ET

TBI charges suspect with faking "news" on social media They say 28 year old Joshua Andrew Garton posted a photo showing people desecrating the grave of a local law enforcement officer. The local attorney general requested that the TBI investigate the case. But when agents visited the grave site this morning, they found nothing wrong. They determined that the photograph was actually a digital creation.

View ▶

**9.**

**TBI charges man accused of editing photo to make it look like cop's grave was desecrated**

Jan 23 2021-02:59AM CT

TBI charges man accused of editing photo to make it look like cop's grave was desecrated A Lyles man is facing charges after authorities say he edited a photo to make it look like individuals were desecrating the grave of a police officer. Joshua Andrew Garton, 28, was charged by TBI agents

because they say he created a posted a "harassing photograph" on social media. The photo falsely shows the grave of Sgt. Daniel Baker of the Dickson County Sheriff's Office being desecrated. Baker died in 2018 when he was shot and killed while investigating a suspicious vehicle. TBI agents confirmed Friday morning Baker's grave was untouched and the photo was fake. They charged Garton with harassment. He is being held at the Dickson County Jail on $76,000 bail.

*View* ▶





**14.**  **WTVC-TV [ABC 9]**  Television  Market: Chattanooga, TN (88)
TBI investigating fake photo showing desecration of                        Jan 22 2021-06:00PM ET
fallen Tennessee officer's grave

The TENNESSEE BUREAU OF INVESTIGATION (TBI) is investigating the origin of a doctored photo
which appeared to show the desecration of a fallen officer's 

*View* ▶















*This report contains copyrighted material and may be used for file and reference purposes only.*
*Any reproduction, sale or distribution is prohibited.*
*Portions © 2019 Nielsen Media Research, Inc.*
*Applicable ratings data contained herein are the copyrighted property of Nielsen Media Research, Inc.*
*All Rights Reserved.*
*Portions © 2019 Compete, Inc.*
*Applicable ratings data contained herein are for use pursuant to a license from Compete, Inc.*
*All Rights Reserved.*
*Portions © 2019 SimilarWeb LTD*
*Applicable ratings data contained herein are for use pursuant to a license from SimilarWeb LTD*
*All Rights Reserved.*

## Joseph Worthington

| | |
|---|---|
| **From:** | Taylor Storie |
| **Sent:** | Sunday, January 24, 2021 1:47 PM |
| **To:** | Joseph Worthington |
| **Cc:** | Michael Frizzell |
| **Subject:** | Joshua Andrew Garton |

I'm sure you are aware of the arrest of Joshua Andrew Garton in Dickson County by TBI agents on January 22, 2020. I feel like there is going to significant public outrage over this as I have received multiple accusatorial calls at HQ today and can only assume more will come. I'm just making you aware of the aggressive calls I have been receiving and for you to consider the possibility of protests that could occur at the HQ over this incident.

Taylor Storie
Uniformed Officer



Tennessee Bureau of Investigation
901 RS Gass Blvd
Nashville, TN 37216
(615)744-4530 office
(615)744-4067 fax
Taylor.Storie@tn.gov

1

# Joseph Worthington

**From:** Joseph Worthington
**Sent:** Monday, January 25, 2021 5:12 PM
**To:** Darryl Brown; Taylor Storie; Meredith Simmons; Brianna Hesson; Bhavesh Patel; Joel Moss; Kirstin Ramsey; Jeremy Fox; Richard Rodriguez
**Cc:** Michael Frizzell
**Subject:** Complaint Calls

**Importance:** High

Good evening everyone. I know the last few days have been rough with the duty calls regarding the arrest of Mr. Garton and the amount of phone calls voicing displeasure over the event. Many of the callers are verbally abusive and take their anger and frustration out on you, and you all have remained courteous and professional, which I want to thank you for.

As this continues ultimately people may become frustrated with you. People may want to make complaints against you or TBI officials. It happens and is part of a set process. If a caller wants to file a complaint against you give them your name and title. The public does have the right to know your name. Inform the caller they can receive a complaint form in the mail or they can come to TBI headquarters and receive one. By policy, the public is allowed to file a complaint anonymously which I want to make sure everyone is aware of. Take the information from them, document it properly and pass it along to me. Additionally coming in to headquarters, someone can receive a form without giving any information or being asked who they are.

Thank you for what you do.

Joseph Worthington
Uniformed Sergeant
Protective Services Unit



Tennessee Bureau of Investigation
901 R.S. Gass Blvd
Nashville, TN 37216
Office – (615) 744-4529
Cell – (615) 664-8272

1

**Joseph Worthington**

| | |
|---|---|
| **From:** | Joseph Worthington |
| **Sent:** | Tuesday, January 26, 2021 9:58 AM |
| **To:** | Darryl Brown; Taylor Storie; Meredith Simmons; Brianna Hesson; Bhavesh Patel; Joel Moss; Kirstin Ramsey; Jeremy Fox; Richard Rodriguez |
| **Cc:** | Michael Frizzell |
| **Subject:** | Andrew Garton Calls |

As the calls regarding Andrew Garton continue to come in, (we are over three dozen now), and they continue to have an aggressive approach to them I want to remind everyone to assume you are being recorded. Maintain your professionalism with the calls despite the verbal abuse and avoid going down a rabbit hole and arguing with them. If you are being recorded losing your cool or arguing with their diluted reasoning will only add fuel to the fire, and will almost certainly end up on social media. Thank you for what you do.

Joseph Worthington
Uniformed Officer Sergeant
Protective Services Unit



Tennessee Bureau of Investigation
901 R.S. Gass Blvd
Nashville, TN 37216
Office – (615) 744-4530
Cell – (615) 664-8272

1

**Joseph Worthington**

| | |
|---|---|
| **From:** | Joseph Worthington |
| **Sent:** | Tuesday, January 26, 2021 2:48 PM |
| **To:** | Kimberly Lamberson |
| **Subject:** | RE: TLO/CLEAR |

I appreciate the assistance, figure it might be a burner, but worth a shot.

**From:** Kimberly Lamberson
**Sent:** Tuesday, January 26, 2021 2:46 PM
**To:** Joseph Worthington <Joseph.Worthington@tn.gov>
**Subject:** RE: TLO/CLEAR

Sounds good. Not sure I am going to be of much help. Nothing in CLEAR, TLO or Whooster. I will keep digging though and let you know what I find. I have also requested Milwaukee PD to check the number on their end.
Kim

**From:** Joseph Worthington <Joseph.Worthington@tn.gov>
**Sent:** Tuesday, January 26, 2021 2:35 PM
**To:** Kimberly Lamberson <Kimberly.Lamberson@tn.gov>
**Subject:** RE: TLO/CLEAR

As of now no, he has called more than 30 times including over a dozen in the last 30 minutes. We are trying to pin down who he is so we can ask the local police and maybe have them go out there and ask him to stop.

**From:** Kimberly Lamberson
**Sent:** Tuesday, January 26, 2021 2:32 PM
**To:** Joseph Worthington <Joseph.Worthington@tn.gov>
**Subject:** RE: TLO/CLEAR

Ill take care of it for you. Do you have a case # or CAD # or anything I can reference?
Kimberly

**From:** tipstotbi <tipstotbi@tn.gov>
**Sent:** Tuesday, January 26, 2021 2:30 PM
**To:** Kimberly Lamberson <Kimberly.Lamberson@tn.gov>
**Subject:** FW: TLO/CLEAR
**Importance:** High

**From:** Joseph Worthington <Joseph.Worthington@tn.gov>
**Sent:** Tuesday, January 26, 2021 2:18 PM
**To:** tipstotbi <tipstotbi@tn.gov>
**Subject:** TLO/CLEAR
**Importance:** High

1

Good afternoon, we are receiving dozens of calls from a number regarding the arrest of Andrew Garton. The caller is becoming increasingly disruptive and I would like to request a TLO/CLEAR report in order to pass along to the local authorities. The number is 414-750-5795, and appears to be in Milwaukee.

Joseph Worthington
Uniformed Officer Sergeant
Protective Services Unit



Tennessee Bureau of Investigation
901 R.S. Gass Blvd
Nashville, TN 37216
Office – (615) 744-4530
Cell – (615) 664-8272

2

| Category | Location | Start Date | End Date | Primary Subject | Details | Activity Type |
|---|---|---|---|---|---|---|
| UNIFORM OFFICERS - NASHVILLE | HQ - NASHVILLE | 2021-02-02T11:39:00 | 2021-02-02T11:34:00 | DARRYL BROWN | ADMINISTRATIVE ONLY 205.530.5506. Joshua Garton incident. | DUTY OFFICER CALL |
| UNIFORM OFFICERS - NASHVILLE | HQ - NASHVILLE | 2021-01-27T11:11:00 | 2021-01-27T11:08:00 | DARRYL BROWN | ADMINISTRATIVE ONLY 208.530.2604. Reference to Joshua Garton. 208-530-2604. Shaun. Caller stated that the DA would not answer his questions regarding the arrest of Joshua Andrew Garton, and then demanded answers from the TBI. Advised caller I have no information on the investigation and further directed him to the DA. He became more irate and began asking if he would be arrested for praising the picture. Advised caller again I cannot answer that inquiries and after directing him multiple more times to the DA's office the call was terminated. | DUTY OFFICER CALL |
| UNIFORM OFFICERS - NASHVILLE | HQ - NASHVILLE | 2021-01-26T14:26:00 | 2021-01-26T14:31:00 | TAYLOR STORE | DIRECTED TO DAG. 605-280-9427 Caller wants to interrogate the person answering the phone in the arrest of Joshua Garton. | DUTY OFFICER CALL |
| UNIFORM OFFICERS - NASHVILLE | HQ - NASHVILLE | 2021-01-26T09:45:00 | 2021-01-26T09:43:00 | DARRYL BROWN | ADMINISTRATIVE ONLY 414.750.5795. Repeat caller concerning Joshua Garton. | DUTY OFFICER CALL |
| UNIFORM OFFICERS - NASHVILLE | HQ - NASHVILLE | 2021-01-26T08:25:00 | 2021-01-26T08:24:00 | DARRYL BROWN | 339-481-0668 caller was angry about the arrest of Joshua Garton. Stated that we violated Mr. Garton's rights and were wasting tax payer money. Caller then stated "Fuck Off," and hung up. | DUTY OFFICER CALL |
| UNIFORM OFFICERS - NASHVILLE | HQ - NASHVILLE | 2021-01-25T20:49:00 | 2021-01-25T20:49:00 | JOEL MOSS | DIRECTED TO DAG. 414-758-5795. Caller cussing and referring to Lt Brown as a Nazi. Caller was referred to the DA's office. Referring to Joshua Garton incident. | DUTY OFFICER CALL |
| UNIFORM OFFICERS - NASHVILLE | HQ - NASHVILLE | 2021-01-25T14:54:00 | 2021-01-25T14:54:00 | DARRYL BROWN | 414-758-5795. Caller threatening to post pictures on social media and daring TBI to come arrest him. Caller terminated the call. Reference to Joshua Garton incident. | DUTY OFFICER CALL |
| UNIFORM OFFICERS - NASHVILLE | HQ - NASHVILLE | 2021-01-25T14:50:00 | 2021-01-25T14:49:00 | DARRYL BROWN | 732-662-0310. Caller inquired on TBI policy to report crime to the federal authorities and claimed that TBI publicized the photo altered by Joshua Andrew Garton and violated his 1st amendment right. Caller was advised that more information should be made public in the coming days as the individual is to appear in court. Caller was directed to the DA of which he did not want to contact. | DUTY OFFICER CALL |
| UNIFORM OFFICERS - NASHVILLE | HQ - NASHVILLE | 2021-01-25T12:54:00 | 2021-01-25T12:54:00 | TAYLOR STORE | 507-0-276-0055. Amicable caller voiced his concerns regarding TBI charging of Joshua Andrew Garton. Advised caller that the individual would be appearing before a court sometime this week and hopefully details of the case would come out. Contact was provided to the DA's office to further address his concerns. | DUTY OFFICER CALL |
| UNIFORM OFFICERS - NASHVILLE | HQ - NASHVILLE | 2021-01-25T10:47:00 | 2021-01-25T10:42:00 | TAYLOR STORE | 423-336-9581. Amicable caller wanted to voice her concern over the arrest of Joshua Andrew Garton and the implications it has. Advised caller that her concern is understandable and provided the contact for the DA. | DUTY OFFICER CALL |
| UNIFORM OFFICERS - NASHVILLE | HQ - NASHVILLE | 2021-01-25T07:07:00 | 2021-01-25T07:02:00 | TAYLOR STORE | 850-748-8656. UO Stone reached ... U.S.B. Attender regarding numerous phone calls received last night regarding the Joshua Andrew Garton incident. She advised that I ... Found received several calls from this number referring to the incident. Further information was not obtained due to TIES no keeping a call log. | ADMINISTRATIVE |
| UNIFORM OFFICERS - NASHVILLE | HQ - NASHVILLE | 2021-01-24T13:49:00 | 2021-01-24T13:39:00 | TAYLOR STORE | 209-693-7235. Michael Paul. Advising that the photo altered by Joshua Andrew Garton was an album cover. | DUTY OFFICER CALL |
| UNIFORM OFFICERS - NASHVILLE | HQ - NASHVILLE | 2021-01-24T13:37:00 | 2021-01-24T13:37:00 | TAYLOR STORE | 214-874-5605. Caller wanted to know why Joshua Andrew Garton was under arrest for. Advised of exactly what the TBI knew at the outset and caller was advised there is nothing else I can do for him. Caller then asked if it was a gun owner and I stated "yes." He then stated there was something I could do but it wouldn't be legal. Caller then terminated the call. | DUTY OFFICER CALL |
| UNIFORM OFFICERS - NASHVILLE | HQ - NASHVILLE | 2021-01-24T13:27:00 | 2021-01-24T13:29:00 | TAYLOR STORE | 214-874-5605. Caller stated he was going to use the photo of the officer's daughter crying at his grave and photoshop himself urinating on her face. Call was terminated. (Joshua Andrew Garton) | DUTY OFFICER CALL |
| UNIFORM OFFICERS - NASHVILLE | HQ - NASHVILLE | 2021-01-24T13:18:00 | 2021-01-24T13:18:00 | TAYLOR STORE | 586-615-3308. Caller upset regarding the arrest of Joshua Andrew Garton and wanted to know if the "officers" involved are going to be arrested. Advised the caller to direct his inquiries regarding this case to the DA. | DUTY OFFICER CALL |
| UNIFORM OFFICERS - NASHVILLE | HQ - NASHVILLE | 2021-01-24T09:42:00 | 2021-01-24T09:45:00 | TAYLOR STORE | 732-642-0310. Very irate caller angry with TBI for charging a man for posting an image regarding the defacing of an officer's grave. Caller alleged that the agency is ignorant of constitutional rights. (Joshua Andrew Garton) | DUTY OFFICER CALL |
| UNIFORM OFFICERS - NASHVILLE | HQ - NASHVILLE | 2021-01-24T08:26:00 | 2021-01-24T08:34:00 | TAYLOR STORE | 503-680-9078 x4. Caller asked why a pipe is in jail for a poorly photoshopped photo. I inquired to what he is talking about and he began cussing and calling TBI "jackasses." Call was terminated twice due to continual cussing without addressing the nature of the call. The third call the caller terminated the call after further stated I was a "jackass." The fourth time the caller asked how we can allow such harassment charges on someone who is dead. Advised the caller to direct further questions to an attorney. (Joshua Andrew Garton) | DUTY OFFICER CALL |
| UNIFORM OFFICERS - NASHVILLE | HQ - NASHVILLE | 2021-01-23T01:26:00 | 2021-01-23T01:37:00 | BRIANNA HESSON | 816-491-3595. Caller wanting information on the agencies plan of action when we got sued by Mr. Joshua Garton who was charged with desecrating an Dickson County officer's grave. Informed caller we are a closed case file agency and his information cannot be discussed. Asked for the District Attorneys number. Provided him with this number. | DUTY OFFICER CALL |

| From: | Michael Frizzell |
|-------|------------------|
| To: | Heather Thorne |
| Subject: | Fwd: HARASSING PHONE CALLS |
| Date: | Friday, February 5, 2021 4:28:00 PM |
| Attachments: | image001.png |

The message below was sent to me and I want you to be aware of it.

Michael D. Frizzell
Special Agent in Charge
Protective Services Unit
Tennessee Bureau of Investigation
901 R. S. Gass Blvd.
Nashville, TN 37216

o: 615.744.4088
c: 615.521.0811

Begin forwarded message:

> **From:** Jyuanna Jones <Jyuanna.Jones@tn.gov>
> **Date:** January 25, 2021 at 16:21:38 CST
> **Subject: HARASSING PHONE CALLS**

> Katie,

> TIES Operations have received numerous phone calls from different people, in which
> none have identified themselves and are complaining about the arrest of a man that
> posted a fake photo on social media of a man urinating on an officer grave
> (Deputy Daniel Baker - Dickson Co. SO). All of these calls appear to be the same in
> nature.
> They start by harassing any operator that answer the phone. Then, they proceed to
> curse
> them out and call them everything but a child of God. We did not sign up for this.

> The calls began coming in on Saturday night when the news media aired the story on
> the local channels.
> It when downhill from there. Most of these calls are and have out of state area codes.
> They have called so frequently that it has been difficult to capture much of the
> conversation.
> In some cases, they have called repeatedly and then hang up.

> I have also retrieved a log of the calls, including the phone numbers and the length of
> the call.

> Thanks in advance.

*Jyuanna Jones-Havard*

**Tennessee Bureau of Investigation**
**CJIS Support Center / TIES**
**901 R. S. Gass Blvd., Nashville, TN 37216**
**Office: (615) 744-4600**

| | |
|---|---|
| **From:** | Michael Frizzell |
| **To:** | Russ Winkler |
| **Subject:** | LE Sensitive |
| **Date:** | Monday, January 25, 2021 8:31:30 AM |
| **Attachments:** | ReportSearchExport_Garton Complaint Calls.xlsx |

The attachment contains two worksheet tabs: 1) Duty Officer Calls; 2) System call logs.

We have received a total of 21 calls from 8 unique numbers, which began on Saturday, January 23rd.

Michael D. Frizzell
Tennessee Bureau of Investigation
Special Agent-in-Charge
Protective Services Unit
901 R.S. Gass Blvd
Nashville, TN 37216

615.744.4000 – Main
615.744.4088 – Office
615.521.0811 - Cell

| Area Sub Group | Location | Start Date | End Date | Report Number | Notes | Activity Type |
|---|---|---|---|---|---|---|
| UNIFORM OFFICERS - NASHVILLE | HQ - NASHVILLE | 2021-02-23T09:58:00 | 2021-01-23T12:00:00 | BARANA HUSSON | 816-690-3583. Caller wanting information on the agencies plan of action when we get sued by Mr. Joshua Garton who was charged with desecrating on Dickson County officer's grave. Informed caller we are a closed case file agency and his information cannot be discussed. Asked for his Blocked Attorney number. Provided him with this number. 360-405-8678 x4. Caller asked why a gun is in jail for a poorly photoshopped photo. I inquired in what he is talking about and he began asking and asking TBI "Jerkersons". Call was terminated twice due to continual cussing without addressing the nature of the call. The third call the caller terminated the call after I further stated I was a "person". The fourth call the caller stated how you can take out harassment charges on someone who is fired. Advised the caller to direct further questions to an attorney. (Joshua Andrew Garton) | DUTY OFFICER CALL |
| UNIFORM OFFICERS - NASHVILLE | HQ - NASHVILLE | 2021-02-24T08:34:00 | 2021-01-24T08:36:00 | TAYLOR STORE | 731-260-0310. Very irate caller angry with TBI for charging a man for posting an image regarding the defacing of an officer's grave. Caller alleged that the agency is ignorant of constitutional rights. (Joshua Andrew Garton) | DUTY OFFICER CALL |
| UNIFORM OFFICERS - NASHVILLE | HQ - NASHVILLE | 2021-02-24T13:18:00 | 2021-01-24T13:19:00 | TAYLOR STORE | 586-610-3408. Caller upset regarding the arrest of Joshua Andrew Garton and wanted to know if the "officers" involved are going to be arrested. Advised the caller to direct his inquiries regarding this case to the DA | DUTY OFFICER CALL |
| UNIFORM OFFICERS - NASHVILLE | HQ - NASHVILLE | 2021-02-24T13:27:00 | 2021-01-24T13:29:00 | TAYLOR STORE | 214-874-5605. Caller stated he was going to use the photo of the officer's daughter crying at his grave and photoshop himself urinating on her face. Call was terminated. (Joshua Andrew Garton) | DUTY OFFICER CALL |
| UNIFORM OFFICERS - NASHVILLE | HQ - NASHVILLE | 2021-02-24T13:39:00 | 2021-01-24T13:40:00 | TAYLOR STORE | 214-874-5605. Caller wanted to know why Joshua Andrew Garton was incarcerated for. Advised of exactly what the TBI news release stated and caller was advised there is nothing else I can do for him. Caller then asked if I was a gun owner and I stated "yes". He then stated there was something I could do but it wouldn't be legal. Caller then terminated the call. | DUTY OFFICER CALL |
| UNIFORM OFFICERS - NASHVILLE | HQ - NASHVILLE | 2021-02-25T00:00:00 | 2021-01-25T01:00:00 | JOEL MOSS | 205-520-7205. Michael Paul. Advising the TBI about the photo altered by Joshua Andrew Garton was an album cover. (267) 349-4472. The caller refused to give his name. Caller was upset that the TBI arrested Joshua Garton and believed we violated his civil rights. When informed on the DA the caller continued ranting and stated that he is an investigator and knows the law. | DUTY OFFICER CALL |
| UNIFORM OFFICERS - NASHVILLE | HQ - NASHVILLE | 2021-02-27T07:42:00 | 2021-01-25T07:43:00 | TAYLOR STORE | 850-748-8604. LCL Online reached out to an attorney regarding Garton's phone calls received last night regarding the Joshua Andrew Garton incident. She advised that I, Plant received several calls from this number referring to the incident. Further information was not disclosed at the TJB no keeping a call log. | ADMINISTRATIVE |

| Start date | Duration | Extension Used | Dialed/CLI number | Call destination | Call direction | Call type | Trunk | Cost |
|---|---|---|---|---|---|---|---|---|
| 1/23/2021 09:54:30 AM | 00:08:30 | 3311 | 816-401-3585 | KANSASCITY, MO | INCOMING | Incoming | 601001 | $0.00 |
| 1/24/2021 08:25:42 AM | 00:01:18 | 3311 | 503-805-8078 | PORTLAND, OR | INCOMING | Incoming | 601001 | $0.00 |
| 1/24/2021 08:27:00 AM | 00:01:00 | 3311 | 503-805-8078 | PORTLAND, OR | INCOMING | Incoming | 601001 | $0.00 |
| 1/24/2021 08:28:36 AM | 00:01:24 | 3311 | 503-805-8078 | PORTLAND, OR | INCOMING | Incoming | 601001 | $0.00 |
| 1/24/2021 08:31:00 AM | 00:01:00 | 3311 | 503-805-8078 | PORTLAND, OR | INCOMING | Incoming | 601001 | $0.00 |
| 1/24/2021 09:39:30 AM | 00:05:30 | 3311 | 732-662-0310 | METUCHEN, NJ | INCOMING | Incoming | 601001 | $0.00 |
| 1/24/2021 01:15:48 PM | 00:03:12 | 5510 | 586-610-3308 | MT CLEMENS, MI | INCOMING | Incoming | 601001 | $0.00 |
| 1/24/2021 01:17:00 PM | 00:00:00 | 3311 | 586-610-3308 | MT CLEMENS, MI | INCOMING | Incoming | 609021 | $0.00 |
| 1/24/2021 01:25:18 PM | 00:01:42 | 3311 | 214-874-5605 | DALLAS, TX | INCOMING | Incoming | 601001 | $0.00 |
| 1/24/2021 01:37:06 PM | 00:01:54 | 3311 | 214-874-5605 | DALLAS, TX | INCOMING | Incoming | 601001 | $0.00 |
| 1/24/2021 03:48:30 PM | 00:01:30 | 3311 | 209-263-7235 | LODI, CA | INCOMING | Incoming | 601001 | $0.00 |
| 1/24/2021 07:53:36 PM | 00:00:24 | 3312 | 850-748-8656 | PENSACOLA, FL | INCOMING | Incoming | 601001 | $0.00 |
| 1/24/2021 07:58:42 PM | 00:00:18 | 3312 | 850-748-8656 | PENSACOLA, FL | INCOMING | Incoming | 601002 | $0.00 |
| 1/24/2021 07:58:54 PM | 00:00:06 | 3311 | 850-748-8656 | PENSASCOLA, FL | INCOMING | Incoming | 601001 | $0.00 |
| 1/24/2021 07:59:00 PM | 00:00:00 | 3311 | 850-748-8656 | PENSACOLA, FL | INCOMING | Incoming | 601001 | $0.00 |
| 1/24/2021 07:59:00 PM | 00:00:00 | 3311 | 850-748-8656 | PENSACOLA, FL | INCOMING | Incoming | 601001 | $0.00 |
| 1/24/2021 07:59:54 PM | 00:00:06 | 3312 | 850-748-8656 | PENSACOLA, FL | INCOMING | Incoming | 601001 | $0.00 |
| 1/24/2021 08:00:00 PM | 00:00:00 | 3311 | 850-748-8656 | PENSACOLA, FL | INCOMING | Incoming | 601002 | $0.00 |
| 1/24/2021 08:00:00 PM | 00:00:00 | 3312 | 850-748-8656 | PENSACOLA, FL | INCOMING | Incoming | 601001 | $0.00 |
| 1/24/2021 08:00:00 PM | 00:00:00 | 3311 | 850-748-8656 | PENSACOLA, FL | INCOMING | Incoming | 601001 | $0.00 |
| 1/25/2021 12:06:18 AM | 00:01:42 | 3312 | 267-393-4275 | YARDLEY, PA | INCOMING | Incoming | 601001 | $0.00 |

**From:** Larissa Picard
**To:** Russ Winkler; Nathan Neese
**Subject:** Harassment Calls Regarding Joshua Garton
**Date:** Sunday, January 24, 2021 8:20:48 PM
**Attachments:** image001.jpg

Good evening,

I just wanted to pass along that friends of Joshua Garton have been harassing TIES and UOs all day long with nonsense calls. Day shift advised that they have called all day long cussing out whoever answered the phone. We have received numerous of the same calls so far tonight. The calls are starting to come consecutively to where they are tying up both main line phones. I know UOs have informed Mike Frizzell. I'm not sure if y'all can even do anything in this situation, but I wanted to make y'all aware. Here are the numbers that have called since Kristen and I have been on shift:

**5635141904**
**8507488656 (9 calls)**
**3148521996**
 **3057839015**

*Larissa Picard*
*Crime Information Communication Specialist*
*CJIS Support Center / TIES*
*Tennessee Bureau of Investigation*



*901 R.S. Gass Blvd.*
*Nashville, TN 37216*
*Office: 615.744.4600*
*Larissa.Picard@tn.gov*

| | |
|---|---|
| **From:** | Joshua J. Melton |
| **To:** | Heather Thorne |
| **Subject:** | FW: LE Sensitive |
| **Date:** | Tuesday, February 16, 2021 7:28:19 PM |
| **Attachments:** | ReportSearchExport_Garton Complaint Calls.xlsx |

**From:** Russ Winkler <Russ.Winkler@tn.gov>
**Sent:** Monday, January 25, 2021 12:32 PM
**To:** Joe Craig <Joe.Craig@tn.gov>; Joshua J. Melton <Joshua.J.Melton@tn.gov>
**Subject:** FW: LE Sensitive

**From:** Michael Frizzell <Michael.Frizzell@tn.gov>
**Sent:** Monday, January 25, 2021 8:31 AM
**To:** Russ Winkler <Russ.Winkler@tn.gov>
**Subject:** LE Sensitive

The attachment contains two worksheet tabs: 1) Duty Officer Calls; 2) System call logs.

We have received a total of 21 calls from 8 unique numbers, which began on Saturday, January 23rd.

Michael D. Frizzell
Tennessee Bureau of Investigation
Special Agent-in-Charge
Protective Services Unit
901 R.S. Gass Blvd
Nashville, TN 37216

615.744.4000 – Main
615.744.4088 – Office
615.521.0811 - Cell

**From:** David Rausch <David.Rausch@tn.gov>
**Sent:** Sunday, January 24, 2021 6:05 PM
**To:** Joshua J. Melton <Joshua.J.Melton@tn.gov>
**Cc:** Russ Winkler <Russ.Winkler@tn.gov>; Brad Nealon <Brad.Nealon@tn.gov>
**Subject:** Re: [EXTERNAL] Fwd: Threats to law enforcement

Thank you

Sent from my iPhone

> On Jan 24, 2021, at 5:16 PM, Joshua J. Melton <Joshua.J.Melton@tn.gov> wrote:

 Thank you Russ. I will continue to pass this along.

Thanks, Josh

Sent from my iPhone

> On Jan 24, 2021, at 5:36 PM, Russ Winkler <Russ.Winkler@tn.gov> wrote:

FYI

Begin forwarded message:

> **From:** Joe Craig <Joe.Craig@tn.gov>
> **Date:** January 24, 2021 at 4:30:32 PM CST
> **To:** Russ Winkler <Russ.Winkler@tn.gov>
> **Subject: Fwd: [EXTERNAL] Fwd: Threats to law
> enforcement**

 You may want to forward up the chain.

Sent from my iPhone

Begin forwarded message:

**From:** Andy Davis
<ADAVIS@dicksoncounty.net>
**Date:** January 24, 2021 at 4:28:22 PM CST
**To:** Ray Crouch <wrcrouch@tndagc.org>, Joe
Craig <Joe.Craig@tn.gov>
**Subject: [EXTERNAL] Fwd: Threats to law
enforcement**


Sent from my iPhone

Begin forwarded message:

> **From:** Christopher Lashlee
> <clashlee@dicksoncounty.net>
> **Date:** January 24, 2021 at 4:26:13
> PM CST
> **To:** All Sheriffs Office
> <AllSheriffsOffice@dicksoncounty.net>
> **Subject: Threats to law
> enforcement**
>
>
>   Today we received several
> phone patches through dispatch
> and through the jail where
> individuals are making threats
> against Law Enforcement officers.
> These threats are stemming from
> the arrest of Joshua Garton and
> the posts he had put on social
> media. There is a group that calls
> themselves "The Watch Dog" and
> another individual by the name of
> William R. Lord that are making
> threats towards us. They stated
> that it doesn't matter if we are in
> uniform or not that we better
> watch our backs and that they
> would rather take care of us from
> a distance. Be Vigilant and watch
> your six.

Cpl. Lashlee

Confidentiality Notice
The information contained in this email message and any
attachment(s) is the property of Dickson County
and may be protected by federal laws governing disclosure of
private information  It is intended solely
for the use of the entity to whom this email is addressed  If you
are not the intended recipient,
you are hereby notified that reading, copying or distribution of
this transmission is STRICTLY PROHIBITED
The sender has not waived any applicable privilege by sending
the accompanying transmission
If you have received this transmission in error,
please notify the sender by returning and deleting

Confidentiality Notice:
The information contained in this email
message and any attachment(s) is the property
of Dickson County
and may be protected by federal laws
governing disclosure of private information. It
is intended solely
for the use of the entity to whom this email is
addressed. If you are not the intended
recipient,
you are hereby notified that reading, copying
or distribution of this transmission is STRICTLY
PROHIBITED.
The sender has not waived any applicable
privilege by sending the accompanying
transmission.
If you have received this transmission in error,
please notify the sender by returning and
deleting the message and attachment(s) from
your system.

All Email Scanned by Barracuda Spam / Virus
Filter

| From: | Leslie Earhart |
|---|---|
| To: | David Rausch; Josh DeVine; Brad Nealon; Joshua J. Melton; Russ Winkler |
| Cc: | Susan Niland; Keli McAlister |
| Subject: | FYI - Dickson County case |
| Date: | Saturday, January 23, 2021 5:30:50 PM |

Good evening,

I'm passing this article along in case you havent seen it.
I just wanted to make you aware.

https://www.google.com/amp/s/lawandcrime.com/crazy/constitutionally-illiterate-tennessee-authorities-arrest-man-for-posting-an-anti-police-meme-on-social-media/amp/

Take care,
Leslie

| | |
|---|---|
| **From:** | Russ Winkler |
| **To:** | Leslie Earhart |
| **Subject:** | Re: FYI - Dickson County case |
| **Date:** | Saturday, January 23, 2021 6:45:17 PM |

10-4

> On Jan 23, 2021, at 5:30 PM, Leslie Earhart <Leslie.Earhart@tn.gov> wrote:


> Good evening,

> I'm passing this article along in case you havent seen it.
> I just wanted to make you aware.

> https://www.google.com/amp/s/lawandcrime.com/crazy/constitutionally-illiterate-tennessee-authorities-arrest-man-for-posting-an-anti-police-meme-on-social-media/amp/

> Take care,
> Leslie

**From:** Josh DeVine
**To:** Joe Craig; Russ Winkler
**Cc:** Ray Crouch (wrcrouch@tndagc.org)
**Subject:** TBI News Release - Dickson County - Joshua Garton
**Date:** Friday, January 22, 2021 7:06:12 PM
**Attachments:** image001.png
1-22-21 Dickson Harassment (Joshua Garton).pdf
Joshua Garton.PNG

## LYLES MAN ARRESTED, CHARGED WITH DOCTORING & POSTING HARASSING PHOTOGRAPH

**DICKSON COUNTY** – Special Agents from the Tennessee Bureau of Investigation, working alongside investigators from the Dickson Police Department, have arrested and charged a Lyles man accused of manufacturing and disseminating a harassing photograph on social media.

At the request of 23rd District Attorney General Ray Crouch, TBI Agents began investigating the origin of a photograph that depicted individuals desecrating the grave of a deceased local law enforcement officer, Sgt. Daniel Baker of the Dickson County Sheriff's Office. Agents subsequently visited Baker's gravesite this morning and determined the photograph was digitally manufactured. Further investigative efforts led to the identification of Joshua Andrew Garton (DOB 1-31-92) as the individual who manufactured the image and distributed it on social media.

This afternoon, Agents arrested Garton and charged him with one count of Harassment and booked him into the Dickson County Jail where, because of this charge and other, unrelated legal issues, he was being held on a $76,000 bond.

<div align="center">###</div>

TBI



**Josh DeVine** | Communications Director
Tennessee Bureau of Investigation
901 R.S. Gass Boulevard
Nashville, TN 37216
**OFFICE:** (615) 744-4295

"To unsubscribe from the TBIMEDIA list, send an email to LISTSERV@LISTSERV.TN.GOV and type "Unsubscribe TBIMEDIA" in the message body. To subscribe to the TBIMEDIA list, send an email to LISTSERV@LISTSERV.TN.GOV and type "Subscribe TBIMEDIA" in the message body."



State of Tennessee

# MEDIA RELEASE

## Tennessee Bureau of Investigation

*"that guilt shall not escape nor innocence suffer"*

**FOR IMMEDIATE RELEASE**
JANUARY 22, 2021

**CONTACT:** JOSH DEVINE
**PHONE:** (615) 744-4295 (OFFICE)
**EMAIL:** TBI.MEDIA@TN.GOV

### LYLES MAN ARRESTED, CHARGED WITH DOCTORING & POSTING HARASSING PHOTOGRAPH

**DICKSON COUNTY –** Special Agents from the Tennessee Bureau of Investigation, working alongside investigators from the Dickson Police Department, have arrested and charged a Lyles man accused of manufacturing and disseminating a harassing photograph on social media.

At the request of 23rd District Attorney General Ray Crouch, TBI Agents began investigating the origin of a photograph that depicted individuals desecrating the grave of a deceased local law enforcement officer, Sgt. Daniel Baker of the Dickson County Sheriff's Office. Agents subsequently visited Baker's gravesite this morning and determined the photograph was digitally manufactured. Further investigative efforts led to the identification of Joshua Andrew Garton (DOB 1-31-92) as the individual who manufactured the image and distributed it on social media.

This afternoon, Agents arrested Garton and charged him with one count of Harassment and booked him into the Dickson County Jail where, because of this charge and other, unrelated legal issues, he was being held on a $76,000 bond.



###

**About TBI**
Since 1980, the Tennessee Bureau of Investigation has served as the state's independent, lead law enforcement agency. Every day, focused on the agency's core values of truth, bravery, and integrity, the TBI's approximately 600 employees provide a variety of advanced criminal and drug investigative, forensic, and criminal justice services to assist local, state, and federal law enforcement partners, to fulfill the agency's promise, *"That Guilt Shall Not Escape Nor Innocence Suffer."* Learn more about the TBI online at tn.gov/tbi, and connect with the agency on Facebook, Twitter, and Instagram at @TBInvestigation.



| From: | Russ Winkler |
|-------|--------------|
| To: | Susan Niland |
| Subject: | Re: [EXTERNAL] NC5 Question |
| Date: | Friday, January 22, 2021 10:49:21 AM |
| Attachments: | image.png |

We just got the request.

> On Jan 22, 2021, at 10:48 AM, Susan Niland <Susan.Niland@tn.gov> wrote:
>
> Hey Russ,
>   We've had a couple media inquiries asking whether this is anything we've been requested to get involved in?  Not sure what that would be?
>   Thanks, Susan
>
> Sent from my iPhone
>
> Begin forwarded message:
>
>> **From:** WTVF Newsroom <newsroom@newschannel5.com>
>> **Date:** January 22, 2021 at 10:31:49 AM CST
>> **To:** TBI Media <TBI.Media@tn.gov>
>> **Subject:** [EXTERNAL] NC5 Question
>>
>>
>> Hello,
>>
>> Has the TBI been requested to investigate an image posted on Facebook of two individuals urinating on Dickson Co. Sgt. Daniel Bakers grave?
>>
>> <image.png>
>>
>>
>>
>> Thank you,
>> Emerald
>>
>> *Assignment Desk*
>> WTVF-TV NewsChannel 5 Network
>> 474 James Robertson Pkwy
>> Nashville, TN 37201
>> 615.248.5281

Follow us on Twitter at **@NC5**

Scripps Media, Inc., certifies that its advertising sales agreements do not discriminate on the basis of race or ethnicity. All advertising sales agreements contain nondiscrimination clauses.

| | |
|---|---|
| **From:** | Russ Winkler |
| **Sent:** | Sunday, January 24, 2021 4:36 PM |
| **To:** | Joshua J. Melton |
| **Subject:** | Fwd: [EXTERNAL] Fwd: Threats to law enforcement |

FYI

Begin forwarded message:

> **From:** Joe Craig <Joe.Craig@tn.gov>
> **Date:** January 24, 2021 at 4:30:32 PM CST
> **To:** Russ Winkler <Russ.Winkler@tn.gov>
> **Subject:** Fwd: [EXTERNAL] Fwd: Threats to law enforcement
>
> You may want to forward up the chain.
>
> Sent from my iPhone
>
> Begin forwarded message:
>
> > **From:** Andy Davis <ADAVIS@dicksoncounty.net>
> > **Date:** January 24, 2021 at 4:28:22 PM CST
> > **To:** Ray Crouch <wrcrouch@tndagc.org>, Joe Craig <Joe.Craig@tn.gov>
> > **Subject:** [EXTERNAL] Fwd: Threats to law enforcement
> >
> >
> > Sent from my iPhone
> >
> > Begin forwarded message:
> >
> > > **From:** Christopher Lashlee <clashlee@dicksoncounty.net>
> > > **Date:** January 24, 2021 at 4:26:13 PM CST
> > > **To:** All Sheriffs Office <AllSheriffsOffice@dicksoncounty.net>
> > > **Subject:** Threats to law enforcement
> > >
> > >
> > >
> > > Today we received several phone patches through dispatch and through the jail where individuals are making threats against Law Enforcement officers. These threats are stemming from the arrest of Joshua Garton and the posts he had put on social media. There is a group that calls themselves "The Watch Dog" and another individual by the name of William R. Lord that are making threats towards us. They stated that it doesn't matter if we are in uniform or not that we better

1

watch our backs and that they would rather take care of us from a distance. Be Vigilant and watch your six.

Cpl. Lashlee

Confidentiality Notice:
The information contained in this email message and any attachment(s) is the property of Dickson County
and may be protected by federal laws governing disclosure of private information. It is intended solely
for the use of the entity to whom this email is addressed. If you are not the intended recipient,
you are hereby notified that reading, copying or distribution of this transmission is STRICTLY PROHIBITED.
The sender has not waived any applicable privilege by sending the accompanying transmission.
If you have received this transmission in error,
please notify the sender by returning and deleting

Confidentiality Notice:
The information contained in this email message and any attachment(s) is the property of Dickson County
and may be protected by federal laws governing disclosure of private information. It is intended solely
for the use of the entity to whom this email is addressed. If you are not the intended recipient,
you are hereby notified that reading, copying or distribution of this transmission is STRICTLY PROHIBITED.
The sender has not waived any applicable privilege by sending the accompanying transmission.
If you have received this transmission in error,
please notify the sender by returning and deleting the message and attachment(s) from your system.

All Email Scanned by Barracuda Spam / Virus Filter