State of Tennessee vs. Joshua Andrew Garton

State Control # 5092159    County Case # 2021-CR-118

Attorney for Def._____    Address 9986 Rocky Point rd. Lyles, Tn
Court Date_____
State, Deft. to_____ at_____ arn/pm    Phone_____ DL#_____
State, Deft. to_____ at_____ arn/pm    DOB 01/31/1992    SS#_____
State, Deft. to_____ at_____ arn/pm    Sex M Race W Ht 6'1 Wt 170 Hair Brn Eyes Hzl
State, Deft. to_____ at_____ am/prn    Work_____

## AFFIDAVIT OF COMPLAINT

I, the affiant named below, after being sworn, state under oath that on or about 01/22/2021 in Dickson County, Tennessee, _____ committed the offense(s) of violation(s) of

TCA 39-17-308    Class Harassment    Misdemeanor / Felony

TCA _____ Class _____ Misdemeanor / Felony

TCA _____ Class _____ Misdemeanor / Felony

I further state under oath that the essential facts constituting the offense(s), the sources of my information and the reasons why this information is believable and reliable are as follows:

On 01/22/21 at approximately 0800 the Affiant was contacted by DAG Ray Crouch requesting an investigation into a Facebook post from an account under the name Joseph Callaway that depicted an image of two (2) individuals urinating on the grave of Dickson County Sheriffs office Sgt. Daniel Baker. The Affiant along with SA Andy Vallee traveled to Sgt. Bakers grave at the Dickson Memorial Gardens and verified the image was Photoshopped. The Affiant began to obtain information from citizens as well as through the technical investigation conducted by SA Vallee identified Joshua Garton as the individual possibly responsible for the posting. At. approximately 1340 the Affiant was called by Dickson Police Detective Kelly Owen who stated that Garton was at the Dickson Police dept. The Affiant along with SA Vallee conducted an interview with Garton who acknowledged he was responsible for posting the image on Facebook under the name Joseph Callaway. Garton was told that the image he posted did cause emotional distress to the family of Sgt. Baker as well as the law enforcement officers from Dickson County. The Affiant informed Garton that he was being charged with Harassment. This occurred in Dickson County Tennessee.

Affiant's Signature: Joe C_____
Name (Printed): Joe Craig ASAC TBI
Address (Printed): 901 R.S. Gass Blvd Nashville, TN
Phone Number: _____

Sworn to and subscribed before me on
Jan. 22, 2021
Kendra Clifte
Judge/Clerk/Judicial Commissioner

## PROBABLE CAUSE DETERMINATION

Based on the affidavit of complaint, I find there is probable cause to believe that on the date set forth above in Dickson County, Tennessee the defendant committed the offense(s) of violation(s) of TCA 39-17-308

( ) defendant given citation or arrested without warrant (✓) arrest warrant shall issue ( ) criminal summons shall issue

1/22/2021
Date

Kendra Clifte
Judge/Clerk/Judicial Commissioner