IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| JOSHUA GARTON, ) | |
|     Plaintiff, ) | |
| ) | **Case No.** _____ |
| v. ) | **Judge Trauger** |
| ) | |
| W. RAY CROUCH, et al. ) | |
|     Defendants. ) | |

## MOTION TO DISMISS OF
## DISTRICT ATTORNEY GENERAL W. RAY CROUCH

Defendant District Attorney General W. Ray Crouch moves for dismissal of this case pursuant to Federal Rule of Civil Procedure 12(b)(1) and (6) for lack of subject-matter jurisdiction and failure to state a claim upon which relief can be granted. As grounds for dismissal, Defendant asserts lack of jurisdiction pursuant to the *Rooker-Feldman* doctrine and failure to state a claim based on absolute prosecutorial immunity.

In support of his motion to dismiss, General Crouch has concurrently filed a Memorandum of Law. For the reasons set forth above and more fully discussed in the accompanying Memorandum of Law, Defendant General Crouch respectfully requests that the Court grant his motion to dismiss.

                Respectfully submitted,

                HERBERT H. SLATERY III
                Attorney General and Reporter

                By: */s/ Mary Elizabeth McCullohs*
                Mary Elizabeth McCullohs, BPR No. 026467
                Senior Assistant Attorney General
                Office of the Attorney General
                P.O. Box 20207
                Nashville, TN 37202-0207

(615) 741-8126
mary.mccullohs@ag.tn.gov

*Attorney for Defendant W. Ray Crouch*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on May 28, 2021, a true and correct copy of the foregoing *Motion to Dismiss* was served via the CM/ECF upon the following:

| | |
|---|---|
| Daniel A. Horwitz<br>Lindsay B. Smith<br>Horwitz Law, PLLC<br>4016 Westlawn Dr.<br>Nashville, TN 37209<br><br>*Attorneys for Plaintiff* | Amanda S. Jordan<br>Meghan Murphy<br>Senior Assistant Attorneys General<br>Civil Law Division<br>P.O. Box 20207<br>Nashville, TN  37202-0207<br><br>*Attorneys for Defendants Nealon, Winkler, Melton, and Craig* |

*/s/ Mary Elizabeth McCullohs*