IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

Motion GRANTED.

| | |
|---|---|
| JOSHUA GARTON, § | |
| § | |
| *Plaintiff*, § | |
| § | |
| v. § | Case No. 3:21-cv-00338 |
| § | |
| W. RAY CROUCH, DAVID RAUSCH, § | JURY DEMANDED |
| BRADLEY NEALON, RUSSELL § | |
| WINKLER, JOSHUA MELTON, § | |
| JOSEPH CRAIG, DONALD ARNOLD, § | |
| ANDREW VALLEE, and § | |
| CITY OF DICKSON, TENNESSEE, § | |
| § | |
| *Defendants*. § | |

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT CROUCH'S MOTION TO DISMISS**

Comes now the Plaintiff, through counsel, and pursuant to Fed. R. Civ. P. 6(b)(1)(A), respectfully moves this Court for an extension of time, through July 19, 2021, to respond to Defendant Crouch's Motion to Dismiss (Doc. #11).

As grounds, the Plaintiff submits that service has now been made or waived as to all Defendants, *see* Docs. ## 13–20, that several Defendants have sought and received an extension of time to respond to the Plaintiff's Complaint by June 18, 2021, *see* Doc. #10, and that Defendants Arnold and the City of Dickson presently have a response deadline of June 28, 2021, *see* Doc. #20. The Plaintiff anticipates that the Defendants who have yet to respond to the Plaintiff's Complaint will raise claims similar to those made by Defendant Crouch in his pending Motion to Dismiss (Doc. #11), and for the sake of efficiency, the Plaintiff intends to file a single joint response once all Defendants have