# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
### AT NASHVILLE

| | | |
|---|---|---|
| JOSHUA GARTON, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **Case No. 3:21-cv-00338** |
| | ) | **Judge Aleta A. Trauger** |
| W. RAY CROUCH, et al., | ) | |
| | ) | |
| **Defendants.** | ) | |

---

## DEFENDANTS' MOTION TO STRIKE

---

Defendants Bradley Nealon, Russell Winkler, Joshua Melton, Joseph Craig, and Andrew Vallee,[1] pursuant to Rule 12(f) of the Federal Rules of Civil Procedure, move to strike Exhibits 1 (DE 1-1) and 2 (DE 1-2) from Plaintiff's Complaint (DE 1), as such material is redundant, immaterial, and/or impertinent to the instant cause of action and nothing contained therein qualifies as a "written instrument" under Fed. R. Civ. P. 10(c). In support of this motion, Defendants rely on their memorandum of law filed contemporaneously herewith.

---

[1] At the time of filing, Defendant David Rausch has not been served. Plaintiff attempted to serve Defendant Rausch by mailing a copy of the summons and complaint via certified mail; however, the mailing was returned to the sender, Mr. Horwitz, by the United States Postal Office. (*See* DE 19, 19-1, 19-2, and 19-3).

Respectfully submitted,

HERBERT H. SLATERY III
Attorney General and Reporter

s/ AMANDA JORDAN
AMANDA JORDAN, BPR #29243
MEGHAN MURPHY, BPR #34061
Senior Assistant Attorneys General
Civil Law Division
P.O. Box 20207
Nashville, Tennessee 37202-0207
Office: 615-532-5070
Fax: 615-532-2541
amanda.jordan@ag.tn.gov

## CERTIFICATE OF SERVICE

The undersigned hereby certifies on June 18, 2021, a true and accurate copy of the foregoing was filed electronically and sent by way of the Court's electronic filing system to:

DANIEL A. HORWITZ
LINDSAY B. SMITH
Horwitz Law, PLLC
4016 Westlawn Drive
Nashville, TN 37209
*Attorney for Plaintiff*

MARY ELIZABETH MCCULLOHS
Senior Assistant Attorney General
Office of the Attorney General
P.O. Box 20207
Nashville, TN 37202-0207
*Attorney for Defendant W. Ray Crouch*

ROSS SMITH
Farrar & Bates, LLP
12 Cadillac Drive, Suite 480
Brentwood, TN 37027
*Attorney for Defendants City of Dickson and Donald Arnold*

s/ Amanda Jordan
AMANDA JORDAN
Senior Assistant Attorney General