

# TENNESSEE BUREAU OF INVESTIGATION

901 R.S. Gass Boulevard
Nashville, Tennessee 37216-2639
(615) 744-4000
Facsimile (615) 744-4500
TDD (615) 744-4001



**BILL LEE**
**Governor**

**DAVID B. RAUSCH**
**Director**

Daniel A Horwitz, Esq.                                                        *Via Email Only*
daniel.a.horwitz@gmail.com

May 20, 2021

Dear Mr. Horwitz,

This letter is in reference to your public records request related to Joshua Garton received on April 29, 2021. Please be informed we are in receipt of payment; as such, enclosed please find records responsive to your request. It should be noted the redacted portion of records on pages 67-70 are not responsive to your request. Records on pages 68-70 are senior staff meeting minutes from January 26, February 8, and April 28, respectively. The pages not provided from the minutes are non-responsive.

Please consider the minutes from January 26 on page 68 a supplement to our response from your previous public records request. Finally, records considered confidential pursuant to Tenn. Code Ann. §10-7-504(a)(2)(A) and the attorney-client privilege have not been provided.

Sincerely,

Heather Thorne
Professional Standards Unit
Tennessee Bureau of Investigation

| From: | CJ Ciaramella |
| To: | TBI Media |
| Subject: | [EXTERNAL] Media inquiry re: Garton lawsuit |
| Date: | Friday, April 30, 2021 1:56:27 PM |

**\*\*\* This is an EXTERNAL email. Please exercise caution. DO NOT open attachments or click links from unknown senders or unexpected email - STS-Security. \*\*\***

Hi,

This is CJ Ciaramella, a reporter for Reason Magazine. I'm writing a quick story about Joshua Garton's lawsuit against several TBI officials related to his Jan. 22 arrest: https://horwitz.law/wp-content/uploads/Complaint-of-Joshua-Garton-and-Exhibits-1-4.pdf

If TBI has any comment, please email or call 503-951-9863. I'm aiming to publish within the hour, but can drop in a statement if it comes in after publication. Thanks,

CJ

Doing well. Thanks! Hope you are too.

Travis Loller
Associated Press, Nashville
615-373-9988 (office)
615-484-6233 (mobile)

"There are only two forces that can carry light to all corners of the globe, only two, the sun in the heavens and The Associated Press down here." – Mark Twain

**From:** TBI Media <TBI.Media@tn.gov>
**Sent:** Wednesday, April 28, 2021 10:54 AM
**To:** Loller, Travis <TLoller@ap.org>
**Subject:** RE: dickson county lawsuit

### [EXTERNAL]

Thanks for reaching out, Travis. It would be inappropriate for us to comment on any pending litigation.
Hope you're well.
Thanks,
Josh

**From:** Loller, Travis <TLoller@ap.org>
**Sent:** Wednesday, April 28, 2021 10:43 AM
**To:** TBI Media <TBI.Media@tn.gov>
**Subject:** [EXTERNAL] dickson county lawsuit

Hey. Just wondering if TBI has a comment on the lawsuit filed in federal court yesterday by Joshua Garton claiming First Amendment violations against Director Rausch and others. Thx!

Travis Loller
Associated Press, Nashville
615-373-9988 (office)
615-484-6233 (mobile)

"There are only two forces that can carry light to all corners of the globe, only two, the sun in the heavens and The Associated Press down here." – Mark Twain

The information contained in this communication is intended for the use of the designated recipients named above. If the reader of this communication is not the intended recipient, you are hereby notified that you have received this communication in error, and that any review, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify The Associated Press immediately by telephone at +1-212-621-1500 and delete this email. Thank you.

The information contained in this communication is intended for the use of the designated recipients named above. If the reader of this communication is not the intended recipient, you are hereby notified that you have received this communication in error, and that any review, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify The Associated Press immediately by telephone at +1-212-621-1500 and delete this email. Thank you.

Thanks for reaching out, Jerry. It would be inappropriate for us to comment on any pending litigation.

Regards,
Josh DeVine

Sent from my iPhone. Please excuse any typos and brevity. Thanks!

> On Apr 27, 2021, at 2:57 PM, Jerry Lambe <jerry@lawnewz.com> wrote:

>

>

> Hi,

>

> I'm writing about the lawsuit filed on behalf of Joshua Garton today in the Middle District of Tennessee federal court and wanted to see if the TBI or DA's office wanted to provide a statement regarding the action. Any thoughts would be appreciated. Thank you for your time.

>

> Jerry Lambe

> Editor, Law&Crime

> Contributor, Mediaite

| From: | TBI Media |
| To: | CJ Ciaramella |
| Subject: | RE: [EXTERNAL] Media inquiry re: Garton lawsuit |
| Date: | Friday, April 30, 2021 2:32:00 PM |

Hi CJ,

Due to the pending litigation, it would be inappropriate for us to provide comments at this time. Thank you for reaching out.

Regards, Susan Niland

**From:** CJ Ciaramella <cj@reason.com>
**Sent:** Friday, April 30, 2021 1:56 PM
**To:** TBI Media <TBI.Media@tn.gov>
**Subject:** [EXTERNAL] Media inquiry re: Garton lawsuit

**\*\*\* This is an EXTERNAL email. Please exercise caution. DO NOT open attachments or click links from unknown senders or unexpected email - STS-Security. \*\*\***

Hi,

This is CJ Ciaramella, a reporter for Reason Magazine. I'm writing a quick story about Joshua Garton's lawsuit against several TBI officials related to his Jan. 22 arrest: https://horwitz.law/wp-content/uploads/Complaint-of-Joshua-Garton-and-Exhibits-1-4.pdf

If TBI has any comment, please email or call 503-951-9863. I'm aiming to publish within the hour, but can drop in a statement if it comes in after publication. Thanks,

CJ

## Josh DeVine

| | |
|---|---|
| **From:** | Josh DeVine |
| **Sent:** | Wednesday, March 17, 2021 8:35 AM |
| **To:** | Heather Thorne; Nancy Myers; Susan Niland; Keli McAlister; Leslie Earhart; Jeanne Broadwell (Jeanne.Broadwell@tn.gov) |
| **Cc:** | Joe Craig; Russ Winkler; Joshua J. Melton; Brad Nealon; David Rausch; Jimmy Musice |
| **Subject:** | Garton ORR |

FYI: Heather responded to an open records request related to the Joshua Garton matter.
The attorney who received our responsive records has posted some of the communications online. Just wanted you to be aware.

Thanks,
Josh

Ladies and Gentlemen, I present @TBInvestigation. https://t.co/KsAkIN6ZWy

Original Tweet: https://twitter.com/Scot_Blog/status/1372178381211598848

## Brad Nealon

| | |
|---|---|
| **From:** | Josh DeVine |
| **Sent:** | Wednesday, March 17, 2021 8:35 AM |
| **To:** | Heather Thorne; Nancy Myers; Susan Niland; Keli McAlister; Leslie Earhart; Jeanne Broadwell |
| **Cc:** | Joe Craig; Russ Winkler; Joshua J. Melton; Brad Nealon; David Rausch; Jimmy Musice |
| **Subject:** | Garton ORR |

FYI: Heather responded to an open records request related to the Joshua Garton matter.
The attorney who received our responsive records has posted some of the communications online. Just wanted you to be aware.

Thanks,
Josh

Ladies and Gentlemen, I present @TBInvestigation. https://t.co/KsAkIN6ZWy

Original Tweet: https://twitter.com/Scot_Blog/status/1372178381211598848

## Heather Thorne

| From: | Josh DeVine |
|---|---|
| Sent: | Wednesday, March 17, 2021 8:35 AM |
| To: | Heather Thorne; Nancy Myers; Susan Niland; Keli McAlister; Leslie Earhart; Jeanne Broadwell |
| Cc: | Joe Craig; Russ Winkler; Joshua J. Melton; Brad Nealon; David Rausch; Jimmy Musice |
| Subject: | Garton ORR |

FYI: Heather responded to an open records request related to the Joshua Garton matter.
The attorney who received our responsive records has posted some of the communications online. Just wanted you to be aware.

Thanks,
Josh

Ladies and Gentlemen, I present @TBInvestigation. https://t.co/KsAkIN6ZWy

Original Tweet: https://twitter.com/Scot_Blog/status/1372178381211598848

| From: | Josh DeVine |
| To: | Heather Thorne; Nancy Myers; Susan Niland; Keli McAlister; Leslie Earhart; Jeanne Broadwell |
| Cc: | Joe Craig; Russ Winkler; Joshua J. Melton; Brad Nealon; David Rausch; Jimmy Musice |
| Subject: | Garton ORR |
| Date: | Wednesday, March 17, 2021 8:34:39 AM |

FYI: Heather responded to an open records request related to the Joshua Garton matter. The attorney who received our responsive records has posted some of the communications online. Just wanted you to be aware.

Thanks,
Josh

Ladies and Gentlemen, I present @TBInvestigation. https://t.co/KsAkIN6ZWy

Original Tweet: https://twitter.com/Scot_Blog/status/1372178381211598848

**From:** Susan Niland
**Sent:** Friday, May 14, 2021 9:10 AM
**To:** Heather Thorne
**Subject:** FW: Garton ORR

**From:** Josh DeVine <Josh.DeVine@tn.gov>
**Sent:** Wednesday, March 17, 2021 8:35 AM
**To:** Heather Thorne <Heather.Thorne@tn.gov>; Nancy Myers <Nancy.Myers@tn.gov>; Susan Niland
<Susan.Niland@tn.gov>; Keli McAlister <Keli.McAlister@tn.gov>; Leslie Earhart <Leslie.Earhart@tn.gov>; Jeanne
Broadwell <Jeanne.Broadwell@tn.gov>
**Cc:** Joe Craig <Joe.Craig@tn.gov>; Russ Winkler <Russ.Winkler@tn.gov>; Joshua J. Melton <Joshua.J.Melton@tn.gov>;
Brad Nealon <Brad.Nealon@tn.gov>; David Rausch <David.Rausch@tn.gov>; Jimmy Musice <Jimmy.Musice@tn.gov>
**Subject:** Garton ORR

FYI: Heather responded to an open records request related to the Joshua Garton matter.
The attorney who received our responsive records has posted some of the communications online. Just wanted you to
be aware.

Thanks,
Josh

Ladies and Gentlemen, I present @TBInvestigation. https://t.co/KsAkIN6ZWy

Original Tweet: https://twitter.com/Scot_Blog/status/1372178381211598848

## Keli McAlister

| From: | Josh DeVine |
|---|---|
| Sent: | Wednesday, March 17, 2021 8:35 AM |
| To: | Heather Thorne; Nancy Myers; Susan Niland; Keli McAlister; Leslie Earhart; Jeanne Broadwell |
| Cc: | Joe Craig; Russ Winkler; Joshua J. Melton; Brad Nealon; David Rausch; Jimmy Musice |
| Subject: | Garton ORR |

FYI: Heather responded to an open records request related to the Joshua Garton matter.
The attorney who received our responsive records has posted some of the communications online. Just wanted you to be aware.

Thanks,
Josh

Ladies and Gentlemen, I present @TBInvestigation. https://t.co/KsAkIN6ZWy

Original Tweet: https://twitter.com/Scot_Blog/status/1372178381211598848

1

## Heather Thorne

**From:** Joe Craig
**Sent:** Friday, May 14, 2021 9:58 AM
**To:** Heather Thorne
**Subject:** Fwd: Garton ORR

Sent from my iPhone

Begin forwarded message:

> **From:** Josh DeVine <Josh.DeVine@tn.gov>
> **Date:** March 17, 2021 at 9:34:38 AM EDT
> **Subject: Garton ORR**

> FYI: Heather responded to an open records request related to the Joshua Garton matter.
> The attorney who received our responsive records has posted some of the communications online. Just
> wanted you to be aware.

> Thanks,
> Josh

> Ladies and Gentlemen, I present @TBInvestigation. https://t.co/KsAkIN6ZWy

> Original Tweet: https://twitter.com/Scot_Blog/status/1372178381211598848

**Heather Thorne**

| From: | Josh DeVine |
|---|---|
| Sent: | Wednesday, March 17, 2021 8:35 AM |
| To: | Heather Thorne; Nancy Myers; Susan Niland; Keli McAlister; Leslie Earhart; Jeanne Broadwell |
| Cc: | Joe Craig; Russ Winkler; Joshua J. Melton; Brad Nealon; David Rausch; Jimmy Musice |
| Subject: | Garton ORR |

FYI: Heather responded to an open records request related to the Joshua Garton matter.
The attorney who received our responsive records has posted some of the communications online. Just wanted you to be aware.

Thanks,
Josh

Ladies and Gentlemen, I present @TBInvestigation. https://t.co/KsAkIN6ZWy

Original Tweet: https://twitter.com/Scot_Blog/status/1372178381211598848

## Heather Thorne

**From:** Russ Winkler
**Sent:** Friday, May 14, 2021 10:07 AM
**To:** Heather Thorne
**Subject:** Fwd: Garton ORR

Begin forwarded message:

> **From:** Josh DeVine <Josh.DeVine@tn.gov>
> **Date:** March 17, 2021 at 8:34:38 AM CDT
> **To:** Heather Thorne <Heather.Thorne@tn.gov>, Nancy Myers <Nancy.Myers@tn.gov>, Susan Niland <Susan.Niland@tn.gov>, Keli McAlister <Keli.McAlister@tn.gov>, Leslie Earhart <Leslie.Earhart@tn.gov>, Jeanne Broadwell <Jeanne.Broadwell@tn.gov>
> **Cc:** Joe Craig <Joe.Craig@tn.gov>, Russ Winkler <Russ.Winkler@tn.gov>, "Joshua J. Melton" <Joshua.J.Melton@tn.gov>, Brad Nealon <Brad.Nealon@tn.gov>, David Rausch <David.Rausch@tn.gov>, Jimmy Musice <Jimmy.Musice@tn.gov>
> **Subject: Garton ORR**

FYI: Heather responded to an open records request related to the Joshua Garton matter.
The attorney who received our responsive records has posted some of the communications online. Just wanted you to be aware.

Thanks,
Josh

Ladies and Gentlemen, I present @TBInvestigation. https://t.co/KsAkIN6ZWy

Original Tweet: https://twitter.com/Scot_Blog/status/1372178381211598848

Case 3:21-cv-00338   Document 37-3   Filed 07/26/21   Page 15 of 71 PageID #: 773

## Melany Martin

| | |
|---|---|
| **From:** | Josh DeVine |
| **Sent:** | Wednesday, March 17, 2021 8:35 AM |
| **To:** | Heather Thorne; Nancy Myers; Susan Niland; Keli McAlister; Leslie Earhart; Jeanne Broadwell |
| **Cc:** | Joe Craig; Russ Winkler; Joshua J. Melton; Brad Nealon; David Rausch; Jimmy Musice |
| **Subject:** | Garton ORR |

FYI: Heather responded to an open records request related to the Joshua Garton matter.
The attorney who received our responsive records has posted some of the communications online. Just wanted you to be aware.

Thanks,
Josh

Ladies and Gentlemen, I present @TBInvestigation. https://t.co/KsAkIN6ZWy

Original Tweet: https://twitter.com/Scot_Blog/status/1372178381211598848

1

## Heather Thorne

**From:** Jimmy Musice
**Sent:** Thursday, May 13, 2021 10:01 AM
**To:** Heather Thorne
**Subject:** FW: Garton ORR

**Follow Up Flag:** Follow up
**Flag Status:** Completed

**From:** Josh DeVine <Josh.DeVine@tn.gov>
**Sent:** Wednesday, March 17, 2021 8:35 AM
**To:** Heather Thorne <Heather.Thorne@tn.gov>; Nancy Myers <Nancy.Myers@tn.gov>; Susan Niland
<Susan.Niland@tn.gov>; Keli McAlister <Keli.McAlister@tn.gov>; Leslie Earhart <Leslie.Earhart@tn.gov>; Jeanne
Broadwell <Jeanne.Broadwell@tn.gov>
**Cc:** Joe Craig <Joe.Craig@tn.gov>; Russ Winkler <Russ.Winkler@tn.gov>; Joshua J. Melton <Joshua.J.Melton@tn.gov>;
Brad Nealon <Brad.Nealon@tn.gov>; David Rausch <David.Rausch@tn.gov>; Jimmy Musice <Jimmy.Musice@tn.gov>
**Subject:** Garton ORR

FYI: Heather responded to an open records request related to the Joshua Garton matter.
The attorney who received our responsive records has posted some of the communications online. Just wanted you to
be aware.

Thanks,
Josh

Ladies and Gentlemen, I present @TBInvestigation. https://t.co/KsAkIN6ZWy

Original Tweet: https://twitter.com/Scot_Blog/status/1372178381211598848

## Jeanne Broadwell

| From: | Josh DeVine |
|---|---|
| **Sent:** | Wednesday, March 17, 2021 8:35 AM |
| **To:** | Heather Thorne; Nancy Myers; Susan Niland; Keli McAlister; Leslie Earhart; Jeanne Broadwell |
| **Cc:** | Joe Craig; Russ Winkler; Joshua J. Melton; Brad Nealon; David Rausch; Jimmy Musice |
| **Subject:** | Garton ORR |

FYI: Heather responded to an open records request related to the Joshua Garton matter.
The attorney who received our responsive records has posted some of the communications online. Just wanted you to be aware.

Thanks,
Josh

Ladies and Gentlemen, I present @TBInvestigation. https://t.co/KsAkIN6ZWy

Original Tweet: https://twitter.com/Scot_Blog/status/1372178381211598848

| | |
|---|---|
| **From:** | Josh DeVine |
| **Sent:** | Thursday, April 29, 2021 1:50 PM |
| **To:** | Jeanne Broadwell |
| **Subject:** | RE: [EXTERNAL] Public Records Request #2 Re: Joshua Garton |

Thanks, Jeanne.

**From:** Jeanne Broadwell <Jeanne.Broadwell@tn.gov>
**Sent:** Thursday, April 29, 2021 1:39 PM
**To:** David Rausch <David.Rausch@tn.gov>; Brad Nealon <Brad.Nealon@tn.gov>; Josh DeVine <Josh.DeVine@tn.gov>
**Subject:** FW: [EXTERNAL] Public Records Request #2 Re: Joshua Garton

FYI.

**From:** Heather Thorne <Heather.Thorne@tn.gov>
**Sent:** Thursday, April 29, 2021 1:19 PM
**To:** Nancy Myers <Nancy.Myers@tn.gov>; Jeanne Broadwell <Jeanne.Broadwell@tn.gov>
**Subject:** FW: [EXTERNAL] Public Records Request #2 Re: Joshua Garton

**From:** Daniel A. Horwitz <daniel@horwitz.law>
**Sent:** Thursday, April 29, 2021 1:12 PM
**To:** TBI Public Records <TBI.PublicRecords@tn.gov>; Heather Thorne <Heather.Thorne@tn.gov>
**Cc:** Lindsay Smith <lindsay@horwitz.law>; Brice Timmons <brice@donatilaw.com>; Craig Edgington <craig@donatilaw.com>
**Subject:** [EXTERNAL] Public Records Request #2 Re: Joshua Garton

*** This is an EXTERNAL email. Please exercise caution. DO NOT open attachments or click links from unknown senders or unexpected email - STS-Security. ***

Dear TBI and Ms. Thorne:

This is a public records request for any and all documents in your possession, or in the possession of any employee of the TBI, whether sent or received, concerning or relating in any way to Joshua Garton or the allegations in the attached lawsuit. The time period of this request spans February 3, 2021 through April 29, 2021, inclusive. This request includes all responsive text messages, emails, and private or direct messages sent to or received by any Defendant in the attached case. As a reminder, because I have reason to believe that certain responsive records were unlawfully withheld in response to my previous request on this subject: Responsive records that were received or sent via private devices or through private email accounts in an effort to circumvent disclosure must be disclosed, and they are included within the scope of this request. All records containing the words "Garton" or "Horwitz" are similarly included within this request.

If you claim an exemption regarding any responsive record, please identify the specific basis for the claimed exemption in detail. Please also ensure compliance with a litigation hold notice regarding any and all documents that are or could conceivably be relevant to any of the allegations contained in the attached Complaint.

Ms. Thorne: Please ensure that you specifically preserve unredacted copies of all documents that you previously furnished to me with redactions. A subpoena for your deposition and a subpoena duces tecum will be forthcoming to you regarding those redactions shortly. My driver's license is on file, and I am willing to pay the costs associated with this request.

All the best,

-Daniel Horwitz

--
Daniel A. Horwitz, Esq.
Horwitz Law, PLLC
daniel@horwitz.law
www.Horwitz.Law



| | |
|---|---|
| **From:** | Josh DeVine |
| **To:** | Jeanne Broadwell |
| **Subject:** | RE: [EXTERNAL] Public Records Request #2 Re: Joshua Garton |
| **Date:** | Thursday, April 29, 2021 1:49:00 PM |

Thanks, Jeanne.

**From:** Jeanne Broadwell <Jeanne.Broadwell@tn.gov>
**Sent:** Thursday, April 29, 2021 1:39 PM
**To:** David Rausch <David.Rausch@tn.gov>; Brad Nealon <Brad.Nealon@tn.gov>; Josh DeVine <Josh.DeVine@tn.gov>
**Subject:** FW: [EXTERNAL] Public Records Request #2 Re: Joshua Garton

FYI.

**From:** Heather Thorne <Heather.Thorne@tn.gov>
**Sent:** Thursday, April 29, 2021 1:19 PM
**To:** Nancy Myers <Nancy.Myers@tn.gov>; Jeanne Broadwell <Jeanne.Broadwell@tn.gov>
**Subject:** FW: [EXTERNAL] Public Records Request #2 Re: Joshua Garton

**From:** Daniel A. Horwitz <daniel@horwitz.law>
**Sent:** Thursday, April 29, 2021 1:12 PM
**To:** TBI Public Records <TBI.PublicRecords@tn.gov>; Heather Thorne <Heather.Thorne@tn.gov>
**Cc:** Lindsay Smith <lindsay@horwitz.law>; Brice Timmons <brice@donatilaw.com>; Craig Edgington <craig@donatilaw.com>
**Subject:** [EXTERNAL] Public Records Request #2 Re: Joshua Garton

**\*\*\* This is an EXTERNAL email. Please exercise caution. DO NOT open attachments or click links from unknown senders or unexpected email - STS-Security. \*\*\***

Dear TBI and Ms. Thorne:

This is a public records request for any and all documents in your possession, or in the possession of any employee of the TBI, whether sent or received, concerning or relating in any way to Joshua Garton or the allegations in the attached lawsuit. The time period of this request spans February 3, 2021 through April 29, 2021, inclusive. This request includes all responsive text messages, emails, and private or direct messages sent to or received by any Defendant in the attached case. As a reminder, because I have reason to believe that certain responsive records were unlawfully withheld in response to my previous request on this subject: Responsive records that were received or sent via private devices or through private email accounts in an effort to circumvent disclosure must be disclosed, and they are included within the scope of this request. All records containing the words "Garton" or "Horwitz" are similarly included within this request.

If you claim an exemption regarding any responsive record, please identify the specific basis

for the claimed exemption in detail. Please also ensure compliance with a litigation hold notice regarding any and all documents that are or could conceivably be relevant to any of the allegations contained in the attached Complaint.

Ms. Thorne: Please ensure that you specifically preserve unredacted copies of all documents that you previously furnished to me with redactions. A subpoena for your deposition and a subpoena duces tecum will be forthcoming to you regarding those redactions shortly. My driver's license is on file, and I am willing to pay the costs associated with this request.

All the best,

-Daniel Horwitz

--
Daniel A. Horwitz, Esq.
Horwitz Law, PLLC
daniel@horwitz.law
www.Horwitz.Law



## Melany Martin

**From:** Jeanne Broadwell
**Sent:** Thursday, April 29, 2021 1:39 PM
**To:** David Rausch; Brad Nealon; Josh DeVine
**Subject:** FW: [EXTERNAL] Public Records Request #2 Re: Joshua Garton
**Attachments:** Doc. 1 (Complaint).pdf

FYI.

**From:** Heather Thorne <Heather.Thorne@tn.gov>
**Sent:** Thursday, April 29, 2021 1:19 PM
**To:** Nancy Myers <Nancy.Myers@tn.gov>; Jeanne Broadwell <Jeanne.Broadwell@tn.gov>
**Subject:** FW: [EXTERNAL] Public Records Request #2 Re: Joshua Garton

**From:** Daniel A. Horwitz <daniel@horwitz.law>
**Sent:** Thursday, April 29, 2021 1:12 PM
**To:** TBI Public Records <TBI.PublicRecords@tn.gov>; Heather Thorne <Heather.Thorne@tn.gov>
**Cc:** Lindsay Smith <lindsay@horwitz.law>; Brice Timmons <brice@donatilaw.com>; Craig Edgington <craig@donatilaw.com>
**Subject:** [EXTERNAL] Public Records Request #2 Re: Joshua Garton

\*\*\* This is an EXTERNAL email. Please exercise caution. DO NOT open attachments or click links from unknown senders or unexpected email - STS-Security. \*\*\*

Dear TBI and Ms. Thorne:

This is a public records request for any and all documents in your possession, or in the possession of any employee of the TBI, whether sent or received, concerning or relating in any way to Joshua Garton or the allegations in the attached lawsuit. The time period of this request spans February 3, 2021 through April 29, 2021, inclusive. This request includes all responsive text messages, emails, and private or direct messages sent to or received by any Defendant in the attached case. As a reminder, because I have reason to believe that certain responsive records were unlawfully withheld in response to my previous request on this subject: Responsive records that were received or sent via private devices or through private email accounts in an effort to circumvent disclosure must be disclosed, and they are included within the scope of this request. All records containing the words "Garton" or "Horwitz" are similarly included within this request.

If you claim an exemption regarding any responsive record, please identify the specific basis for the claimed exemption in detail. Please also ensure compliance with a litigation hold notice regarding any and all documents that are or could conceivably be relevant to any of the allegations contained in the attached Complaint.

Ms. Thorne: Please ensure that you specifically preserve unredacted copies of all documents that you previously furnished to me with redactions. A subpoena for your deposition and a subpoena duces tecum will be forthcoming to you regarding those redactions shortly. My driver's license is on file, and I am willing to pay the costs associated with this request.

All the best,

-Daniel Horwitz

1

Daniel A. Horwitz, Esq.
Horwitz Law, PLLC
daniel@horwitz.law
www.Horwitz.Law

# HORWITZ
—— LAW PLLC ——

2

| | |
|---|---|
| **From:** | Jeanne Broadwell |
| **Sent:** | Thursday, April 29, 2021 1:39 PM |
| **To:** | David Rausch; Brad Nealon; Josh DeVine |
| **Subject:** | FW: [EXTERNAL] Public Records Request #2 Re: Joshua Garton |
| **Attachments:** | Doc. 1 (Complaint).pdf |

FYI.

**From:** Heather Thorne <Heather.Thorne@tn.gov>
**Sent:** Thursday, April 29, 2021 1:19 PM
**To:** Nancy Myers <Nancy.Myers@tn.gov>; Jeanne Broadwell <Jeanne.Broadwell@tn.gov>
**Subject:** FW: [EXTERNAL] Public Records Request #2 Re: Joshua Garton

**From:** Daniel A. Horwitz <daniel@horwitz.law>
**Sent:** Thursday, April 29, 2021 1:12 PM
**To:** TBI Public Records <TBI.PublicRecords@tn.gov>; Heather Thorne <Heather.Thorne@tn.gov>
**Cc:** Lindsay Smith <lindsay@horwitz.law>; Brice Timmons <brice@donatilaw.com>; Craig Edgington <craig@donatilaw.com>
**Subject:** [EXTERNAL] Public Records Request #2 Re: Joshua Garton

**\*\*\* This is an EXTERNAL email. Please exercise caution. DO NOT open attachments or click links from unknown senders or unexpected email - STS-Security. \*\*\***

Dear TBI and Ms. Thorne:

This is a public records request for any and all documents in your possession, or in the possession of any employee of the TBI, whether sent or received, concerning or relating in any way to Joshua Garton or the allegations in the attached lawsuit. The time period of this request spans February 3, 2021 through April 29, 2021, inclusive. This request includes all responsive text messages, emails, and private or direct messages sent to or received by any Defendant in the attached case. As a reminder, because I have reason to believe that certain responsive records were unlawfully withheld in response to my previous request on this subject: Responsive records that were received or sent via private devices or through private email accounts in an effort to circumvent disclosure must be disclosed, and they are included within the scope of this request. All records containing the words "Garton" or "Horwitz" are similarly included within this request.

If you claim an exemption regarding any responsive record, please identify the specific basis for the claimed exemption in detail. Please also ensure compliance with a litigation hold notice regarding any and all documents that are or could conceivably be relevant to any of the allegations contained in the attached Complaint.

Ms. Thorne: Please ensure that you specifically preserve unredacted copies of all documents that you previously furnished to me with redactions. A subpoena for your deposition and a subpoena duces tecum will be forthcoming to you regarding those redactions shortly. My driver's license is on file, and I am willing to pay the costs associated with this request.

All the best,

-Daniel Horwitz

--
Daniel A. Horwitz, Esq.
Horwitz Law, PLLC
daniel@horwitz.law
www.Horwitz.Law

# HORWITZ
——— LAW PLLC ———

| From: | TBI Media |
|---|---|
| To: | David Rausch; Brad Nealon; Joshua J. Melton; Jeanne Broadwell; Susan Niland |
| Cc: | Keli McAlister; Leslie Earhart |
| Subject: | Fwd: [EXTERNAL] Request for comment re: Garton lawsuit |
| Date: | Tuesday, April 27, 2021 3:46:08 PM |
| Attachments: | image001.png |

FYI

Sent from my iPhone. Please excuse any typos and brevity. Thanks!

Begin forwarded message:

> **From:** TBI Media <TBI.Media@tn.gov>
> **Date:** April 27, 2021 at 3:44:52 PM CDT
> **To:** "Timms, Mariah" <mtimms@dnj.com>
> **Subject: Re: [EXTERNAL] Request for comment re: Garton lawsuit**

>  Thanks for reaching out, Mariah. It would be inappropriate for us to comment on any pending litigation.

> Regards,
> Josh DeVine

> Sent from my iPhone. Please excuse any typos and brevity. Thanks!

>> On Apr 27, 2021, at 3:35 PM, Timms, Mariah <mtimms@dnj.com> wrote:

>> **\*\*\* This is an EXTERNAL email. Please exercise caution. DO NOT open attachments or click links from unknown senders or unexpected email - STS-Security. \*\*\***

>> Hi all,

>> Hope everyone is well.

>> Reaching out for comment on the lawsuit filed today in Middle Tennessee District Court against several people in law enforcement including:
>> - Director David Rausch,
>> - Deputy Director Bradley Nealon,
>> - Assistant Director (CID) Joshua Melton,
>> - Special Agent in Charge Russell Winkler,
>> - Assistant Special Agent in Charge Joseph Craig and
>> - Special Agent Andrew Vallee.

The lawsuit alleges misconduct in connection with the investigation and charging of Joshua Andrew Garton in January in connection with a social media post referencing Sgt. Daniel Baker.

Can you comment on the allegations?

Thank you,

Mariah

**Mariah Timms**
Justice Reporter
615-259-8344 (o) | 615-318-5915 (m)
mtimms@tennessean.com
Twitter: @MariahTimms

<image001.png>

The Tennessean (Nashville) | Tennessean.com

**Melany Martin**

| | |
|---|---|
| **From:** | TBI Media |
| **Sent:** | Tuesday, April 27, 2021 3:46 PM |
| **To:** | David Rausch; Brad Nealon; Joshua J. Melton; Jeanne Broadwell; Susan Niland |
| **Cc:** | Keli McAlister; Leslie Earhart |
| **Subject:** | Fwd: [EXTERNAL] Request for comment re: Garton lawsuit |

FYI

Sent from my iPhone. Please excuse any typos and brevity. Thanks!

Begin forwarded message:

> **From:** TBI Media <TBI.Media@tn.gov>
> **Date:** April 27, 2021 at 3:44:52 PM CDT
> **To:** "Timms, Mariah" <mtimms@dnj.com>
> **Subject: Re: [EXTERNAL] Request for comment re: Garton lawsuit**
>
> Thanks for reaching out, Mariah. It would be inappropriate for us to comment on any pending litigation.
>
> Regards,
> Josh DeVine
>
> Sent from my iPhone. Please excuse any typos and brevity. Thanks!
>
>
> > On Apr 27, 2021, at 3:35 PM, Timms, Mariah <mtimms@dnj.com> wrote:
> >
> > *** This is an EXTERNAL email. Please exercise caution. DO NOT open attachments or click links from unknown senders or unexpected email - STS-Security. ***
> >
> > Hi all,
> >
> > Hope everyone is well.
> >
> > Reaching out for comment on the lawsuit filed today in Middle Tennessee District Court against several people in law enforcement including:
> > • Director David Rausch,
> > • Deputy Director Bradley Nealon,
> > • Assistant Director (CID) Joshua Melton,
> > • Special Agent in Charge Russell Winkler,
> > • Assistant Special Agent in Charge Joseph Craig and
> > • Special Agent Andrew Vallee.
> > The lawsuit alleges misconduct in connection with the investigation and charging of Joshua Andrew Garton in January in connection with a social media post referencing Sgt. Daniel Baker.
> >
> > Can you comment on the allegations?

1

Thank you,

Mariah

**Mariah Timms**
Justice Reporter
615-259-8344 (o) | 615-318-5915 (m)
mtimms@tennessean.com
Twitter: @MariahTimms

<image001.png>
The Tennessean (Nashville) | Tennessean.com

## Brad Nealon

| | |
|---|---|
| **From:** | TBI Media |
| **Sent:** | Tuesday, April 27, 2021 3:46 PM |
| **To:** | David Rausch; Brad Nealon; Joshua J. Melton; Jeanne Broadwell; Susan Niland |
| **Cc:** | Keli McAlister; Leslie Earhart |
| **Subject:** | Fwd: [EXTERNAL] Request for comment re: Garton lawsuit |

FYI

Sent from my iPhone. Please excuse any typos and brevity. Thanks!

Begin forwarded message:

> **From:** TBI Media <TBI.Media@tn.gov>
> **Date:** April 27, 2021 at 3:44:52 PM CDT
> **To:** "Timms, Mariah" <mtimms@dnj.com>
> **Subject: Re: [EXTERNAL] Request for comment re: Garton lawsuit**
>
> Thanks for reaching out, Mariah. It would be inappropriate for us to comment on any pending litigation.
>
> Regards,
> Josh DeVine
>
> Sent from my iPhone. Please excuse any typos and brevity. Thanks!
>
>
> > On Apr 27, 2021, at 3:35 PM, Timms, Mariah <mtimms@dnj.com> wrote:
> >
> > **\*\*\* This is an EXTERNAL email. Please exercise caution. DO NOT open attachments or click links from unknown senders or unexpected email - STS-Security. \*\*\***
> >
> > Hi all,
> >
> > Hope everyone is well.
> >
> > Reaching out for comment on the lawsuit filed today in Middle Tennessee District Court against several people in law enforcement including:
> > - Director David Rausch,
> > - Deputy Director Bradley Nealon,
> > - Assistant Director (CID) Joshua Melton,
> > - Special Agent in Charge Russell Winkler,
> > - Assistant Special Agent in Charge Joseph Craig and
> > - Special Agent Andrew Vallee.
> >
> > The lawsuit alleges misconduct in connection with the investigation and charging of Joshua Andrew Garton in January in connection with a social media post referencing Sgt. Daniel Baker.
> >
> > Can you comment on the allegations?

1

Thank you,

Mariah

**Mariah Timms**
Justice Reporter
615-259-8344 (o) | 615-318-5915 (m)
mtimms@tennessean.com
Twitter: @MariahTimms

<image001.png>
The Tennessean (Nashville) | Tennessean.com

| From: | TBI Media |
|---|---|
| Sent: | Tuesday, April 27, 2021 3:46 PM |
| To: | David Rausch; Brad Nealon; Joshua J. Melton; Jeanne Broadwell; Susan Niland |
| Cc: | Keli McAlister; Leslie Earhart |
| Subject: | Fwd: [EXTERNAL] Request for comment re: Garton lawsuit |

FYI

Sent from my iPhone. Please excuse any typos and brevity. Thanks!

Begin forwarded message:

> **From:** TBI Media <TBI.Media@tn.gov>
> **Date:** April 27, 2021 at 3:44:52 PM CDT
> **To:** "Timms, Mariah" <mtimms@dnj.com>
> **Subject: Re: [EXTERNAL] Request for comment re: Garton lawsuit**
>
> Thanks for reaching out, Mariah. It would be inappropriate for us to comment on any pending litigation.
>
> Regards,
> Josh DeVine
>
> Sent from my iPhone. Please excuse any typos and brevity. Thanks!
>
>
> > On Apr 27, 2021, at 3:35 PM, Timms, Mariah <mtimms@dnj.com> wrote:
> >
> > *** This is an EXTERNAL email. Please exercise caution. DO NOT open
> > attachments or click links from unknown senders or unexpected email - STS-
> > Security. ***
> >
> > Hi all,
> >
> > Hope everyone is well.
> >
> > Reaching out for comment on the lawsuit filed today in Middle Tennessee District Court
> > against several people in law enforcement including:
> >   • Director David Rausch,
> >   • Deputy Director Bradley Nealon,
> >   • Assistant Director (CID) Joshua Melton,
> >   • Special Agent in Charge Russell Winkler,
> >   • Assistant Special Agent in Charge Joseph Craig and
> >   • Special Agent Andrew Vallee.
> > The lawsuit alleges misconduct in connection with the investigation and charging of
> > Joshua Andrew Garton in January in connection with a social media post referencing Sgt.
> > Daniel Baker.
> >
> > Can you comment on the allegations?

1

Thank you,

Mariah

**Mariah Timms**
Justice Reporter
615-259-8344 (o) | 615-318-5915 (m)
mtimms@tennessean.com
Twitter: @MariahTimms

<image001.png>
The Tennessean (Nashville) | Tennessean.com

## Jeanne Broadwell

| | |
|---|---|
| **From:** | TBI Media |
| **Sent:** | Tuesday, April 27, 2021 3:46 PM |
| **To:** | David Rausch; Brad Nealon; Joshua J. Melton; Jeanne Broadwell; Susan Niland |
| **Cc:** | Keli McAlister; Leslie Earhart |
| **Subject:** | Fwd: [EXTERNAL] Request for comment re: Garton lawsuit |

FYI

Sent from my iPhone. Please excuse any typos and brevity. Thanks!

Begin forwarded message:

> **From:** TBI Media <TBI.Media@tn.gov>
> **Date:** April 27, 2021 at 3:44:52 PM CDT
> **To:** "Timms, Mariah" <mtimms@dnj.com>
> **Subject: Re: [EXTERNAL] Request for comment re: Garton lawsuit**
>
> Thanks for reaching out, Mariah. It would be inappropriate for us to comment on any pending litigation.
>
> Regards,
> Josh DeVine
>
> Sent from my iPhone. Please excuse any typos and brevity. Thanks!
>
> > On Apr 27, 2021, at 3:35 PM, Timms, Mariah <mtimms@dnj.com> wrote:
> >
> > *** This is an EXTERNAL email. Please exercise caution. DO NOT open
> > attachments or click links from unknown senders or unexpected email - STS-
> > Security. ***
> >
> > Hi all,
> >
> > Hope everyone is well.
> >
> > Reaching out for comment on the lawsuit filed today in Middle Tennessee District Court
> > against several people in law enforcement including:
> > - Director David Rausch,
> > - Deputy Director Bradley Nealon,
> > - Assistant Director (CID) Joshua Melton,
> > - Special Agent in Charge Russell Winkler,
> > - Assistant Special Agent in Charge Joseph Craig and
> > - Special Agent Andrew Vallee.
> >
> > The lawsuit alleges misconduct in connection with the investigation and charging of
> > Joshua Andrew Garton in January in connection with a social media post referencing Sgt.
> > Daniel Baker.
> >
> > Can you comment on the allegations?

Thank you,

Mariah

**Mariah Timms**
Justice Reporter
615-259-8344 (o) | 615-318-5915 (m)
mtimms@tennessean.com
Twitter: @MariahTimms

<image001.png>
The Tennessean (Nashville) | Tennessean.com

**From:** Susan Niland
**Sent:** Friday, May 14, 2021 9:45 AM
**To:** Heather Thorne
**Subject:** FW: [EXTERNAL] Request for comment re: Garton lawsuit

**From:** TBI Media <TBI.Media@tn.gov>
**Sent:** Tuesday, April 27, 2021 3:46 PM
**To:** David Rausch <David.Rausch@tn.gov>; Brad Nealon <Brad.Nealon@tn.gov>; Joshua J. Melton
<Joshua.J.Melton@tn.gov>; Jeanne Broadwell <Jeanne.Broadwell@tn.gov>; Susan Niland <Susan.Niland@tn.gov>
**Cc:** Keli McAlister <Keli.McAlister@tn.gov>; Leslie Earhart <Leslie.Earhart@tn.gov>
**Subject:** Fwd: [EXTERNAL] Request for comment re: Garton lawsuit

FYI

Sent from my iPhone. Please excuse any typos and brevity. Thanks!

Begin forwarded message:

> **From:** TBI Media <TBI.Media@tn.gov>
> **Date:** April 27, 2021 at 3:44:52 PM CDT
> **To:** "Timms, Mariah" <mtimms@dnj.com>
> **Subject: Re: [EXTERNAL] Request for comment re: Garton lawsuit**
>
> Thanks for reaching out, Mariah. It would be inappropriate for us to comment on any pending litigation.
>
> Regards,
> Josh DeVine
>
> Sent from my iPhone. Please excuse any typos and brevity. Thanks!
>
>> On Apr 27, 2021, at 3:35 PM, Timms, Mariah <mtimms@dnj.com> wrote:
>>
>> **\*\*\* This is an EXTERNAL email. Please exercise caution. DO NOT open
>> attachments or click links from unknown senders or unexpected email - STS-
>> Security. \*\*\***
>>
>> Hi all,
>>
>> Hope everyone is well.
>>
>> Reaching out for comment on the lawsuit filed today in Middle Tennessee District Court
>> against several people in law enforcement including:
>> • Director David Rausch,
>> • Deputy Director Bradley Nealon,
>> • Assistant Director (CID) Joshua Melton,

- Special Agent in Charge Russell Winkler,
- Assistant Special Agent in Charge Joseph Craig and
- Special Agent Andrew Vallee.

The lawsuit alleges misconduct in connection with the investigation and charging of Joshua Andrew Garton in January in connection with a social media post referencing Sgt. Daniel Baker.

Can you comment on the allegations?

Thank you,

Mariah

**Mariah Timms**
Justice Reporter
615-259-8344 (o) | 615-318-5915 (m)
mtimms@tennessean.com
Twitter: @MariahTimms

<image001.png>
The Tennessean (Nashville) | Tennessean.com

## Keli McAlister

| | |
|---|---|
| **From:** | TBI Media |
| **Sent:** | Tuesday, April 27, 2021 3:46 PM |
| **To:** | David Rausch; Brad Nealon; Joshua J. Melton; Jeanne Broadwell; Susan Niland |
| **Cc:** | Keli McAlister; Leslie Earhart |
| **Subject:** | Fwd: [EXTERNAL] Request for comment re: Garton lawsuit |

FYI

Sent from my iPhone. Please excuse any typos and brevity. Thanks!

Begin forwarded message:

> **From:** TBI Media <TBI.Media@tn.gov>
> **Date:** April 27, 2021 at 3:44:52 PM CDT
> **To:** "Timms, Mariah" <mtimms@dnj.com>
> **Subject: Re: [EXTERNAL] Request for comment re: Garton lawsuit**
>
> Thanks for reaching out, Mariah. It would be inappropriate for us to comment on any pending litigation.
>
> Regards,
> Josh DeVine
>
> Sent from my iPhone. Please excuse any typos and brevity. Thanks!
>
>> On Apr 27, 2021, at 3:35 PM, Timms, Mariah <mtimms@dnj.com> wrote:
>>
>> \*\*\* **This is an EXTERNAL email. Please exercise caution. DO NOT open attachments or click links from unknown senders or unexpected email - STS-Security.** \*\*\*
>>
>> Hi all,
>>
>> Hope everyone is well.
>>
>> Reaching out for comment on the lawsuit filed today in Middle Tennessee District Court against several people in law enforcement including:
>> - Director David Rausch,
>> - Deputy Director Bradley Nealon,
>> - Assistant Director (CID) Joshua Melton,
>> - Special Agent in Charge Russell Winkler,
>> - Assistant Special Agent in Charge Joseph Craig and
>> - Special Agent Andrew Vallee.
>>
>> The lawsuit alleges misconduct in connection with the investigation and charging of Joshua Andrew Garton in January in connection with a social media post referencing Sgt. Daniel Baker.
>>
>> Can you comment on the allegations?

1

Thank you,

Mariah

**Mariah Timms**
Justice Reporter
615-259-8344 (o) | 615-318-5915 (m)
mtimms@tennessean.com
Twitter: @MariahTimms

<image001.png>
The Tennessean (Nashville) | Tennessean.com

## Heather Thorne

**From:** Leslie Earhart
**Sent:** Monday, May 17, 2021 1:07 PM
**To:** Heather Thorne
**Subject:** FW: [EXTERNAL] Request for comment re: Garton lawsuit

**Follow Up Flag:** Follow up
**Flag Status:** Completed

**From:** TBI Media <TBI.Media@tn.gov>
**Sent:** Tuesday, April 27, 2021 4:46 PM
**To:** David Rausch <David.Rausch@tn.gov>; Brad Nealon <Brad.Nealon@tn.gov>; Joshua J. Melton
<Joshua.J.Melton@tn.gov>; Jeanne Broadwell <Jeanne.Broadwell@tn.gov>; Susan Niland <Susan.Niland@tn.gov>
**Cc:** Keli McAlister <Keli.McAlister@tn.gov>; Leslie Earhart <Leslie.Earhart@tn.gov>
**Subject:** Fwd: [EXTERNAL] Request for comment re: Garton lawsuit

FYI

Sent from my iPhone. Please excuse any typos and brevity. Thanks!

Begin forwarded message:

> **From:** TBI Media <TBI.Media@tn.gov>
> **Date:** April 27, 2021 at 3:44:52 PM CDT
> **To:** "Timms, Mariah" <mtimms@dnj.com>
> **Subject: Re: [EXTERNAL] Request for comment re: Garton lawsuit**

> Thanks for reaching out, Mariah. It would be inappropriate for us to comment on any pending litigation.

> Regards,
> Josh DeVine

> Sent from my iPhone. Please excuse any typos and brevity. Thanks!

>> On Apr 27, 2021, at 3:35 PM, Timms, Mariah <mtimms@dnj.com> wrote:

>> **\*\*\* This is an EXTERNAL email. Please exercise caution. DO NOT open
>> attachments or click links from unknown senders or unexpected email - STS-
>> Security. \*\*\***

>> Hi all,

>> Hope everyone is well.

>> Reaching out for comment on the lawsuit filed today in Middle Tennessee District Court
>> against several people in law enforcement including:

- Director David Rausch,
- Deputy Director Bradley Nealon,
- Assistant Director (CID) Joshua Melton,
- Special Agent in Charge Russell Winkler,
- Assistant Special Agent in Charge Joseph Craig and
- Special Agent Andrew Vallee.

The lawsuit alleges misconduct in connection with the investigation and charging of Joshua Andrew Garton in January in connection with a social media post referencing Sgt. Daniel Baker.

Can you comment on the allegations?

Thank you,

Mariah

**Mariah Timms**
Justice Reporter
615-259-8344 (o) | 615-318-5915 (m)
mtimms@tennessean.com
Twitter: @MariahTimms

<image001.png>
The Tennessean (Nashville) | Tennessean.com

| | |
|---|---|
| **From:** | Josh DeVine |
| **To:** | David Rausch; Brad Nealon; Joshua J. Melton; Russ Winkler; Joe Craig; Andrew Vallee |
| **Cc:** | Jeanne Broadwell (Jeanne.Broadwell@tn.gov); Susan Niland |
| **Subject:** | FYI |
| **Date:** | Tuesday, April 27, 2021 12:54:00 PM |
| **Attachments:** | image001.png |

Wanted to make you aware of this...

https://horwitz.law/wp-content/uploads/Complaint-of-Joshua-Garton-and-Exhibits-1-4.pdf



**Josh DeVine** | Communications Director
Tennessee Bureau of Investigation
901 R.S. Gass Boulevard
Nashville, TN 37216
**OFFICE:** (615) 744-4295

FYI

**From:** Josh DeVine
**Sent:** Tuesday, April 27, 2021 12:55 PM
**To:** David Rausch <David.Rausch@tn.gov>; Brad Nealon <Brad.Nealon@tn.gov>; Joshua J. Melton
<Joshua.J.Melton@tn.gov>; Russ Winkler <Russ.Winkler@tn.gov>; Joe Craig <Joe.Craig@tn.gov>;
Andrew Vallee <Andrew.Vallee@tn.gov>
**Cc:** Jeanne Broadwell (Jeanne.Broadwell@tn.gov) <Jeanne.Broadwell@tn.gov>; Susan Niland
<Susan.Niland@tn.gov>
**Subject:** FYI

Wanted to make you aware of this...
https://horwitz.law/wp-content/uploads/Complaint-of-Joshua-Garton-and-Exhibits-1-4.pdf



**Josh DeVine** | Communications Director
Tennessee Bureau of Investigation
901 R.S. Gass Boulevard
Nashville, TN 37216
**OFFICE:** (615) 744-4295

**Melany Martin**

| | |
|---|---|
| **From:** | Josh DeVine |
| **Sent:** | Tuesday, April 27, 2021 12:55 PM |
| **To:** | David Rausch; Brad Nealon; Joshua J. Melton; Russ Winkler; Joe Craig; Andrew Vallee |
| **Cc:** | Jeanne Broadwell; Susan Niland |
| **Subject:** | FYI |

Wanted to make you aware of this...
https://horwitz.law/wp-content/uploads/Complaint-of-Joshua-Garton-and-Exhibits-1-4.pdf



**Josh DeVine** | Communications Director
Tennessee Bureau of Investigation
901 R.S. Gass Boulevard
Nashville, TN 37216
**OFFICE:** (615) 744-4295

1

**From:** Brad Nealon
**Sent:** Monday, May 3, 2021 7:45 AM
**To:** Heather Thorne
**Subject:** FW: FYI

**Follow Up Flag:** Follow up
**Flag Status:** Completed

**From:** Josh DeVine <Josh.DeVine@tn.gov>
**Sent:** Tuesday, April 27, 2021 12:55 PM
**To:** David Rausch <David.Rausch@tn.gov>; Brad Nealon <Brad.Nealon@tn.gov>; Joshua J. Melton
<Joshua.J.Melton@tn.gov>; Russ Winkler <Russ.Winkler@tn.gov>; Joe Craig <Joe.Craig@tn.gov>; Andrew Vallee
<Andrew.Vallee@tn.gov>
**Cc:** Jeanne Broadwell <Jeanne.Broadwell@tn.gov>; Susan Niland <Susan.Niland@tn.gov>
**Subject:** FYI

Wanted to make you aware of this...
https://horwitz.law/wp-content/uploads/Complaint-of-Joshua-Garton-and-Exhibits-1-4.pdf



**Josh DeVine** | Communications Director
Tennessee Bureau of Investigation
901 R.S. Gass Boulevard
Nashville, TN 37216
**OFFICE:** (615) 744-4295

## Heather Thorne

| | |
|---|---|
| **From:** | Josh DeVine |
| **Sent:** | Tuesday, April 27, 2021 12:55 PM |
| **To:** | David Rausch; Brad Nealon; Joshua J. Melton; Russ Winkler; Joe Craig; Andrew Vallee |
| **Cc:** | Jeanne Broadwell; Susan Niland |
| **Subject:** | FYI |

Wanted to make you aware of this...
https://horwitz.law/wp-content/uploads/Complaint-of-Joshua-Garton-and-Exhibits-1-4.pdf



**Josh DeVine** | Communications Director
Tennessee Bureau of Investigation
901 R.S. Gass Boulevard
Nashville, TN 37216
**OFFICE:** (615) 744-4295

## Heather Thorne

| | |
|---|---|
| **From:** | Russ Winkler |
| **Sent:** | Friday, May 14, 2021 10:08 AM |
| **To:** | Heather Thorne |
| **Subject:** | Fwd: FYI |

Begin forwarded message:

> **From:** Josh DeVine <Josh.DeVine@tn.gov>
> **Date:** April 27, 2021 at 12:54:45 PM CDT
> **To:** David Rausch <David.Rausch@tn.gov>, Brad Nealon <Brad.Nealon@tn.gov>, "Joshua J. Melton"
> <Joshua.J.Melton@tn.gov>, Russ Winkler <Russ.Winkler@tn.gov>, Joe Craig <Joe.Craig@tn.gov>,
> Andrew Vallee <Andrew.Vallee@tn.gov>
> **Cc:** Jeanne Broadwell <Jeanne.Broadwell@tn.gov>, Susan Niland <Susan.Niland@tn.gov>
> **Subject:** FYI

Wanted to make you aware of this...
https://horwitz.law/wp-content/uploads/Complaint-of-Joshua-Garton-and-Exhibits-1-4.pdf



**Josh DeVine** | Communications Director
Tennessee Bureau of Investigation
901 R.S. Gass Boulevard
Nashville, TN 37216
**OFFICE:** (615) 744-4295

Case 3:21-cv-00338   Document 37-3   Filed 07/26/21   Page 48 of 71 PageID #: 806

## Heather Thorne

**From:**        Joe Craig
**Sent:**        Friday, May 14, 2021 9:59 AM
**To:**          Heather Thorne
**Subject:**     Fwd: FYI

Sent from my iPhone

Begin forwarded message:

> **From:** Joe Craig <Joe.Craig@tn.gov>
> **Date:** April 27, 2021 at 3:45:16 PM EDT
> **To:** wrcrouch@tndagc.org
> **Subject: Fwd: FYI**

Sent from my iPhone

Begin forwarded message:

> **From:** Josh DeVine <Josh.DeVine@tn.gov>
> **Date:** April 27, 2021 at 12:54:45 PM CDT
> **To:** David Rausch <David.Rausch@tn.gov>, Brad Nealon <Brad.Nealon@tn.gov>, "Joshua
> J. Melton" <Joshua.J.Melton@tn.gov>, Russ Winkler <Russ.Winkler@tn.gov>, Joe Craig
> <Joe.Craig@tn.gov>, Andrew Vallee <Andrew.Vallee@tn.gov>
> **Cc:** Jeanne Broadwell <Jeanne.Broadwell@tn.gov>, Susan Niland
> <Susan.Niland@tn.gov>
> **Subject: FYI**

Wanted to make you aware of this...
https://horwitz.law/wp-content/uploads/Complaint-of-Joshua-Garton-and-Exhibits-1-
4.pdf



**Josh DeVine** | Communications Director
Tennessee Bureau of Investigation
901 R.S. Gass Boulevard
Nashville, TN 37216
**OFFICE:** (615) 744-4295

Case 3:21-cv-00338   Document 37-3   Filed 07/26/21   Page 49 of 71 PageID #: 807

| | |
|---|---|
| **From:** | Josh DeVine |
| **Sent:** | Tuesday, April 27, 2021 12:55 PM |
| **To:** | David Rausch; Brad Nealon; Joshua J. Melton; Russ Winkler; Joe Craig; Andrew Vallee |
| **Cc:** | Jeanne Broadwell; Susan Niland |
| **Subject:** | FYI |

Wanted to make you aware of this...
https://horwitz.law/wp-content/uploads/Complaint-of-Joshua-Garton-and-Exhibits-1-4.pdf



**Josh DeVine** | Communications Director
Tennessee Bureau of Investigation
901 R.S. Gass Boulevard
Nashville, TN 37216
**OFFICE:** (615) 744-4295

## Jeanne Broadwell

**From:** Josh DeVine
**Sent:** Tuesday, April 27, 2021 12:55 PM
**To:** David Rausch; Brad Nealon; Joshua J. Melton; Russ Winkler; Joe Craig; Andrew Vallee
**Cc:** Jeanne Broadwell; Susan Niland
**Subject:** FYI

Wanted to make you aware of this...
https://horwitz.law/wp-content/uploads/Complaint-of-Joshua-Garton-and-Exhibits-1-4.pdf



**Josh DeVine** | Communications Director
Tennessee Bureau of Investigation
901 R.S. Gass Boulevard
Nashville, TN 37216
**OFFICE:** (615) 744-4295

## Jeanne Broadwell

**From:** Jeanne Broadwell
**Sent:** Thursday, April 29, 2021 3:08 PM
**To:** Rachel Russell
**Subject:** link

https://horwitz.law/wp-content/uploads/Complaint-of-Joshua-Garton-and-Exhibits-1-4.pdf

**Rachel Russell**

| | |
|---|---|
| **From:** | Jeanne Broadwell |
| **Sent:** | Thursday, April 29, 2021 3:08 PM |
| **To:** | Rachel Russell |
| **Subject:** | link |

https://horwitz.law/wp-content/uploads/Complaint-of-Joshua-Garton-and-Exhibits-1-4.pdf

## Heather Thorne

**From:** Josh DeVine <Josh.DeVine@tn.gov>
**Sent:** Tuesday, April 27, 2021 12:55 PM
**To:** David Rausch <David.Rausch@tn.gov>; Brad Nealon <Brad.Nealon@tn.gov>; Joshua J. Melton
<Joshua.J.Melton@tn.gov>; Russ Winkler <Russ.Winkler@tn.gov>; Joe Craig <Joe.Craig@tn.gov>; Andrew Vallee
<Andrew.Vallee@tn.gov>
**Cc:** Jeanne Broadwell <Jeanne.Broadwell@tn.gov>; Susan Niland <Susan.Niland@tn.gov>
**Subject:** FYI

Wanted to make you aware of this...
https://horwitz.law/wp-content/uploads/Complaint-of-Joshua-Garton-and-Exhibits-1-4.pdf



**Josh DeVine** | Communications Director
Tennessee Bureau of Investigation
901 R.S. Gass Boulevard
Nashville, TN 37216
**OFFICE:** (615) 744-4295

## Heather Thorne

**From:** Heather Thorne
**Sent:** Tuesday, April 27, 2021 12:58 PM
**To:** Nancy Myers
**Subject:** FW: FYI

**From:** Josh DeVine <Josh.DeVine@tn.gov>
**Sent:** Tuesday, April 27, 2021 12:56 PM
**To:** Heather Thorne <Heather.Thorne@tn.gov>
**Subject:** FW: FYI

FYI

**From:** Josh DeVine
**Sent:** Tuesday, April 27, 2021 12:55 PM
**To:** David Rausch <David.Rausch@tn.gov>; Brad Nealon <Brad.Nealon@tn.gov>; Joshua J. Melton
<Joshua.J.Melton@tn.gov>; Russ Winkler <Russ.Winkler@tn.gov>; Joe Craig <Joe.Craig@tn.gov>; Andrew Vallee
<Andrew.Vallee@tn.gov>
**Cc:** Jeanne Broadwell (Jeanne.Broadwell@tn.gov) <Jeanne.Broadwell@tn.gov>; Susan Niland <Susan.Niland@tn.gov>
**Subject:** FYI

Wanted to make you aware of this...
https://horwitz.law/wp-content/uploads/Complaint-of-Joshua-Garton-and-Exhibits-1-4.pdf



**Josh DeVine** | Communications Director
Tennessee Bureau of Investigation
901 R.S. Gass Boulevard
Nashville, TN 37216
**OFFICE:** (615) 744-4295

1

## Heather Thorne

**From:** Jimmy Musice
**Sent:** Thursday, May 13, 2021 10:01 AM
**To:** Heather Thorne
**Subject:** FW: FYI

**Follow Up Flag:** Follow up
**Flag Status:** Completed

**From:** Josh DeVine <Josh.DeVine@tn.gov>
**Sent:** Tuesday, April 27, 2021 1:18 PM
**To:** Jimmy Musice <Jimmy.Musice@tn.gov>
**Subject:** Fwd: FYI

FYI

Sent from my iPhone. Please excuse any typos and brevity. Thanks!

Begin forwarded message:

**From:** Josh DeVine <Josh.DeVine@tn.gov>
**Date:** April 27, 2021 at 12:54:00 PM CDT
**To:** David Rausch <David.Rausch@tn.gov>, Brad Nealon <Brad.Nealon@tn.gov>, "Joshua J. Melton"
<Joshua.J.Melton@tn.gov>, Russ Winkler <Russ.Winkler@tn.gov>, Joe Craig <Joe.Craig@tn.gov>,
Andrew Vallee <Andrew.Vallee@tn.gov>
**Cc:** "Jeanne Broadwell (Jeanne.Broadwell@tn.gov)" <Jeanne.Broadwell@tn.gov>, Susan Niland
<Susan.Niland@tn.gov>
**Subject: FYI**

Wanted to make you aware of this...
https://horwitz.law/wp-content/uploads/Complaint-of-Joshua-Garton-and-Exhibits-1-4.pdf



**Josh DeVine** | Communications Director
Tennessee Bureau of Investigation
901 R.S. Gass Boulevard
Nashville, TN 37216
**OFFICE:** (615) 744-4295

| | |
|---|---|
| **From:** | Josh DeVine |
| **To:** | Jimmy Musice |
| **Subject:** | Fwd: FYI |
| **Date:** | Tuesday, April 27, 2021 1:18:04 PM |
| **Attachments:** | image001.png |

FYI

Sent from my iPhone. Please excuse any typos and brevity. Thanks!

Begin forwarded message:

> **From:** Josh DeVine <Josh.DeVine@tn.gov>
> **Date:** April 27, 2021 at 12:54:00 PM CDT
> **To:** David Rausch <David.Rausch@tn.gov>, Brad Nealon
> <Brad.Nealon@tn.gov>, "Joshua J. Melton" <Joshua.J.Melton@tn.gov>, Russ
> Winkler <Russ.Winkler@tn.gov>, Joe Craig <Joe.Craig@tn.gov>, Andrew
> Vallee <Andrew.Vallee@tn.gov>
> **Cc:** "Jeanne Broadwell (Jeanne.Broadwell@tn.gov)"
> <Jeanne.Broadwell@tn.gov>, Susan Niland <Susan.Niland@tn.gov>
> **Subject: FYI**

Wanted to make you aware of this...
https://horwitz.law/wp-content/uploads/Complaint-of-Joshua-Garton-and-Exhibits-1-
4.pdf



**Josh DeVine** | Communications Director
Tennessee Bureau of Investigation
901 R.S. Gass Boulevard
Nashville, TN 37216
**OFFICE:** (615) 744-4295

| From: | Josh DeVine |
|---|---|
| To: | David Rausch; Brad Nealon; Joshua J. Melton |
| Cc: | Susan Niland; Jeanne Broadwell (Jeanne.Broadwell@tn.gov); Jimmy Musice |
| Subject: | FYI |
| Date: | Wednesday, April 28, 2021 10:51:00 AM |
| Attachments: | image001.png |

Just as a heads-up, Channel 5 just called to inquire about the Garton matter. I offered no comment on the suit, and referenced the reporter to our previous statements on social media about the case and general details about our role as an independent fact-finder working at the request of the District Attorney General. I'd expect the piece to air tonight.

Thanks,
Josh



**Josh DeVine** | Communications Director
Tennessee Bureau of Investigation
901 R.S. Gass Boulevard
Nashville, TN 37216
**OFFICE:** (615) 744-4295

**Melany Martin**

| | |
|---|---|
| **From:** | Josh DeVine |
| **Sent:** | Wednesday, April 28, 2021 10:52 AM |
| **To:** | David Rausch; Brad Nealon; Joshua J. Melton |
| **Cc:** | Susan Niland; Jeanne Broadwell; Jimmy Musice |
| **Subject:** | FYI |

Just as a heads-up, Channel 5 just called to inquire about the Garton matter. I offered no comment on the suit, and referenced the reporter to our previous statements on social media about the case and general details about our role as an independent fact-finder working at the request of the District Attorney General. I'd expect the piece to air tonight.

Thanks,
Josh



**Josh DeVine** | Communications Director
Tennessee Bureau of Investigation
901 R.S. Gass Boulevard
Nashville, TN 37216
**OFFICE:** (615) 744-4295

1

## Heather Thorne

**From:** Brad Nealon
**Sent:** Monday, May 3, 2021 7:45 AM
**To:** Heather Thorne
**Subject:** FW: FYI

**Follow Up Flag:** Follow up
**Flag Status:** Completed

**From:** Josh DeVine <Josh.DeVine@tn.gov>
**Sent:** Wednesday, April 28, 2021 10:52 AM
**To:** David Rausch <David.Rausch@tn.gov>; Brad Nealon <Brad.Nealon@tn.gov>; Joshua J. Melton
<Joshua.J.Melton@tn.gov>
**Cc:** Susan Niland <Susan.Niland@tn.gov>; Jeanne Broadwell <Jeanne.Broadwell@tn.gov>; Jimmy Musice
<Jimmy.Musice@tn.gov>
**Subject:** FYI

Just as a heads-up, Channel 5 just called to inquire about the Garton matter. I offered no comment on the suit, and referenced the reporter to our previous statements on social media about the case and general details about our role as an independent fact-finder working at the request of the District Attorney General. I'd expect the piece to air tonight.

Thanks,
Josh



**Josh DeVine** | Communications Director
Tennessee Bureau of Investigation
901 R.S. Gass Boulevard
Nashville, TN 37216
**OFFICE:** (615) 744-4295

Case 3:21-cv-00338   Document 37-3   Filed 07/26/21   Page 60 of 71 PageID #: 818

| From: | Josh DeVine |
| --- | --- |
| Sent: | Wednesday, April 28, 2021 10:52 AM |
| To: | David Rausch; Brad Nealon; Joshua J. Melton |
| Cc: | Susan Niland; Jeanne Broadwell; Jimmy Musice |
| Subject: | FYI |

Just as a heads-up, Channel 5 just called to inquire about the Garton matter. I offered no comment on the suit, and referenced the reporter to our previous statements on social media about the case and general details about our role as an independent fact-finder working at the request of the District Attorney General. I'd expect the piece to air tonight.

Thanks,
Josh



**Josh DeVine** | Communications Director
Tennessee Bureau of Investigation
901 R.S. Gass Boulevard
Nashville, TN 37216
**OFFICE:** (615) 744-4295

**Heather Thorne**

| | |
|---|---|
| **From:** | Susan Niland |
| **Sent:** | Friday, May 14, 2021 9:49 AM |
| **To:** | Heather Thorne |
| **Subject:** | FW: FYI |

**From:** Josh DeVine <Josh.DeVine@tn.gov>
**Sent:** Wednesday, April 28, 2021 10:52 AM
**To:** David Rausch <David.Rausch@tn.gov>; Brad Nealon <Brad.Nealon@tn.gov>; Joshua J. Melton <Joshua.J.Melton@tn.gov>
**Cc:** Susan Niland <Susan.Niland@tn.gov>; Jeanne Broadwell <Jeanne.Broadwell@tn.gov>; Jimmy Musice <Jimmy.Musice@tn.gov>
**Subject:** FYI

Just as a heads-up, Channel 5 just called to inquire about the Garton matter. I offered no comment on the suit, and referenced the reporter to our previous statements on social media about the case and general details about our role as an independent fact-finder working at the request of the District Attorney General. I'd expect the piece to air tonight.

Thanks,
Josh



**Josh DeVine** | Communications Director
Tennessee Bureau of Investigation
901 R.S. Gass Boulevard
Nashville, TN 37216
**OFFICE:** (615) 744-4295

**Jeanne Broadwell**

| | |
|---|---|
| **From:** | Josh DeVine |
| **Sent:** | Wednesday, April 28, 2021 10:52 AM |
| **To:** | David Rausch; Brad Nealon; Joshua J. Melton |
| **Cc:** | Susan Niland; Jeanne Broadwell; Jimmy Musice |
| **Subject:** | FYI |

Just as a heads-up, Channel 5 just called to inquire about the Garton matter. I offered no comment on the suit, and referenced the reporter to our previous statements on social media about the case and general details about our role as an independent fact-finder working at the request of the District Attorney General. I'd expect the piece to air tonight.

Thanks,
Josh



**Josh DeVine** | Communications Director
Tennessee Bureau of Investigation
901 R.S. Gass Boulevard
Nashville, TN 37216
**OFFICE:** (615) 744-4295

## Heather Thorne

**From:** Jimmy Musice
**Sent:** Thursday, May 13, 2021 10:04 AM
**To:** Heather Thorne
**Subject:** FW: FYI

**Follow Up Flag:** Follow up
**Flag Status:** Completed

**From:** Josh DeVine <Josh.DeVine@tn.gov>
**Sent:** Wednesday, April 28, 2021 10:52 AM
**To:** David Rausch <David.Rausch@tn.gov>; Brad Nealon <Brad.Nealon@tn.gov>; Joshua J. Melton <Joshua.J.Melton@tn.gov>
**Cc:** Susan Niland <Susan.Niland@tn.gov>; Jeanne Broadwell <Jeanne.Broadwell@tn.gov>; Jimmy Musice <Jimmy.Musice@tn.gov>
**Subject:** FYI

Just as a heads-up, Channel 5 just called to inquire about the Garton matter. I offered no comment on the suit, and referenced the reporter to our previous statements on social media about the case and general details about our role as an independent fact-finder working at the request of the District Attorney General. I'd expect the piece to air tonight.

Thanks,
Josh



**Josh DeVine** | Communications Director
Tennessee Bureau of Investigation
901 R.S. Gass Boulevard
Nashville, TN 37216
**OFFICE:** (615) 744-4295

## Heather Thorne

| | |
|---|---|
| **From:** | Heather Thorne |
| **Sent:** | Wednesday, April 28, 2021 11:53 AM |
| **To:** | Jeanne Broadwell |
| **Subject:** | RE: FYI |

Thanks, Jeanne.

**From:** Jeanne Broadwell <Jeanne.Broadwell@tn.gov>
**Sent:** Wednesday, April 28, 2021 10:52 AM
**To:** Heather Thorne <Heather.Thorne@tn.gov>
**Subject:** FW: FYI

FYI.

**From:** Josh DeVine <Josh.DeVine@tn.gov>
**Sent:** Wednesday, April 28, 2021 10:52 AM
**To:** David Rausch <David.Rausch@tn.gov>; Brad Nealon <Brad.Nealon@tn.gov>; Joshua J. Melton <Joshua.J.Melton@tn.gov>
**Cc:** Susan Niland <Susan.Niland@tn.gov>; Jeanne Broadwell <Jeanne.Broadwell@tn.gov>; Jimmy Musice <Jimmy.Musice@tn.gov>
**Subject:** FYI

Just as a heads-up, Channel 5 just called to inquire about the Garton matter. I offered no comment on the suit, and referenced the reporter to our previous statements on social media about the case and general details about our role as an independent fact-finder working at the request of the District Attorney General. I'd expect the piece to air tonight.

Thanks,
Josh



**Josh DeVine** | Communications Director
Tennessee Bureau of Investigation
901 R.S. Gass Boulevard
Nashville, TN 37216
**OFFICE:** (615) 744-4295

1

| | |
|---|---|
| **From:** | Katie Chestnut |
| **To:** | Heather Thorne |
| **Subject:** | FW: Harassment Calls Regarding Joshua Garton |
| **Date:** | Tuesday, February 9, 2021 8:39:55 AM |
| **Attachments:** | image002.png |
| | image003.jpg |

Here are some of the harassing call numbers from night shift staff.

**From:** Larissa Picard <Larissa.Picard@tn.gov>
**Sent:** Monday, February 8, 2021 6:09 PM
**To:** Katie Chestnut <Katie.Chestnut@tn.gov>
**Subject:** FW: Harassment Calls Regarding Joshua Garton

Here are a few numbers I wrote down regarding Joshua Garton. You may want to speak to Kristen, they told her some pretty ugly things, i.e " go kill yourself"
I always sent them straight to the officers.

**From:** Joel Moss <Joel.Moss@tn.gov>
**Sent:** Sunday, January 24, 2021 10:35 PM
**To:** Larissa Picard <Larissa.Picard@tn.gov>
**Subject:** RE: Harassment Calls Regarding Joshua Garton

Thank you

Respectfully,

Joel Moss
Uniformed Officer



Tennessee Bureau of Investigation
901 RS Gass Blvd
Nashville, TN 37216
(615)744-4530 office
(615)744-4067 fax
Joel.Moss@tn.gov

**From:** Larissa Picard
**Sent:** Sunday, January 24, 2021 10:34 PM
**To:** Joel Moss <Joel.Moss@tn.gov>
**Subject:** FW: Harassment Calls Regarding Joshua Garton

**From:** Larissa Picard
**Sent:** Sunday, January 24, 2021 8:21 PM
**To:** Russ Winkler <Russ.Winkler@tn.gov>; Nathan Neese <Nathan.Neese@tn.gov>
**Subject:** Harassment Calls Regarding Joshua Garton

Good evening,

I just wanted to pass along that friends of Joshua Garton have been harassing TIES and UOs all day long with nonsense calls. Day shift advised that they have called all day long cussing out whoever answered the phone. We have received numerous of the same calls so far tonight. The calls are starting to come consecutively to where they are tying up both main line phones. I know UOs have informed Mike Frizzell. I'm not sure if y'all can even do anything in this situation, but I wanted to make y'all aware. Here are the numbers that have called since Kristen and I have been on shift:

5635141904
8507488656 (9 calls)
3148521996
3057839015

*Larissa Picard*
*Crime Information Communication Specialist*
*CJIS Support Center / TIES*
*Tennessee Bureau of Investigation*



*901 R.S. Gass Blvd.*
*Nashville, TN 37216*
*Office: 615.744.4600*
*Larissa.Picard@tn.gov*

Wednesday 1:23 PM

Joe, just saw Joshua Garton has sued you and others. Wonder if he is related to Jackie Garton. I'm sure you know that story. Jim

He is not related

Text Message

Communications Director Josh DeVine – Public Information – discussed the following:

1.  He advised they were dealing with feedback on a case in Dickson where an individual desecrated the grave of Sergeant Baker.



Communications Director Josh DeVine – PUBLIC INFORMATION – discussed the following:

1.    He advised the Dickson County case is heading for litigation.



Communications Director Josh DeVine- PUBLIC INFORMATION – discussed the following:

2.   He advised that we have not yet been served on the Joshua Garton case.  His lawyer
     has drummed up all kinds of press coverage.