# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| JOSHUA GARTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:21-cv-00338 |
| ) | Judge Trauger |
| W. RAY CROUCH, ET AL., ) | |
| ) | |
| Defendants. ) | |

## ORDER

The plaintiff has filed a Motion for Leave to File an Amended Complaint (Doc. No. 38), to which no timely opposition has been filed. The motion is therefore GRANTED, and the Clerk shall file the Amended Complaint attached to the motion (Doc. No. 38-1).

It is further ORDERED that the three pending Motions to Dismiss (Doc. Nos. 11, 25, 28) and the pending Motion to Strike (Doc. No. 23) are TERMED AS MOOT. It is further ORDERED that the initial case management conference is hereby RESET for Wednesday, September 8, 2021 at 2:00 p.m.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
U.S. District Judge