UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| JOSHUA GARTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:21-cv-00338 |
| ) | Judge Aleta A. Trauger |
| W. RAY CROUCH, et al., ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF APPEARANCE

Senior Assistant Attorney General Meghan Murphy hereby provides notice of her appearance on behalf of Defendant Andrew Vallee, in his individual capacity.

Respectfully submitted,

HERBERT H. SLATERY III
Attorney General and Reporter

/s/ Meghan Murphy
MEGHAN MURPHY, BPR #34061
Senior Assistant Attorney General
Civil Law Division
P.O. Box 20207
Nashville, Tennessee 37202-0207
Office: 615-253-3890
Fax: 615-532-2541
meghan.murphy@ag.tn.gov

## CERTIFICATE OF SERVICE

The undersigned hereby certifies on **January 31, 2022**, a true and accurate copy of the foregoing was filed electronically and sent by way of the Court's electronic filing system to:

BRICE M. TIMMONS
CRAIG A. EDGINGTON
Donati Law Firm
1545 Union Avenue
Memphis, TN 38104
*Attorneys for Plaintiff*

DANIEL A. HORWITZ
Law Office of Daniel Horwitz
1803 Broadway
Suite 531
Nashville, TN 37203
*Attorney for Plaintiff*

LINDSAY E. SMITH
Horwitz Law, PLLC
4016 Westlawn Drive
Nashville, TN 37209
*Attorney for Plaintiff*

LAUREN KISNER
MARY MCCULLOHS
Tennessee Attorney General's Office
P.O. Box 20207
Nashville, TN 37202-0207
*Attorneys for Defendant W. Ray Crouch*

AMANDA JORDAN
Tennessee Attorney General's Office
P.O. Box 20207
Nashville, TN 37202-0207
*Attorney for Defendants Joseph Craig
and Andrew Vallee*

                                                 s/ Meghan Murphy
                                                 MEGHAN MURPHY
                                                 Senior Assistant Attorney General