# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# AT NASHVILLE

| | |
|---|---|
| JOSHUA GARTON, | § |
| | § |
| *Plaintiff*, | § Case No. 3:21-cv-00338 |
| | § |
| v. | § JURY DEMANDED |
| | § |
| W. RAY CROUCH, *et al.*, | § |
| | § |
| *Defendants*. | § |

## PLAINTIFF'S MOTION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE UNTIL MARCH 24, 2022

Comes now the Plaintiff, through undersigned counsel of record, and respectfully moves this Court to continue the Court's Initial Case Management Conference—presently scheduled for February 28, 2022 at 3:30 p.m. CST—until March 24, 2022. As grounds, the undersigned represents that he will be out of the country on February 28, 2022. As a result, the undersigned has conferred with opposing counsel and the Court regarding potential alternative dates. All Parties' counsel have since indicated that they are available for an Initial Case Management Conference on **March 24, 2022**. Accordingly, the Plaintiff respectfully moves this Court to continue the Initial Case Management Conference in this case until March 24, 2022.

-1-

Respectfully submitted,

/s/ Daniel A. Horwitz
Daniel A. Horwitz, BPR #032176
Lindsay E. Smith, BPR #035937
HORWITZ LAW, PLLC
4016 Westlawn Dr.
Nashville, TN 37209
daniel@horwitz.law
lindsay@horwitz.law
(615) 739-2888

Brice M. Timmons #29582
Craig A. Edgington #38205
DONATI LAW, PLLC
1545 Union Ave.
Memphis, Tennessee 38104
(901) 278-1004 – Telephone
(901) 278-3111 – Facsimile
brice@donatilaw.com
craig@donatilaw.com
*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 2nd day of February, 2022, a copy of the foregoing was transmitted via CM/ECF to:

Amanda S. Jordan
Meghan Murphy
Senior Assistant Attorneys General
P.O. Box 20207
Nashville, TN 37202-0207
amanda.jordan@ag.tn.gov
meghan.murphy@ag.tn.gov

Mary Elizabeth McCullohs
Senior Assistant Attorney General
Office of the Attorney General
P.O. Box 20207
Nashville, TN 37202-0207
mary.mccullohs@ag.tn.gov

      By:    /s/ Daniel A. Horwitz_____