IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | | |
|---|---|---|
| JOSHUA GARTON, | § § | |
| Plaintiff, | § § | Case No. 3:21-cv-00338 |
| v. | § § | JURY DEMANDED |
| W. RAY CROUCH, *et al.*, | § § | |
| Defendants. | § | |

**Motion GRANTED. ICMC reset for 3/24/2022 at 3:00 p.m.**

## PLAINTIFF'S MOTION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE UNTIL MARCH 24, 2022

Comes now the Plaintiff, through undersigned counsel of record, and respectfully moves this Court to continue the Court's Initial Case Management Conference—presently scheduled for February 28, 2022 at 3:30 p.m. CST—until March 24, 2022. As grounds, the undersigned represents that he will be out of the country on February 28, 2022. As a result, the undersigned has conferred with opposing counsel and the Court regarding potential alternative dates. All Parties' counsel have since indicated that they are available for an Initial Case Management Conference on **March 24, 2022**. Accordingly, the Plaintiff respectfully moves this Court to continue the Initial Case Management Conference in this case until March 24, 2022.

-1-