## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | | |
|---|---|---|
| JOSHUA GARTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:21-cv-00338 |
| | ) | Judge Trauger |
| W. RAY CROUCH, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

It is hereby ORDERED that the initial case management conference scheduled for Thursday, March 24, 2022 at 3:00 p.m. will be held in Judge Trauger's courtroom. Lead counsel for each party shall participate in the conference. All participants will be masked and socially distanced during the conference.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
U.S. District Judge