# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
### AT NASHVILLE

JOSHUA GARTON,             )
                                  )
       **Plaintiff,**          )
                                  )
**v.**                            )     **Case No. 3:21-cv-00338**
                                  )     **Judge Aleta A. Trauger**
**W. RAY CROUCH, et al.,**     )
                                  )
       **Defendants.**       )

---

## PROTECTIVE ORDER REGARDING
## TENNESSEE BUREAU OF INVESTIGATION FILES

---

It appearing to the Court that Defendants Joseph Craig and Andrew Vallee have shown that good cause exists for the entry of a protective order regarding Tennessee Bureau of Investigation (TBI) Case File NA-98F-000016, as the information is confidential pursuant to Tenn. Code Ann. § 10-7-504(a)(2)(A). Due to the confidential nature of the information and documentation requested, which will be exchanged between the parties through discovery and the pendency of this lawsuit, a protective order is proper.

This Protective Order shall immediately take effect upon the Court's signing the same. It is therefore ORDERED as follows:

1. Counsel for Defendants Craig and Vallee are hereby authorized to produce a copy of TBI Case File NA-98F-000016 to the parties in this lawsuit.

2. Any information, records, or documentation consisting of law enforcement records, including but not limited to TBI Case File NA-98F-000016 pertaining to investigations of the named Plaintiff, are designated by the parties for the purposes of discovery as confidential ("Confidential Information").

3. The scope of the Confidential Information does not cover any records which are

considered public under Tenn. Code Ann. § 10-7-503 and -504.

4.  Any Confidential Information exchanged between the parties may only be provided, shared or discussed with the parties, counsel for the parties, employees, administrative staff, other staff members of the parties with a need to know, and witnesses, potential witnesses, experts, agents or entities that the parties, or counsel for the parties, may choose to contact for the purposes of this lawsuit, or any other consultant contacted for purposes of this lawsuit or any fact or allegation set forth in this lawsuit.

5.  The contents of this Protective Order shall not affect the admissibility or use of any Confidential Information that the parties deem necessary for any deposition, hearing, or trial in this lawsuit. If a party files documents constituting Confidential Information with the Court, the party shall seek leave to file such documents under seal, subject to the approval of the Court in conformity with Local Rule 5.03 and based on applicable legal standards for sealing documents from public view. Further, and notwithstanding the foregoing provisions, this Protective Order shall be without prejudice to the right of any party to challenge the propriety of discovery on any grounds including, but not limited to, relevance, privilege, and materiality.

6.  The parties' designation of Confidential Information is not binding on the Court for any purpose, including the determination of whether to seal or otherwise restrict public access to the information.

It is so ORDERED.

_____
ALETA A. TRAUGER
U.S. District Judge

**APPROVED FOR ENTRY:**

/s/ AMANDA S. JORDAN
AMANDA S. JORDAN, BPR #29243
MEGHAN MURPHY, BPR #34061
Senior Assistant Attorneys General
Tennessee Attorney General's Office
Civil Law Division
P.O. Box 20207
Nashville, Tennessee 37202-0207
615-532-5070
Amanda.Jordan@ag.tn.gov
Meghan.Murphy@ag.tn.gov

*Attorneys for Defendants Craig and Vallee*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies on April 19, 2022, a true and accurate copy of the foregoing Proposed Protective Order was filed electronically and sent by way of the Court's electronic filing system to:

BRICE M. TIMMONS
CRAIG A. EDGINGTON
Donati Law Firm
1545 Union Avenue
Memphis, TN 38104
*Attorneys for Plaintiff*

DANIEL A. HORWITZ
LINDSAY E. SMITH
Horwitz Law, PLLC
4016 Westlawn Drive
Nashville, TN 37209
*Attorneys for Plaintiff*

LAUREN KISNER
MARY MCCULLOHS
Tennessee Attorney General's Office
P.O. Box 20207
Nashville, TN 37202-0207
*Attorneys for Defendant W. Ray Crouch*

s/ AMANDA S. JORDAN
AMANDA S. JORDAN
Senior Assistant Attorney General