IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JOSHUA GARTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:21-cv-00338 |
| ) | Judge Trauger |
| W. RAY CROUCH, ET AL., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

Pursuant to Rule 72 of the FEDERAL RULES OF CIVIL PROCEDURE and 28 U.S.C. §636(b)(1), defendants' Motion for Protective Order Regarding Tennessee Bureau of Investigation Files (Docket No. 73) is **REFERRED** to the Magistrate Judge for disposition.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
U.S. District Judge