# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## AT NASHVILLE

| | | |
|---|---|---|
| JOSHUA GARTON, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Case No. 3:21-cv-00338 |
| | § | |
| W. RAY CROUCH, DAVID RAUSCH, | § | JURY DEMANDED |
| BRADLEY NEALON, RUSSELL | § | |
| WINKLER, JOSHUA MELTON, | § | |
| JOSEPH CRAIG, DONALD ARNOLD, | § | |
| ANDREW VALLEE, and | § | |
| CITY OF DICKSON, TENNESSEE, | § | |
| | § | |
| *Defendants.* | § | |

## PLAINTIFF'S UNOPPOSED MOTION TO EXTEND AMENDMENT DEADLINE UNTIL DECEMBER 8, 2022

Comes now the Plaintiff, through counsel, and respectfully moves without opposition to extend the deadline to file a motion to amend his complaint from September 8, 2022, *see* Doc. 72 at 4 ("The parties shall file all Motions to Amend on or before September 8, 2022."), until December 8, 2022.

As grounds, the Plaintiff represents that the exchange of a portion of initial disclosures—which the Plaintiff anticipates will contain documents necessary for the Plaintiff to amend his Complaint—is not yet complete, because the Parties (by agreement) are awaiting this Court's ruling on Defendants Craig's and Vallee's April 19, 2022 *Motion for Protective Order* (Doc. 73). To ensure adequate time for the Court to rule and for the Plaintiff to receive documents and prepare an amendment thereafter, the Plaintiff respectfully moves this Court to extend the Parties' amendment deadline until December

8, 2022.

The Plaintiff has conferred with opposing counsel for the Defendants regarding the relief sought by this Motion. The Defendants have permitted the Plaintiff to state that this Motion is unopposed.

Respectfully submitted,

/s/ Daniel A. Horwitz
Daniel A. Horwitz, BPR #032176
Lindsay E. Smith, BPR #035937
HORWITZ LAW, PLLC
4016 Westlawn Dr.
Nashville, TN 37209
daniel@horwitz.law
lindsay@horwitz.law
(615) 739-2888

Brice M. Timmons #29582
Craig A. Edgington #38205
DONATI LAW, PLLC
1545 Union Ave.
Memphis, Tennessee 38104
(901) 278-1004 – Telephone
(901) 278-3111 – Facsimile
brice@donatilaw.com
craig@donatilaw.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of July, 2022, a copy of the foregoing was transmitted via CM/ECF to:

Amanda S. Jordan
Meghan Murphy
Senior Assistant Attorneys General
P.O. Box 20207
Nashville, TN 37202-0207
amanda.jordan@ag.tn.gov
meghan.murphy@ag.tn.gov


Mary Elizabeth McCullohs
Senior Assistant Attorney General
Office of the Attorney General
P.O. Box 20207
Nashville, TN 37202-0207
mary.mccullohs@ag.tn.gov


Ross Vincent Smith
Farrar & Bates, LLP
12 Cadillac Drive
Suite 480
Nashville, TN 37027
(615) 254-3060
Fax: (615) 254-9835
ross.smith@farrar-bates.com


By:    /s Daniel A. Horwitz_____