Motion GRANTED.
Extension to 12/8/2022.

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### AT NASHVILLE

| | | |
|---|---|---|
| JOSHUA GARTON, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Case No. 3:21-cv-00338 |
| | § | |
| W. RAY CROUCH, DAVID RAUSCH, | § | JURY DEMANDED |
| BRADLEY NEALON, RUSSELL | § | |
| WINKLER, JOSHUA MELTON, | § | |
| JOSEPH CRAIG, DONALD ARNOLD, | § | |
| ANDREW VALLEE, and | § | |
| CITY OF DICKSON, TENNESSEE, | § | |
| | § | |
| *Defendants.* | § | |

## PLAINTIFF'S UNOPPOSED MOTION TO EXTEND AMENDMENT DEADLINE UNTIL DECEMBER 8, 2022

Comes now the Plaintiff, through counsel, and respectfully moves without opposition to extend the deadline to file a motion to amend his complaint from September 8, 2022, *see* Doc. 72 at 4 ("The parties shall file all Motions to Amend on or before September 8, 2022."), until December 8, 2022.

As grounds, the Plaintiff represents that the exchange of a portion of initial disclosures—which the Plaintiff anticipates will contain documents necessary for the Plaintiff to amend his Complaint—is not yet complete, because the Parties (by agreement) are awaiting this Court's ruling on Defendants Craig's and Vallee's April 19, 2022 *Motion for Protective Order* (Doc. 73). To ensure adequate time for the Court to rule and for the Plaintiff to receive documents and prepare an amendment thereafter, the Plaintiff respectfully moves this Court to extend the Parties' amendment deadline until December

-1-