# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| JOSHUA GARTON, | § | |
| | § | |
|    *Plaintiff,* | § | |
| | § | |
| v. | § | Case No. 3:21-cv-00338 |
| | § | District Judge Aleta A. Trauger |
| W. RAY CROUCH, *et al.*, | § | Magistrate Judge Alistair E. Newbern |
| | § | |
|    *Defendants.* | § | |

## NOTICE OF APPEARANCE OF COUNSEL

PLEASE TAKE NOTICE that undersigned counsel Melissa K. Dix hereby enters her appearance as counsel for Plaintiff Joshua Garton in the above-captioned case. Please serve all future notices, motions, orders, and other filings upon counsel at the address provided below.

                                        Respectfully submitted,

                                By:     /s/ Melissa K. Dix
                                        MELISSA K. DIX, BPR #038535
                                        HORWITZ LAW, PLLC
                                        4016 WESTLAWN DR.
                                        NASHVILLE, TN 37209
                                        melissa@horwitz.law
                                        (615) 739-2888

                                        *Counsel for Joshua Garton*

## CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of October, 2022, a copy of the foregoing was served via CM/ECF upon the following:

AMANDA SHANAN JORDAN
MEGHAN MURPHY
Office of the Tennessee
Attorney General and Reporter
Post Office Box 20207
Nashville, TN 37202
Telephone: (615) 532-2500
Facsimile: (615) 532-2541
Amanda.jordan@ag.tn.gov
Megan.murphy@ag.tn.gov

LAUREN KISNER
MARY ELIZABETH MCCULLOHS
Office of the Tennessee
Attorney General and Reporter
Post Office Box 20207
Nashville, TN 37202
Telephone: (615) 741-1442
Facsimile: (615) 532-2541
Lauren.kisner@ag.tn.gov
Mary.mccullohs@ag.tn.gov

           By:    /s/ Melissa K. Dix
                   Melissa K. Dix, Esq.