UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JOSHUA GARTON,<br><br>    Plaintiff,<br><br>v.<br><br>W. RAY CHURCH, et al.,<br><br>    Defendants. | Case No. 3:21-cv-00338<br><br>Judge Aleta A. Trauger<br>Magistrate Judge Alistair E. Newbern |

## ORDER

Plaintiff Joshua Garton has filed a motion to ascertain the status of a motion for a protective order filed by certain defendants regarding the production of Tennessee Bureau of Investigation records. (Doc. No. 81). The motion is GRANTED. The motion will be addressed in due course with other pending motions on the Court's docket.

It is so ORDERED.

_____
ALISTAIR E. NEWBERN
United States Magistrate Judge