# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# AT NASHVILLE

| | | |
|---|---|---|
| JOSHUA GARTON, | § § | |
| *Plaintiff*, | § § | Case No. 3:21-cv-00338 |
| v. | § § | JURY DEMANDED |
| W. RAY CROUCH, *et al.*, | § § § | |
| *Defendants*. | § | |

## NOTICE TO TAKE DEPOSITION OF JOE CRAIG

TO:  Joe Craig
 c/o Amanda Jordan, Esq.
   Meghan Murphy, Esq.
 Senior Assistant Attorneys General
 Office of the Tennessee Attorney General
 Civil Law Division
 PO Box 20207
 Nashville, TN 37202
 Amanda.jordan@ag.tn.gov
 Meghan.murphy@ag.tn.gov

PLEASE TAKE NOTICE, that Plaintiff, Joshua Garton, pursuant to Rule 30 of the Federal Rules of Civil Procedure, hereby files this notice of Deposition of Defendant, Joe Craig, <u>via teleconference</u>[1], commencing on **Wednesday, March 22, 2023, beginning at 9:30 a.m. *CST***, Central Standard Time, and continuing thereafter from hour to hour and day to day until complete.

---

[1] "Teleconference" is defined to mean any means of taking the deposition that utilizes telecommunications technology including, but not limited to, telephone, videoconference, Voice Over Internet Protocol audio. The specific details of the method shall be provided either by the attorney noticing this deposition or by the entity providing the teleconference service. The method of taking the deposition shall govern the manner in which exhibits shall be presented to the deponent, but the deponent should be prepared to have access to a computer with a high-speed internet connection, video capability, Adobe Flash, and a Google Chrome browser. As of the date of this Notice, the attorney giving notice of the deposition intends to utilize Zoom as the specific mechanism to take the deposition. In the event

-1-

The deposition will be taken on behalf of Plaintiff for the purpose of discovery, used as evidence, preservation of testimony, and all other purposes authorized by law and will be recorded by a certified court reporter, through Zoom, who will record the deposition by means of stenograph and/or audio recordings. The deposition may also be recorded by video or other visual and electronic means. A representative from the court reporting agency will contact all attorneys that are parties to this action to provide the Zoom invite prior to the date of the deposition.

*/s/Brice M. Timmons*
Brice M. Timmons (TN#29582)
Craig A. Edgington (TN#38205)
DONATI LAW, PLLC
1545 Union Avenue; Memphis, TN 38104
(901) 278-1004 - phone
(901) 278-3111 - fax
craig@donatilaw.com
brice@donatilaw.com
*Attorneys for Plaintiff*

Daniel A. Horwitz (TN#032176)
Lindsay E. Smith (TN#035937)
Horwitz Law, PLLC
4016 Westlawn Drive
Nashville, TN 37209
daniel@horwitz.law
lindsay@horwitz.law

---

that this is not feasible for the deponent, deponent should contact the attorney giving notice of this deposition as soon as practicable to make alternative arrangements.

-2-

# CERTIFICATE OF SERVICE

This certifies that a true and correct copy of the above and foregoing document has been served with the Court's ECF filing system, and via e-transmission this the 7th day of February 2023.

Amanda S. Jordan, Esq.
Meghan Murphy, Esq.
Senior Assistant Attorneys General
P.O. Box 20207
Nashville, TN 37202-0207
amanda.jordan@ag.tn.gov
meghan.murphy@ag.tn.gov
*Attorneys for Joseph Craig and Andrew Vallee*


Mary Elizabeth McCullohs, Esq.
Lauren Kisner, Esq.
Senior Assistant Attorney General
Office of the Attorney General
P.O. Box 20207
Nashville, TN 37202-0207
mary.mccullohs@ag.tn.gov
lauren.kisner@ag.tn.gov
*Attorneys for W. Ray Crouch*

                                         */s/Brice M. Timmons*