```
 1            IN THE UNITED STATES DISTRICT COURT
           FOR THE MIDDLE DISTRICT OF TENNESSEE
 2                       AT NASHVILLE
   _____
 3
     JOSHUA GARTON,
 4
              Plaintiff,
 5
      Vs.                   Case No.:  3:21-cv-00338
 6

 7   W. RAY CROUCH, et al.,

 8            Defendants.
   _____
 9

10

11       THE VIDEOCONFERENCE DEPOSITION OF JOE CRAIG

12                    March 22, 2023

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1  misdemeanors.  In fact, I'm sure that's occurred just out
 2  of the nature of, like I had said earlier, about the
 3  conflicts of interest.  It's not common.  It's rare, but
 4  it does happen sometimes.
 5       When a district attorney requests and we don't have
 6  what is termed "original jurisdiction" where we have the
 7  authority to investigate on our own, we oftentimes will
 8  take the general's request and follow through with it.
 9            MR. TIMMONS:  I'm going to make the media
10  release the next exhibit.  Brooke, is that 7?
11            THE REPORTER:  Yes, sir.
12            (Exhibit 7 marked.)
13  BY MR. TIMMONS:
14  Q    All right.  I just want to verify one more document
15  with you and show you what I understand to be the closure
16  letter.
17       Okay.  Is this the closure letter that AG Crouch
18  sent you?
19  A    Yes, sir, it is.
20            MR. TIMMONS:  Okay.  We'll make that No. 8.
21            (Exhibit 8 marked.)
22  BY MR. TIMMONS:
23  Q    He sent that letter to you after the general
24  sessions court determined there was no probable cause,
25  right?
```

 

# DISTRICT ATTORNEY GENERAL
# RAY CROUCH, JR.

23ʀᴅ JUDICIAL DISTRICT
Cheatham, Dickson, Houston, Humphreys and Stewart Counties

**ATTORNEYS**
Jack Arnold
jtarnold@tndagc.org
Dani Bryson
edbryson@tndagc.org
Joseph C. Hall, Sr.
jchall@tndagc.org
Jerry Hamlin
Joseph L. Hornick
jlhornick@tndagc.org
Billy H. Miller, Jr.
bhmiller@tndagc.org
Brooke M. Orgain
bmorgain@tndagc.org
Margaret F. Sagi
mfsagi@tndagc.org
Jennifer Stribling
jstribling@tndagc.org
Carey Thompson
cjthompson@tndagc.org
Robert S. Wilson
rswilson@tndagc.org
Sarah Wojnarowski
swwojnarowski@tndagc.org
Talmage M. Woodall
tmwoodall@tndagc.org
David W. Wyatt
dwwyatt@tndagc.org

**ADMINISTRATIVE**
Renea Edmondson
bredmondson@tndagc.org
Cheryl Hayes
achayes@tndagc.org
Talina Johnson
tsjohnson@tndagc.org
Melinda Miller
mfmiller@tndagc.org
Marley Pfeffer
mjpfeffer@tndagc.org
Debbie Ruf
dkruf@tndagc.org
Darlene Toungette
dhtoungette@tndagc.org

**INVESTIGATOR**
John Ethridge
jgethridge@tndagc.org

**Ashland City Office**
P.O. Box 690
Ashland City, TN 37015
Ph (615) 792-7500
Fax (615) 792-1694

**Charlotte Office**
P.O. Box 580
Charlotte, TN 37036
Ph (615) 789-5021
Fax (615) 789-5012

**Waverly Office**
100 North Court Square
Room #206
Waverly, TN 37185

Tennessee Bureau of Investigation
S.A.C. Joe Craig
901 R.S. Gass Boulevard
Nashville, TN 37216

April 26, 2022

RE: State vs. Joshua Garton docket number 2021-CR-18

SAC Craig,

The prosecution of Joshua Garton for one count of harassment in Dickson County General Sessions Court, docket number 2021-CR-18 was concluded on February 3, 2021.

This office did not seek direct presentment of the case to the Dickson County Grand Jury. The statute of limitations for harassment has expired.

Therefore, I respectfully request closure of the investigation. Please don't hesitate to call if you have any questions.

Sincerely,

Ray Crouch, Jr.
District Attorney General

TBI Defendants 000074