# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# AT NASHVILLE

| | | |
|---|---|---|
| JOSHUA GARTON, | § | |
| *Plaintiff*, | § | |
| v. | § | Case No. 3:21-cv-00338 |
| W. RAY CROUCH, DAVID RAUSCH, BRADLEY NEALON, RUSSELL WINKLER, JOSHUA MELTON, JOSEPH CRAIG, DONALD ARNOLD, ANDREW VALLEE, and CITY OF DICKSON, TENNESSEE, | § | JURY DEMANDED |
| *Defendants*. | § | |

## JOINT MOTION OF PLAINTIFF AND TBI DEFENDANTS FOR JUDICIAL SETTLEMENT CONFERENCE

Comes now the Plaintiff, Joshua Garton, and the TBI Defendants (Craig and Vallee), and pursuant to Local Rule 16.04(a)–(b) and the Court's Initial Case Management Order, *see* Doc. 72 at 4 ("Any party desiring a judicial settlement conference should file an appropriate motion."), jointly request a judicial settlement conference at the Court's earliest convenience.

As grounds for this Motion, the movants represent that they have exchanged settlement offers and taken enough discovery to evaluate settlement, and that a judicial settlement conference would be productive before the movants incur additional discovery expenses that are otherwise contemplated between the filing of this motion and the conclusion of the discovery period. Accordingly, the movants respectfully request a judicial settlement conference in the month of July or at the earliest date the Court's

-1-

schedule otherwise allows. Defendant Crouch has been consulted regarding this proposal and does not wish to participate in any conference, and the movants are prepared to conduct a conference without his participation, which is unnecessary to potential resolution of the claims between them.

Respectfully submitted,

/s/ Daniel A. Horwitz
Daniel A. Horwitz, BPR #032176
Lindsay E. Smith, BPR #035937
Melissa K. Dix, BPR #038535
HORWITZ LAW, PLLC
4016 Westlawn Dr.
Nashville, TN 37209
daniel@horwitz.law
lindsay@horwitz.law
melissa@horwitz.law
(615) 739-2888

Brice M. Timmons #29582
Craig A. Edgington #38205
DONATI LAW, PLLC
1545 Union Ave.
Memphis, Tennessee 38104
(901) 278-1004 – Telephone
(901) 278-3111 – Facsimile
brice@donatilaw.com
craig@donatilaw.com

*Attorneys for Plaintiff*

/s/ AMANDA S. JORDAN
AMANDA S. JORDAN, BPR #29243
MEGHAN MURPHY, BPR #34061
Senior Assistant Attorneys General
Tennessee Attorney General's Office
P.O. Box 20207
Nashville, Tennessee 37202-0207
615-532-5070
Amanda.Jordan@ag.tn.gov
Meghan.Murphy@ag.tn.gov

*Attorneys for Defendants Craig & Vallee*

-2-

Case 3:21-cv-00338   Document 101   Filed 07/07/23   Page 2 of 3 PageID #: 2142

**CERTIFICATE OF SERVICE**

I hereby certify that on this 7th day of July, 2023, a copy of the foregoing was transmitted via CM/ECF to:

Amanda S. Jordan
Meghan Murphy
Senior Assistant Attorneys General
P.O. Box 20207
Nashville, TN 37202-0207
amanda.jordan@ag.tn.gov
meghan.murphy@ag.tn.gov


Mary Elizabeth McCullohs
Lauren Kisner
Senior Assistant Attorney General
Office of the Attorney General
P.O. Box 20207
Nashville, TN 37202-0207
mary.mccullohs@ag.tn.gov
lauren.kisner@ag.tn.gov


Ross Vincent Smith
Kristin Ellis Berexa
Farrar & Bates, LLP
12 Cadillac Drive
Suite 480
Nashville, TN 37027
(615) 254-3060
Fax: (615) 254-9835
ross.smith@farrar-bates.com
kristin.berexa@farrar-bates.com

By:     /s/ Daniel A. Horwitz