IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| JOSHUA GARTON, | ) | |
|---|---|---|
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil No. 3:21-cv-00338 |
| W. RAY CROUCH, ET AL., | ) ) | Judge Trauger |
| Defendants. | ) ) | |

## ORDER

The Joint Motion of Plaintiff and TBI Defendants for Judicial Settlement Conference (Doc. No. 101) is GRANTED. The court requests that Magistrate Judge Newbern or her designee schedule a judicial settlement conference, as requested, as soon as reasonably possible.

It is so ORDERED.

_____
ALETA A. TRAUGER
UNITED STATES DISTRICT JUDGE