UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JOSHUA GARTON, <br><br>    Plaintiff, <br><br> v. <br><br> W. RAY CHURCH, et al., <br><br>    Defendants. | Case No. 3:21-cv-00338 <br><br> Judge Aleta A. Trauger <br> Magistrate Judge Alistair E. Newbern |

## ORDER

The Court set a pre-settlement-conference telephone call with the Magistrate Judge on August 1, 2023, at 10:00 a.m. Counsel for Defendants Crouch, Craig, and Vallee appeared. Counsel for Plaintiff Joshua Garton did not.

In the interest of judicial economy, the Court will not reset the telephone conference. The settlement conference will begin at 10:00 a.m. on August 3, 2023.

It is so ORDERED.

_____
ALISTAIR E. NEWBERN
United States Magistrate Judge