IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| **JOSHUA GARTON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **No. 3:21-cv-00338** |
| v. | ) | **JUDGE TRAUGER** |
| | ) | |
| **W. RAY CROUCH, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## NOTICE OF DEPOSITION
## OF JOSHUA GARTON

TO: ALL COUNSEL OF RECORD

PLEASE TAKE NOTICE that, pursuant to rule 30 of the Federal Rules of Civil Procedure, Defendant, W. Ray Crouch, will take the deposition upon oral examination of Plaintiff, **Joshua Garton**, before an officer authorized to administer oaths on **Thursday, August 17, 2023, at 10:00 a.m.** at the offices of the **Tennessee Attorney General, UBS Tower, 20th Floor, 315 Deadrick Street, Nashville, TN 37243**. Said deposition will be recorded by stenographic means and will continue until it is adjourned.

DATED: August 3, 2023.

                                                                                    Respectfully submitted,

                                                                                    JONATHAN SKRMETTI
                                                                                    ATTORNEY GENERAL AND REPORTER

                                                                                    By: */s/ Mary Elizabeth McCullohs*
                                                                                    Mary Elizabeth McCullohs, TN BPR No. 026467
                                                                                    Senior Assistant Attorney General
                                                                                   Eric W. Donica, TN BPR No. 038506
                                                                                   Assistant Attorney General
                                                                                   Office of the Attorney General
                                                                                   P.O. Box 20207
                                                                                   Nashville, TN 37202-0207

(615) 741-8126  
mary.mccullohs@ag.tn.gov  
eric.donica@ag.tn.gov  

*Attorneys for Defendant District Attorney General W. Ray Crouch*

**CERTIFICATE OF SERVICE**

      I hereby certify that, on August 3, 2023, a true and correct copy of the foregoing *Deposition Notice* was served via the CM/ECF upon the following:

| | |
|---|---|
| Daniel A. Horwitz<br>Lindsay E. Smith<br>Melissa Kathleen Dix<br>HORWITZ LAW, PLLC<br>4016 Westlawn Drive<br>Nashville, TN  37209<br><br>*Attorneys for Plaintiff* | Amanda S. Jordan<br>Managing Attorney<br>Meghan Murphy<br>Senior Assistant Attorney General<br>Civil Law Division<br>P.O. Box<br>Nashville, TN  37202-0207<br><br>*Attorneys for Defendants Craig and Vallee* |
| Brice M. Timmons<br>Craig A. Edgington<br>DONATI LAW FIRM LLP<br>1545 Union Avenue<br>Memphis, TN  38104<br><br>*Attorneys for Plaintiff* | |

                                              */s/ Mary Elizabeth McCullohs*