IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

JOSHUA GARTON,                          )
                                        )
    Plaintiff,                          )
                                        )
v.                                      )        Civil No.  3:21-cv-00338
                                        )        Judge Trauger
W. RAY CROUCH, ET AL.,                  )
                                        )
    Defendants.                         )

## ORDER

    The court has been notified  that this case has settled.   It is hereby **ORDERED** that a

stipulation of dismissal or other settlement document shall be filed within sixty (60) days of the entry

of this Order.

    The jury trial scheduled for February 20, 2024 and the pretrial conference scheduled for

February 16, 2024 are **CANCELLED**.

    It is so **ORDERED**.


_____
ALETA A. TRAUGER
U.S. District Judge