Daniel Horwitz &lt;daniel.a.horwitz@gmail.com&gt;

## Garton v. Crouch et al. 3:21-cv-0338

**Brice Timmons** &lt;brice@donatilaw.com&gt;  Tue, Aug 1, 2023 at 4:30 PM
To: Sarah Dixon Russell &lt;Sarah_Dixon@tnmd.uscourts.gov&gt;, "Daniel A. Horwitz" &lt;daniel@horwitz.law&gt;
Cc: Eric Donica &lt;Eric.Donica@ag.tn.gov&gt;, "lauren.rota@ag.tn.gov" &lt;lauren.rota@ag.tn.gov&gt;, "Mary E. McCullohs" &lt;Mary.McCullohs@ag.tn.gov&gt;, Craig Edgington &lt;craig@donatilaw.com&gt;, "lindsay@horwitz.law" &lt;lindsay@horwitz.law&gt;, "melissa@horwitz.law" &lt;melissa@horwitz.law&gt;

That is exactly what happened, and I will be there tomorrow with bells on.

Sent via the Samsung Galaxy Z Flip4, an AT&T 5G smartphone
Get Outlook for Android

---

**From:** Sarah Dixon Russell &lt;Sarah_Dixon@tnmd.uscourts.gov&gt;
**Sent:** Tuesday, August 1, 2023 10:45:43 AM
**To:** Brice Timmons &lt;brice@donatilaw.com&gt;; Daniel A. Horwitz &lt;daniel@horwitz.law&gt;
**Cc:** Eric Donica &lt;Eric.Donica@ag.tn.gov&gt;; lauren.rota@ag.tn.gov &lt;lauren.rota@ag.tn.gov&gt;; Mary E. McCullohs &lt;Mary.McCullohs@ag.tn.gov&gt;; Craig Edgington &lt;craig@donatilaw.com&gt;; lindsay@horwitz.law &lt;lindsay@horwitz.law&gt;; melissa@horwitz.law &lt;melissa@horwitz.law&gt;
**Subject:** RE: Garton v. Crouch et al. 3:21-cv-0338

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Good morning,

Our 9:30 a.m. conference took longer than anticipated, so you are correct that you joined at the tail end of the previous conference. I'm not sure if this occurred, but sometimes the Court technology will disconnect and make it difficult for the participant to reconnect to the conference line. Today's conference did not go forward and is reset for tomorrow, August 2, 2023 at 10:00 a.m.

Thanks,

Sarah Dixon Russell

Courtroom Deputy to Magistrate Judge Alistair E. Newbern

United States District Court

Middle District of Tennessee

719 Church Street

Nashville, TN 37203

(615) 736-5878

**From:** Brice Timmons <brice@donatilaw.com>
**Sent:** Tuesday, August 1, 2023 10:31 AM
**To:** Daniel A. Horwitz <daniel@horwitz.law>; Sarah Dixon Russell <Sarah_Dixon@tnmd.uscourts.gov>
**Cc:** Eric Donica <Eric.Donica@ag.tn.gov>; lauren.rota@ag.tn.gov; Mary E. McCullohs <Mary.McCullohs@ag.tn.gov>; Craig Edgington <craig@donatilaw.com>; lindsay@horwitz.law; melissa@horwitz.law
**Subject:** Re: Garton v. Crouch et al. 3:21-cv-0338

**CAUTION - EXTERNAL:**

I was on the line at 10, and the call appeared to have already ended and I was dropped off the call.

I am unclear about what happened and asked my associate to contact you and then contacted my co-counsel to figure out what happened.

Was I possibly on the tail end of a different conference call?

Sent via the Samsung Galaxy Z Flip4, an AT&T 5G smartphone
Get Outlook for Android

---

**From:** Daniel A. Horwitz <daniel@horwitz.law>
**Sent:** Tuesday, August 1, 2023 10:27:14 AM
**To:** Sarah Dixon Russell <Sarah_Dixon@tnmd.uscourts.gov>
**Cc:** Eric Donica <Eric.Donica@ag.tn.gov>; lauren.rota@ag.tn.gov <lauren.rota@ag.tn.gov>; Mary E. McCullohs <Mary.McCullohs@ag.tn.gov>; Craig Edgington <craig@donatilaw.com>; lindsay@horwitz.law <lindsay@horwitz.law>; melissa@horwitz.law <melissa@horwitz.law>; Brice Timmons <brice@donatilaw.com>
**Subject:** Re: Garton v. Crouch et al. 3:21-cv-0338

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Good morning, I apologize for the delayed response.

Lindsay, Melissa and I are in trial, but I understand that Mr. Timmons was on the line for the Plaintiff. I just want to make sure that everyone was able to connect successfully.

All the best

-Daniel

--

Daniel A. Horwitz, Esq.

Horwitz Law, PLLC

daniel@horwitz.law

www.Horwitz.Law

> On Aug 1, 2023, at 10:05 AM, Sarah Dixon Russell <Sarah_Dixon@tnmd.uscourts.gov> wrote:
>
> 
>
> Good morning,
>
> At your next opportunity, please call (888) 557-8511 and enter access code 7819165# to participate in the 10:00 a.m. conference.
>
> Thanks
>
> Sarah Dixon Russell
>
> Courtroom Deputy to Magistrate Judge Alistair E. Newbern
>
> United States District Court
>
> Middle District of Tennessee
>
> 719 Church Street
>
> Nashville, TN 37203
>
> (615) 736-5878

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.