UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JOSHUA GARTON,<br><br>    Plaintiff,<br><br>v.<br><br>W. RAY CHURCH, et al.,<br><br>    Defendants. | Case No. 3:21-cv-00338<br><br>Judge Aleta A. Trauger<br>Magistrate Judge Alistair E. Newbern |

## ORDER

Plaintiff's motion to amend Docket Entry 107 is GRANTED. The Clerk's Office is DIRECTED to replace the order originally entered at Docket Entry 107 with an amended order to be provided by chambers.

It is so ORDERED.

_____
ALISTAIR E. NEWBERN
United States Magistrate Judge