UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| JOSHUA GARTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:21-cv-00338 |
| ) | Judge Aleta A. Trauger |
| W. RAY CROUCH, et al., ) | |
| ) | |
| Defendants. ) | |

**DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE STIPULATION OF DISMISSAL**

Defendants Joseph Craig, Andrew Vallee, and W. Ray Crouch request an extension of time to file a stipulation of dismissal. The Court previously ordered the parties to file a stipulation of dismissal by October 16, 2023 [DE 110]. However, at the time of filing this motion, the settlement has been approved by the necessary State officials, but the settlement check has not been issued. Defendants anticipate the payment will be issued within fourteen days. Thus, Defendants request an extension until November 6, 2023, an additional twenty-one days, to file a stipulation of dismissal.

Counsel for Plaintiff has been consulted and they do not oppose the motion for extension.

Respectfully submitted,

/s/ Amanda S. Jordan
Amanda S. Jordan, BPR #29243
Meghan Murphy, BPR #34061
Managing Attorneys
Tennessee Attorney General's Office
Civil Law Division
P.O. Box 20207
Nashville, Tennessee 37202-0207
615-532-5070
Amanda.Jordan@ag.tn.gov
Meghan.Murphy@ag.tn.gov

*Attorneys for Defendants Craig and Vallee*

/s/ Mary Elizabeth McCullohs
Mary Elizabeth McCullohs, BPR #026467
Senior Assistant Attorney General
Eric W. Donica, BPR# 038506
Assistant Attorney General
Tennessee Attorney General's Office
Civil Law Division
P.O. Box 20207
Nashville, Tennessee 37202-0207
615-741-8126
Mary.mccullohs@ag.tn.gov

*Attorneys for Defendant W. Ray Crouch*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies on October 13, 2023, a true and accurate copy of the foregoing Motion for Extension was filed electronically and sent by way of the Court's electronic filing system to:

| | |
|---|---|
| BRICE M. TIMMONS | DANIEL A. HORWITZ |
| CRAIG A. EDGINGTON | LINDSAY E. SMITH |
| Donati Law Firm | Horwitz Law, PLLC |
| 1545 Union Avenue | 4016 Westlawn Drive |
| Memphis, TN 38104 | Nashville, TN 37209 |
| *Attorneys for Plaintiff* | *Attorneys for Plaintiff* |

MARY MCCULLOHS
ERIC DONICA
Tennessee Attorney General's Office
P.O. Box 20207
Nashville, TN 37202-0207
*Attorneys for Defendant W. Ray Crouch*

                                                  s/ AMANDA S. JORDAN
                                                  AMANDA S. JORDAN
                                                  Managing Attorney