IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| JOSHUA GARTON, § § *Plaintiff*, § § v. § § W. RAY CROUCH, DAVID RAUSCH, § BRADLEY NEALON, RUSSELL § WINKLER, JOSHUA MELTON, § JOSEPH CRAIG, DONALD ARNOLD, § ANDREW VALLEE, and § CITY OF DICKSON, TENNESSEE, § § *Defendants*. § | Case No. 3:21-cv-00338 |

**PLAINTIFF'S STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANTS JOSEPH CRAIG, W. RAY CROUCH, AND ANDREW VALLEE**

Comes now the Plaintiff, through counsel, and respectfully notifies the Court that—having settled his claims with Defendants Joseph Craig, W. Ray Crouch, and Andrew Vallee—the Plaintiff stipulates that his claims against Defendants Joseph Craig, W. Ray Crouch, and Andrew Vallee should be dismissed with prejudice. *See* Fed. R. Civ. P. 21 ("On motion or on its own, the court may at any time, on just terms, add or drop a party.").

Respectfully submitted,

/s/ Daniel A. Horwitz
DANIEL A. HORWITZ, BPR #032176
LINDSAY SMITH, BPR #035937
MELISSA K. DIX, BPR #038535
HORWITZ LAW, PLLC
4016 WESTLAWN DR.
NASHVILLE, TN 37209
daniel@horwitz.law
lindsay@horwitz.law
melissa@horwitz.law
(615) 739-2888

Brice M. Timmons #29582
Craig A. Edgington #38205
DONATI LAW, PLLC
1545 Union Ave.
Memphis, Tennessee 38104
(901) 278-1004 – Telephone
(901) 278-3111 – Facsimile
brice@donatilaw.com
craig@donatilaw.com

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 30th day of October, 2023, a copy of the foregoing was transmitted via CM/ECF to:

Amanda S. Jordan
Meghan Murphy
Senior Assistant Attorneys General
P.O. Box 20207
Nashville, TN 37202-0207
amanda.jordan@ag.tn.gov
meghan.murphy@ag.tn.gov

Mary Elizabeth McCullohs
Lauren Kisner
Senior Assistant Attorney General
Office of the Attorney General
P.O. Box 20207
Nashville, TN 37202-0207
mary.mccullohs@ag.tn.gov
lauren.kisner@ag.tn.gov


By: /s/ Daniel A. Horwitz