**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

JOSHUA GARTON,                          )
                                        )
      Plaintiff,                 )
                                        )
v.                                      )    Civil No.  3:21-cv-00338
                                        )    Judge Trauger
W. RAY CROUCH, ET AL.,                  )
                                        )
      Defendants.                )

## ORDER

The plaintiff has filed a "Notice Regarding Unadjudicated Motion That Precludes Finality" (Doc. No. 116).  When a party files a Stipulation of Dismissal With Prejudice, as was done in this case (Doc. No. 115), any pending motions are termed by the Clerk as they are moot, given the parties' settlement.  The plaintiff's assumption that, in some way, the court must proceed to rule on the merits of his Motion for Leave to File a Second Amended Complaint filed on June 6, 2023 (Doc. No. 96) is entirely without merit.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
U.S. District Judge