IN THE U.S. DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| JOSHUA GARTON, § § *Plaintiff*, § § v. § § W. RAY CROUCH, DAVID RAUSCH, § BRADLEY NEALON, RUSSELL § WINKLER, JOSHUA MELTON, § JOSEPH CRAIG, DONALD ARNOLD, § ANDREW VALLEE, and § CITY OF DICKSON, TENNESSEE, § § *Defendants*. § | Case No. 3:21-cv-00338 |

## NOTICE OF APPEAL

Pursuant to Federal Rule of Appellate Procedure 3(a)(1), notice is hereby given that Plaintiff Joshua Garton appeals to the United States Court of Appeals for the Sixth Circuit from the final order of the District Court entered on November 13, 2023 (Doc. 117). The Plaintiff's appeal encompasses all preceding orders, including the Court's January 28, 2022 Memorandum Opinion (Doc. 61) and Order (Doc. 62) and its January 23, 2023 Memorandum Order (Doc. 85) and Protective Order (Doc. 86). The Plaintiff's appeal is taken as to all Defendants.

Respectfully submitted,

By: /s/ Daniel A. Horwitz
Daniel A. Horwitz, BPR #032176
Lindsay Smith, BPR #035937
Melissa K. Dix, BPR #038535
Horwitz Law, PLLC
4016 Westlawn Dr.
Nashville, TN 37209
daniel@horwitz.law
lindsay@horwitz.law
melissa@horwitz.law
(615) 739-2888

Brice M. Timmons #29582
Craig A. Edgington #38205
DONATI LAW, PLLC
1545 Union Ave.
Memphis, Tennessee 38104
(901) 278-1004 – Telephone
(901) 278-3111 – Facsimile
brice@donatilaw.com
craig@donatilaw.com

*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of November, 2023, a copy of the foregoing was served via CM/ECF upon all registered ECF recipients including the following:

Amanda S. Jordan
Meghan Murphy
Senior Assistant Attorneys General
P.O. Box 20207
Nashville, TN 37202-0207
amanda.jordan@ag.tn.gov
meghan.murphy@ag.tn.gov

Mary Elizabeth McCullohs
Lauren Kisner
Senior Assistant Attorney General
Office of the Attorney General
P.O. Box 20207
Nashville, TN 37202-0207
mary.mccullohs@ag.tn.gov
lauren.kisner@ag.tn.gov

Ross Vincent Smith
Kristin Ellis Berexa
Farrar & Bates, LLP
12 Cadillac Drive
Suite 480
Nashville, TN 37027
(615) 254-3060
Fax: (615) 254-9835
ross.smith@farrar-bates.com
kristin.berexa@farrar-bates.com

                                          By:    /s/ Daniel A. Horwitz
                                                      Daniel A. Horwitz, Esq.